RECEIPT NUMBER
560226

309

# UNITED STATES DISTRICT COURT
## FOR THE IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

        Plaintiffs,

vs.

APPLE COMPUTER, INC.,

        Defendant.

Case: 2:07-cv-13164
Assigned To: Taylor, Anna Diggs
Referral Judge: Scheer, Donald A
Filed: 07-30-2007 At 03:55 PM
CMP EIGHT MILE STYLE V APPLE COMPUT
ER (RRH)

---

Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers@honigman.com
Attorneys for Plaintiffs

---

## COMPLAINT FOR DAMAGES AND
## FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively, plaintiffs), by

their attorneys Honigman Miller Schwartz and Cohn LLP, for their complaint for damages and

for declaratory and injunctive relief against defendant Apple Computer, Inc. (Apple) state:

### GENERAL ALLEGATIONS

1.      Eight Mile Style, LLC (Eight Mile) is a Michigan limited liability

company.

2.      Martin Affiliated, LLC (Martin) is a Michigan limited liability company.

3.      Apple Computers, Inc. (Apple) is a California corporation with its

principal place of business in California.

Dockets.Justia.com

4. The amount in controversy in this matter exceeds the sum of $75,000, exclusive of costs and interest.

5. This Court has jurisdiction over the subject matter of this action pursuant to 17 USC § 101 *et seq* and 28 USC §§ 1331, 1332 and 1338(a) and (b). Jurisdiction over the state law claims is based on 15 USC § 1367(a) and principles of pendent jurisdiction.

6. This Court has personal jurisdiction over Apple.

7. Venue is appropriate in this District under 28 USC § 1391(c) because plaintiffs' claims arose in this district.

8. Eight Mile and Martin are the owners of, or have ownership interests in, the copyrights in the musical compositions which are attached as collective Exhibit A hereto (the Compositions), written and composed, in part, by Marshall B. Mathers, III, professionally known as "Eminem."

9. Apple is a purveyor of music download services which do not require the manufacture or distribution of CDs or any other physical medium. Instead, Apple provides digital downloading of recordings, including recordings in which Eight Mile and Martin own the copyrights, to various end users. End users pay a fee to download the musical performances in the form of a digital audio file, which allows an end user to copy the file from Apple to the end user's own individual digital storage devices. Under a typical arrangement, Apple will charge a fixed fee (at times relevant to this complaint, .99) for an end user to store a single musical track which a consumer may store on no more than five authorized devices, such as an iPod.

10.     Apple has provided and continues to provide digital downloading of recordings of the Compositions on a regular and systematic basis to end users in this District, has received and continues to receive compensation from end users for doing so, and has remitted and continued to remit some of the compensation which it has received to Universal Music Group or one of its divisions.

11.     Apple has provided no compensation to Eight Mile or Martin for its use of the Compositions for which Eight Mile and Martin own, or have ownership interests in, the copyrights, nor has Apple sought or obtained permission from Eight Mile or Martin to use the Compositions.

12.     On information and belief, Apple has reproduced and distributed the digital transmissions, and continues to reproduce and distribute the digital transmissions, pursuant to a purported license with Universal.  But Eight Mile and Martin have never authorized Universal to license the works to Apple; Eight Mile and Martin have never authorized Universal to engage in reproduction or distribution of the digital transmissions through third parties or otherwise; Universal has never obtained the permission of Eight Mile and Martin to do so; and, indeed, Universal has, on any number of occasions, asked Eight Mile and Martin to execute agreements allowing Apple to reproduce and distribute the digital transmissions, but Eight Mile and Martin have not provided that permission.

13.     Therefore, Apple's reproduction and distribution of the digital transmissions via iTunes constitutes a continuing, and willful, infringement of Eight Mile's and Martin's copyright interests in the Compositions.

14.     Eight Mile and Martin have demanded that Apple cease and desist its reproduction and distribution of the digital transmissions of the Compositions, and Apple

3

has refused to cease and desist and continues unlawfully to reproduce and distribute the digital transmissions.

15.     Apple's unlawful use of Eight Mile's and Martin's copyrighted materials have infringed Eight Mile's and Martin's copyrights, entitling Eight Mile and Martin to actual or statutory damages under the Copyright Act.

### COUNT I - COPYRIGHT INFRINGEMENT UNDER 17 USC § 101 *ET SEQ*

16.     Plaintiffs incorporate the allegations of paragraphs 1-16 of their complaint.

17.     Apple's reproduction and distribution of the Compositions infringes on Eight Martin's and Martin's exclusive rights held under the Copyright Act, 17 USC § 101 *et seq.*

18.     Apple's conduct has at all times been knowing and willful.

19.     As a proximate result of Apple's wrongful conduct, plaintiffs have been irreparably harmed, and they have also suffered damage in excess of $75,000, exclusive of costs and interest.

### COUNT II - TORTIOUS INTERFERENCE

20.     Plaintiffs incorporate the allegations of paragraphs 1-20 of their complaint.

21.     Apple's intentionally wrongful conduct described herein has intentionally interfered in Eight Mile's and Martin's existing and prospective relationships with end users of the Compositions who download the Compositions via iTunes.

22.     As a proximate result of Apple's wrongful conduct, plaintiffs have been irreparably harmed, and they have also suffered damage in excess of $75,000, exclusive of costs and interest.

### COUNT III - UNFAIR COMPETITION UNDER THE LANHAM ACT

23.     Plaintiffs incorporate the allegations of paragraphs 1-23 of their complaint.

4

24.    Apple's actions described above constitute unfair competition with respect to Eight Mile and Martin, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

25.    Apple's wrongful conduct has been willful or knowing.

26.    As a proximate result of Apple's wrongful conduct, plaintiffs have been irreparably harmed, and they have also suffered damage in excess of $75,000, exclusive of costs and interest.

## COUNT IV - UNFAIR COMPETITION UNDER STATE LAW

27.    Plaintiffs incorporate the allegations of paragraphs 1-27 of their complaint.

28.    Apple's wrongful conduct constitutes unfair competition under state law.

29.    As a proximate result of Apple's wrongful conduct, plaintiffs have been irreparably harmed, and they have also suffered damage in excess of $75,000, exclusive of costs and interest.

## COUNT V - VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT

30.    Plaintiffs incorporate the allegations of paragraphs 1-30 of their complaint.

31.    Apple's conduct constitutes an unfair, unconscionable, deceptive method, act or practice in the conduct of trade or commerce under MCL 445.903.

32.    As a proximate result of Apple's wrongful conduct, plaintiffs have been irreparably harmed, and they have also suffered damage in excess of $75,000, exclusive of costs and interest.

WHEREFORE, plaintiffs request that this Court:

A.    Enter a temporary restraining order, preliminary injunction and permanent injunction against Apple preventing Apple and all persons or parties in concert or privity with it from reproducing and distributing the Compositions without Eight Mile's and Martin's consent;

5

B.    Enter a declaratory judgment that Apple's reproduction and distribution of plaintiffs' copyrighted works constitute acts of willful copyright infringement and unfair competition, and declare that Apple and all persons or parties in concert or privity with it may not reproduce or distribute the Compositions without the express written permission of plaintiffs;

C.    Award Eight Mile and Martin their actual damages and the profits of Apple that are attributable to Apple's acts of infringement, or, alternatively, statutory damages of up to $150,000 per act of infringement;

D.    Award Eight Mile and Martin their attorney fees and costs; and

E.    Grant any other appropriate relief.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Plaintiffs

By: *Norm Anker / by BO~ P60381*
Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers@honigman.com

Dated: July 30, 2007

DETROIT.2706052.4



# iTunes Store
## 20 songs, 1.2 hours, zero KB

| Name | Time | Album | Artist |
|---|---|---|---|
| Curtains Up (Skit) | 0:30 | The Eminem Show | Eminem |
| White America | 5:24 | The Eminem Show | Eminem |
| Business | 4:11 | The Eminem Show | Eminem |
| Cleanin' Out My Closet | 4:58 | The Eminem Show | Eminem |
| Square Dance | 5:24 | The Eminem Show | Eminem |
| The Kiss (Skit) | 1:15 | The Eminem Show | Eminem |
| Soldier | 3:46 | The Eminem Show | Eminem |
| Say Goodbye Hollywood | 4:32 | The Eminem Show | Eminem |
| Drips | 4:45 | The Eminem Show | Eminem & Obie Trice |
| Without Me | 4:50 | The Eminem Show | Eminem |
| Paul Rosenberg (Skit) | 0:22 | The Eminem Show | Eminem |
| Sing for the Moment | 5:39 | The Eminem Show | Eminem |
| Superman | 5:50 | The Eminem Show | Eminem & Dina Rae |
| Hailie's Song | 5:20 | The Eminem Show | Eminem |
| Steve Berman (Skit) | 0:33 | The Eminem Show | Eminem |
| When the Music Stops | 4:29 | The Eminem Show | Eminem |
| Say What U Say | 5:09 | The Eminem Show | Eminem & Dr. Dre |
| 'Till I Collapse | 4:57 | The Eminem Show | Eminem & Nate Dogg |
| My Dad's Gone Crazy | 4:26 | The Eminem Show | Eminem |
| Curtains Close (Skit) | 1:00 | The Eminem Show | Eminem |

♫ **iTunes Store**

**The Eminem Show**                                                                1
Eminem
  1. Curtains Up (Skit) (0:30)       7. Soldier (3:46)              15. Steve Berman (Skit) (0:33)
  2. White America (5:24)            8. Say Goodbye Hollyw...(4:32) 16. When the Music Stops (4:29)
  3. Business (4:11)                10. Without Me (4:50)           19. My Dad's Gone Crazy (4:26)
  4. Cleanin' Out My Clo... (4:58)  11. Paul Rosenberg (Skit) (0:22) 20. Curtains Close (Skit) (1:00)
  5. Square Dance (5:24)            12. Sing for the Moment (5:39)
  6. The Kiss (Skit) (1:15)         14. Hailie's Song (5:20)

**The Eminem Show**                                                                2
Eminem & Dina Rae
  13. Superman (5:50)

**The Eminem Show**                                                                3
Eminem & Dr. Dre
  17. Say What U Say (5:09)

**The Eminem Show**                                                                4
Eminem & Nate Dogg
  18. 'Till I Collapse (4:57)

**The Eminem Show**                                                                5
Eminem & Obie Trice
  9. Drips (4:45)

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UN
RE:

PAu 2 - 673 - 526

EFFECTIVE DATE OF REGISTRATION

6   28   02
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

CURTAINS   UP

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

WORDS & MUSIC

## 2
**a**   **NAME OF AUTHOR ▼**

EIGHT   MILE   STYLE

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002   ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EIGHT   MILE   STYLE
1525   E. 9   MILE
FERNDALE, MI   48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY   AGREEMENT

APPLICATION RECEIVED
JUN 28 2002
ONE DEPOSIT RECEIVED
JUN 28 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number. ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JOEL MARTIN : EIGHT MILE STYLE
1525 E. 9 MILE
FERNDALE, MI 48220

**b**

Area code and daytime telephone number ▶ ( )     Fax number ▶ ( )
Email ▶     248 - 547 - 6863

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     EIGHT MILE STYLE
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN     Date ▶ 5/30/02

Handwritten signature (X) ▼

👉 X _____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
EIGHT MILE STYLE

Number/Street/Apt ▼
1525 E. 9 MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000     ♻ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/65
WEB REV: June 1999

Copyright | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-069 (COHM)

|  |  |
|---|---|
| Title: | White America. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Luis Resto, Jeff Bass, Steve King. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PAu 2 ~ 696 ~ 276**

EFFECTIVE DATE OF REGISTRATION

**7   10   02**
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

**BUSINESS**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

**WORDS & MUSIC**

---

**2**

**a**

NAME OF AUTHOR ▼

**EIGHT MILE STYLE**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**WORDS & MUSIC**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

**ANDRE YOUNG**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **UNITED STATES**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**WORDS & MUSIC**

**c**

NAME OF AUTHOR ▼

**RONALD FEEMSTER**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **UNITED STATES**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**MUSIC**

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
**2002** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**EIGHT MILE STYLE**
**1525 E. 9 MILE**
**FERNDALE, MI   48220**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**BY AGREEMENT**

APPLICATION RECEIVED
**July-10-2002**
ONE DEPOSIT RECEIVED
**July-10-2002**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOEL MARTIN
EIGHT MILE STYLE
1525 E. 9 MILE / FERNDALE, MI  48220

**b**

Area code and daytime telephone number ▶ (248) 547-6863   Fax number ▶ (   )
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   EIGHT MILE STYLE
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                    Date ▶ 5/29/02

Handwritten signature (X) ▼

☞   X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joel Martin
Eight Mile Style
Number/Street/Apt ▼
1525 E 9 mile
City/State/ZIP ▼
Ferndale, MI  48220

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000   ♲ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56
WEB REV: June 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM **PA** /CON

UNITED STATES COPYRIGHT OFFICE

PAu 2-696-276



| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

7    10    02

(Month)    (Day)    (Year)

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is not applicable to Short forms.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

CONTINUATION SHEET RECEIVED

Page **3** of **4** pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  BUSINESS

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

---

## B
### Continuation of Space 2

**d** NAME OF AUTHOR ▼   MIKE ELIZONDO

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

MUSIC

---

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):     ☐ Space 1     ☐ Space 4     ☐ Space 6

**C**

Continuation
of other
Spaces

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

**Eight Mile Style Music**
Number/Street/Apt ▼
1525 E. Nine Mile Rd.
City/State/ZIP ▼
Ferndale, MI   48220

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

November 1999—30,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/79

**Copyright**   Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-225-996 (COHM)

|  |  |
|---|---|
| Title: | Cleanin' out my closet. By Marshall Mathers 3rd (aEminem, pseud.), Jeff Bass. (In The Eminem show) |
| Claimant: | Eight Mile Style Music (on original appl.: Ensign Music Corporation, Eight Mile Style) |
| Supplement to Registration: | PA 1-073-403, 2002 |
| Effective Registration Date: | 10Mar04 |
| Special Codes: | 3/M/X |

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-403 (COHM)

| | |
|---|---|
| Title: | Cleanin' out my closet. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem. |
| In: | The Eminem show. mAftermath Records 0694932902, c2002. |
| Claimant: | Ensign Music Corporation, Eight Mile Style |
| Created: | 2002 |
| Published: | 28 May02 |
| Registered: | 16Oct02 |
| Author on © Application: | words & music: Marshall Mathers 3rd (Eminem, pseud.) & Jeff Bass. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. See also Cleanin' out my closet; REG 10Mar04; PA 1-225-996 |
| Special Codes: | 3/M/R |

Conduct Another Search

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-065 (COHM)

|  |  |
|---|---|
| Title: | Square dance. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Luis Resto, Jeff Bass. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu 2 – 782 – 860



EFFECTIVE DATE OF REGISTRATION

6 · 6 · 02

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

*THE KISS*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

*WORDS & MUSIC*

## 2
**a**

**NAME OF AUTHOR ▼**

*EIGHT MILE STYLE*

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼   *WORDS & MUSIC*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe ▼                                        which copyright is claimed. ▼

## 3
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

*2002* ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶          Day ▶          Year ▶          ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*EIGHT MILE STYLE*
*1525 E. 9 MILE*
*FERNDALE, MI  48220*

See instructions before completing this space.

APPLICATION RECEIVED
*Jun 0 6 2002*

ONE DEPOSIT RECEIVED
*Jun 6 2002*

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*BY AGREEMENT*

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.          Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: Previous Registration Number ▼       Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼                                a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼       b

See instructions
before completing
this space.

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.       a
Name ▼                                          Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼       b

JOEL MARTIN, EIGHT MILE STYLE
1525 E. 9 MILE / FERNDALE, MI 48220

Area code and daytime telephone number ▶ (248) 547-6863   Fax number ▶ (     )

Email ▶

**8**

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   EIGHT MILE STYLE
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                                   Date ▶ 5/29/02

Handwritten signature (X) ▼

☞   X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

Eight Mile Style Music
1525 E  Nine Mile Rd
Ferndale, MI  48220

Number/Street/Apt ▼

City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000     WEB REV: June 1999     ♻ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59

**CERTIFICATE OF REGISTRATION**



**U.S. COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2-782-860**

EFFECTIVE DATE OF REGISTRATION

6 · 6 · 02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼

THE KISS

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS & MUSIC

**2**  **a**  NAME OF AUTHOR ▼  EIGHT MILE STYLE

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2002 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EIGHT MILE STYLE
1825 E. 9 MILE
FERNDALE, MI 48220

APPLICATION RECEIVED
Jul 0 2002
ONE DEPOSIT RECEIVED
Jun 6 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BM AGREEMENT

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box.) ▼ If your answer is  no,  go to space ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is  Yes,  give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  **6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JOEL MARTIN, EIGHT MILE STYLE
1525 E. 9 MILE / FERNDALE, MI 48220

**b**

Area code and daytime telephone number ▶ (248) 547-6863   Fax number ▶ (        )

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   EIGHT MILE STYLE

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                                    Date ▶ 5/29/02

Handwritten signature (X) ▼

☞  X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

Eight Mile Style Music
1525 E Nine Mile Rd
Ferndale, MI  48220

* Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U S C § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV June 1999

★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/69

Copyright | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-064 (COHM)

| | |
|---|---|
| Title: | Soldier. |
| Description: | Computer sound file. |
| Note: | Electronic registration |
| | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Luis Resto. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-104-945 (COHM)

| | |
|---|---|
| Title: | Say goodbye Hollywood. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style, Music of Windswept, 5 Card Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 20Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Michael Elizondo, Luis Resto. |
| Miscellaneous: | C.O. corres. Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

(Combined Search)
**Search For:** CLNA/EMINEM, PSEUD AUTH/EMINEM, PSEUD
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

| | |
|---|---|
| 1. Registration Number: | PA-1-104-808 |
| Title: | Drips. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music, EMI April Music, Dirty Works Music, Obie Trice Publishing |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 19Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Denaun Porter, Jeff Bass & Obie Trice. |
| Miscellaneous: | C.O. corres. Rights and permissions info. on CORDS appl. in CO. |
| <u>Special Codes:</u> | 3/M/R |

<u>Home</u>  |  <u>Contact Us</u>  |  <u>Legal Notices</u>  |  <u>Freedom of Information Act (FOIA)</u>  |  <u>Library of Congress</u>

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-070 (COHM)

|  |  |
|---|---|
| Title: | Without me. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music, Bell publishing designee, Satisfaction Fulfilled, Ltd., Unforgettable Music, Ltd., Bug House, Inc., Buffalo Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Jeff Bass, Kevin Bell, Malcolm McLaren, Trevor Horn, Anne Dudley. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**    Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-104-947 (COHM)
|  |  |
|---|---|
| Title: | Sing for the moment. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 20Aug02 |
| Title on © Application: | Sing for the moment again. |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Jeff Bass. |
| Miscellaneous: | C.O. corres. Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**  Search Record Results

(Combined Search)
**Search For:** CLNA/EMINEM, PSEUD AUTH/EMINEM, PSEUD
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

|  |  |
|---|---|
| 1. Registration Number: | PA-1-073-066 |
| Title: | Superman. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Jeff Bass, Steve King. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| <u>Special Codes:</u> | 3/M/R |

<u>Home</u>  |  <u>Contact Us</u>  |  <u>Legal Notices</u>  |  <u>Freedom of Information Act (FOIA)</u>  |  <u>Library of Congress</u>

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

 **FORM PA**
For a Work of the Performing Arts 

UNF
REC

**PAu 2-725-252**

PAU2 725 252

EFFECTIVE DATE OF REGISTRATION

7 / 1 / 02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**  TITLE OF THIS WORK ▼

HAILIE'S SONG

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS & MUSIC

---

**2**  **a**  NAME OF AUTHOR ▼

EIGHT MILE STYLE

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

WORDS & MUSIC

**NOTE**

Under the law the  author of a work made for hire is the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given  ◀ Year in all cases.

2002

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ _____  Day ▶ _____  Year ▶ _____
ONLY if this work has been published.

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EIGHT MILE STYLE
1525 E 9 MILE RD
FERNDALE, MI 48220

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

BY AGREEMENT

See instructions before completing this space

APPLICATION RECEIVED
JUL 1 2002
ONE DEPOSIT RECEIVED
JUL 1 2002  7/01/02
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼ If your answer is  no  go to space 7

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is  Yes  give  Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**a**

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JOEL MARTIN·  EIGHT MILE STYLE
1525 E 9 MILE
FERNDALE, MI  48220

Area code and daytime telephone number ▶ (    )      Fax number ▶ (    )

Email ▶      248 - 547 - 6863

**b**

**7**

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____  EIGHT MILE STYLE

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

JOEL MARTIN      Date ▶ 5/29/02

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ |
| --- | --- |
| | Eight Mile Style Music 1525 E  Nine Mile Rd Ferndale, MI  48220 |
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form PA is $30.

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

☀ PRINTED ON RECYCLED PAPER

☀U.S. GOVERNMENT PRINTING OFFICE  1999-454-879/88

June 1999—200 000
WEB REV  June 1999

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2 – 697 – 161**

EFFECTIVE DATE OF REGISTRATION

6 / 10 / 02
Month    Day    Year



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

STEVE BERMAN 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

WORDS & MUSIC

## 2

**a NAME OF AUTHOR ▼**

EIGHT MILE STYLE

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002   ◀Year   This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EIGHT MILE STYLE
1525 E. 9 MILE
FERNDALE, MI 48220

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY AGREEMENT

**APPLICATION RECEIVED** JUN 10 2002
**ONE DEPOSIT RECEIVED** JUN 10 2002
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

JOEL MARTIN : EIGHT MILE STYLE
1525 E. 9 MILE ROAD
FERNDALE, MI, 48220

Area code and daytime telephone number ▶ (   )
Email ▶          248 - 547 - 6863

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   EIGHT MILE STYLE
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                          Date ▶  5/30/02

Handwritten signature (X) ▼

☞      X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE

Number/Street/Apt ▼
1525 E. 9 MILE ROAD

City/State/ZIP ▼
FERNDALE, MI    48220

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form PA is $30.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

**Copyright**    Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-068 (COHM)

|  |  |
|---|---|
| Title: | When the music stops. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music, EMI April Music, Idiotic Biz Music, Dirty Works Music, McVey Music, Runyon Avenue Music, EMI Blackwood, Foolproof Publishing, Feemstro Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Rufus Johnson, Denaun Porter, Deshawn Holton, Ondre Moore, Von Carlisle, Ronald Feemster. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

(Combined Search)
**Search For:** CLNA/EMINEM, PSEUD AUTH/EMINEM, PSEUD
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

|  |  |
|---|---|
| 1. Registration Number: | PA-1-073-017 |
| Title: | Say what you say. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music, WB Music, Ain't Nothin' Goin' But Funkin' Music, Music Of Windswept, 5 Card Music, Feemstro Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 20Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Andre Young, Michael Elizondo, Ronald Feemster. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| <u>Special Codes:</u> | 3/M/R |

<u>Home</u>  |  <u>Contact Us</u>  |  <u>Legal Notices</u>  |  <u>Freedom of Information Act (FOIA)</u>  |  <u>Library of Congress</u>

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG

**PAu 2 – 697 – 181**

EFFECTIVE DATE OF REGISTRATION

6    10    02
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

*TILL I COLLAPSE*

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

*WORDS & MUSIC*

**2**

**a** NAME OF AUTHOR ▼

*EIGHT MILE STYLE*

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼

*WORDS & MUSIC*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

*NATHAN HALE*

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *UNITED STATES*
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼

*WORDS*

**c** NAME OF AUTHOR ▼

*BRIAN MAY*

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *U.K.*
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼

*WORDS & MUSIC*

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given ◀ Year in all cases.

*2002*

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

*EIGHT MILE STYLE*
*1525 E. 9 MILE*
*FERNDALE MI 48220*

See instructions before completing this space.

APPLICATION RECEIVED
*JUN 10 2002*
ONE DEPOSIT RECEIVED
*JUN 10 2002*
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*BY AGREEMENT*

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  **6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

JOEL MARTIN :  EIGHT MILE STYLE
               1525 E. 9 MILE
               FERNDALE, MT 48220

Area code and daytime telephone number ▶ (      )          Fax number ▶ (      )
Email ▶   248 - 547 - 6863

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___ EIGHT MILE STYLE
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                                    Date ▶  5/29/02

Handwritten signature (X) ▼

☞     x _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

Eight Mile Style Music
1525 E. Nine Mile Rd.
Ferndale, MI  48220

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/66

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2 - 697 - 183**

*PAu0002697183*

**EFFECTIVE DATE OF REGISTRATION**

| 6 | 8 | 02 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
MY DAD'S GONE CRAZY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
WORDS & MUSIC

**2** **a** **NAME OF AUTHOR ▼**
EIGHT MILE STYLE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
ANDRE YOUNG

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MUSIC

**c** **NAME OF AUTHOR ▼**
RONALD FEEMSTER

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MUSIC

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2002

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EIGHT MILE STYLE
1525 E. 9 MILE
FERNDALE, MI 48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY AGREEMENT

**APPLICATION RECEIVED**
JUN 08 2002
**ONE DEPOSIT RECEIVED**
JUN 06 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE / OFFICE USE ONLY*

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 7 pages

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼                    **a**  **6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

---

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a**  **7**
Name ▼                                        Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼    **b**

JOEL MARTIN : EIGHT MILE STYLE
1525 E. 9 MILE
FERNDALE, MI 48220

Area code and daytime telephone number ▶ (          )                    Fax number ▶ (          )
Email ▶  248-547-6863

---

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the    **8**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   EIGHT MILE STYLE
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN                                        Date ▶  5/29/02

Handwritten signature (X) ▼
☞  x _____

---

Certificate will be mailed in window envelope to this address:

Name ▼
**Eight Mile Style Music**
Number/Street/Apt ▼
**1525 E. Nine Mile Rd.**
City/State/ZIP ▼
**Ferndale, MI   48220**

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000                ♲ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59
WEB REV: June 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

R    PAu 2 – 697 – 183

*PAu002697183*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

6 (Month)    8 (Day)    02 (Year)

CONTINUATION SHEET RECEIVED

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

*My Dad's Gone Crazy*

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

*Eight Mile Style 1525 E 9 Mile Ferndale, MI 48220*

**B**
Continuation of Space 2

NAME OF AUTHOR ▼

d  *MIKE ELIZONDO*

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ *UNITED STATES*
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼  *Music*

NAME OF AUTHOR ▼

e

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

f

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**Eight Mile Style Music**
**1525 E. Nine Mile Rd.**
**Ferndale, MI   48220**

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
   money order payable to *Register
   of Copyrights*
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999—30,000
WEB REV: June 1999    ♻ PRINTED ON RECYCLED PAPER                ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

**Copyright** Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-295-390 (COHM)

|  |  |
|---|---|
| Title: | Curtains close. |
| Note: | Performed by aEminem. |
| In: | Encore. mAftermath Records 3771-72, c2004. Compact disc |
| Claimant: | Eight Mile Style, LLC, Martin Affiliated, LLC |
| Created: | 2004 |
| Published: | 12Nov04 |
| Registered: | 7Mar05 |
| Author on © Application: | words & music: Marshall B. Mathers , 1972-. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M/L |

Conduct Another Search

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**♫ iTunes Store**

---

**Curtain Call – The Hits (Deluxe Version)**                                      1
Eminem
  1. Intro (Curta... (0:36)   8. Sing for the... (5:40)  15. Just Lose It (4:08)   7. Just Don't G...(4:03)
  2. FACK (3:25)         9. Without Me (4:51)   16. When I'm G... (4:41)
  3. The Way I Am (4:51)  10. Like Toy So... (4:55)     Digital Boo... (0:00)
  4. My Name Is (4:28)   11. The Real Sli... (4:44)   2. Role Model (3:27)
  6. Lose Yourself (5:26)  12. Mockingbird (4:11)   3. Kill You (4:26)
  7. Shake That (4:34)   14. Cleanin' Ou... (4:59)   5. Criminal (5:15)

---

**Curtain Call – The Hits (Deluxe Version)**                                      2
Eminem & D12
  4. S**t On You (5:30)

---

**Curtain Call – The Hits (Deluxe Version)**                                      3
Eminem & Dido
  5. Stan (6:44)

---

**Curtain Call – The Hits (Deluxe Version)**                                      4
Eminem & Dr. Dre
  13. Guilty Conscience (3:20)

---

**Curtain Call – The Hits (Deluxe Version)**                                      5
Eminem & Elton John
  17. Stan (6:20)

---

**Curtain Call – The Hits (Deluxe Version)**                                      6
Eminem & Jay-Z
  6. Renegade (5:37)

---

♫ **iTunes Store**

**Curtain Call – The Hits (Deluxe Version)**                                    7
Eminem & The Notorious B.I.G.
   1. Dead Wrong (4:59)



# iTunes Store
**25 songs, 1.8 hours, zero KB**

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Intro (Curtain Call) | 0:36 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| FACK | 3:25 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| The Way I Am | 4:51 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| My Name Is | 4:28 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Stan | 6:44 | Curtain Call – The Hits (Deluxe Ver... | Eminem & Dido |
| Lose Yourself | 5:26 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Shake That | 4:34 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Sing for the Moment | 5:40 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Without Me | 4:51 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Like Toy Soldiers | 4:55 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| The Real Slim Shady | 4:44 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Mockingbird | 4:11 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Guilty Conscience | 3:20 | Curtain Call – The Hits (Deluxe Ver... | Eminem & Dr. Dre |
| Cleanin' Out My Closet | 4:59 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Just Lose It | 4:08 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| When I'm Gone | 4:41 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Stan | 6:20 | Curtain Call – The Hits (Deluxe Ver... | Eminem & Elton John |
| Dead Wrong | 4:59 | Curtain Call – The Hits (Deluxe Ver... | Eminem & The Notorious B.I.G. |
| Role Model | 3:27 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Kill You | 4:26 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| S**t On You | 5:30 | Curtain Call – The Hits (Deluxe Ver... | Eminem & D12 |
| Criminal | 5:15 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Renegade | 5:37 | Curtain Call – The Hits (Deluxe Ver... | Eminem & Jay–Z |
| Just Don't Give a F**k | 4:03 | Curtain Call – The Hits (Deluxe Ver... | Eminem |
| Digital Booklet – Curtain Call | 0:00 | Curtain Call – The Hits (Deluxe Ver... | Eminem |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

PA 1–295–400



EFFECTIVE DATE OF REGISTRATION

**MAR 0 7 2005**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"LIKE TOY SOLDIERS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Words & Music

---

**2**

**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼  1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E. Resto

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼
Martika Dawson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month November  Day 12  Year 2004
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 East Nine Mile Road
Ferndale, MI 48220

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Written Agreement

APPLICATION RECEIVED
NOV 19 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 7 2005
FUNDS RECEIVED

MAR 0 7 2005

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **4** pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both spaces 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number ( 248 ) 547-6863          Fax number ( 248 ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                        Date 11/13/04

Handwritten signature (X) ▼

☞  X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

- Complete all necessary spaces
- Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000    Web Rev June 2002    ⊕ Printed on recycled paper          U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 1—295—400

PA|AU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

MAR 0 7 2005

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

NOV 1 9 2004 MAR 0 7 2005

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "LIKE TOY SOLDIERS"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S). (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Eight Mile Style, LLC    Martin Affiliated, LLC

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| Michael Jay Margules | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
|  | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
|  | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which)   ☐ Space 2   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

**D**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts



PA 1-295-396

EFFECTIVE DATE OF REGISTRATION

MAR 07 2005

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"MOCKINGBIRD"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

---

**2** NAME OF AUTHOR ▼
**a** Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1972

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E. Resto

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2004 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month November Day 12 Year 2004        Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Eight Mile Style, LLC        1525 East Nine Mile Road
Martin Affiliated, LLC        Ferndale, MI 48220

See instructions before completing this space.

APPLICATION RECEIVED
NOV 19 2004 MAR 07 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 07 2005
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Written Agreement

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a 6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number ( 248 ) 547-6863            Fax number ( 248 ) 547-8350
Email

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Eight Mile Style, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                    Date 11/13/04

Handwritten signature (X) ▼

**Certificate will be mailed in window envelope to this address:**
Name ▼
EIGHT MILE STYLE, LLC
Number/Street/Apt ▼
1525 EAST NINE MILE ROAD
City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ● Printed on recycled paper        U.S. Government Printing Office 2000-461-113/20,021