# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

**PA 1-268-078**



EFFECTIVE DATE OF REGISTRATION

*Oct 25 2004*

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"JUST LOSE IT"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS & MUSIC

---

## 2

**a**   **NAME OF AUTHOR ▼**

Marshall Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1972

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of United States
    Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Andre Young

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of United States
    Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

**c**   **NAME OF AUTHOR ▼**

Mike Elizondo

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR   Citizen of United States
    Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

---

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2004

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September   Day 28   Year 2004
Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 East Nine Mile Rd.
Ferndale, MI 48220

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**
OCT 25 2004 1/10/05

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 3 pages

Dockets.Justia.com

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |

☑ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Joel Martin
1525 East Nine Mile Rd.
Ferndale, MI 48220

**b**

Area code and daytime telephone number    ( 248 ) 547-6863          Fax number ( 248 ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin          Date 10/21/04

Handwritten signature (X) ▼

☞ X

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | EIGHT MILE STYLE, LLC |
| | Number/Street/Apt ▼ |
| | 1525 EAST NINE MILE RD. |
| | City/State/ZIP ▼ |
| | FERNDALE, MI 48220 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—30,000    Web Rev. June 2002    ♻ Printed on recycled paper          U.S. Government Printing Office: 2001-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

**PA 1-268-078**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

*Oct 25 2004*
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

**OCT 25 2004**

Page _3_ of _3_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of This Work" in Space 1 of the basic form.)
  "JUST LOSE IT"
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
Mark Batson

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP? Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

---

**e**

NAME OF AUTHOR ▼
Che Pope

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

**R** PA 1-152-688



PA0001152688

**EFFECTIVE DATE OF REGISTRATION**

10 27 03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
"LOSE YOURSELF"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

## 2

**a**

**NAME OF AUTHOR ▼**
Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___United States___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

### NOTE

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Luis E. Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___United States___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**

**NAME OF AUTHOR ▼**
Jeff T. Bass

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1959   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___United States___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month *10   Day 22   Year 2002
USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Eight Mile Style LLC
Martin Affiliated LLC
1525 East Nine Mile Road
Ferndale MI 48220

**APPLICATION RECEIVED**
OCT 27 2003
**ONE DEPOSIT RECEIVED**
OCT 27 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

*Amended by C O  from phone call on 11/3/03
with Joel Martin

| EXAMINED BY   *L VF* | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼ If your answer is No  do not check box A, B or C

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is Yes  give **Previous Registration Number** ▼          **Year of Registration** ▼

**6**  a

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or work that this work is based on or incorporates ▼

b

**Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**  a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**Name** ▼          **Account Number** ▼

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name  Address / Apt / City / State  ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale  MI 48220

Area code and daytime telephone number  ( 248  ) 547 6863          Fax number  ( 248  ) 547 8350

Email

**8**

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eight Mile Style  LLC

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Joel Martin          Date  4/23/03

Handwritten signature (X) ▼

x  *Joel Martin*

**9**

Certificate will be mailed in window envelope to this address

**Name** ▼
LIGHT MILE STYLE LLC

**Number/Street/Apt** ▼
1525 EAST NINE MILE ROAD

**City/State/ZIP** ▼
FERNDALE  MI 48220

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order  payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The registration on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PAu 2-333-090**

EFFECTIVE DATE OF REGISTRATION

**SEP 28 1998**
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

JUST DON'T GIVE A FUCK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS & MUSIC

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

MARK BASS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1965   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**b**

**NAME OF AUTHOR ▼**

JEFF BASS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1959   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS & MUSIC

**c**

**NAME OF AUTHOR ▼**

MARSHAL B. MATHERS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
1998

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶          Day▶          Year▶          ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EIGHT MILE STYLE MUSIC
1525 E. NINE MILE ROAD
FERNDALE, MI   48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY AGREEMENT

APPLICATION RECEIVED
**SEP 28 1998**
ONE DEPOSIT RECEIVED
**SEP 28 1998**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOEL MARTIN
1525 E. NINE MILE ROAD
FERNDALE, MI 48220

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ► (248) 547-6863

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  EIGHT MILE STYLE MUSIC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOEL MARTIN          date ► 8/17/98

Handwritten signature (X) ▼

(X)

**9**

MAIL
CERTIFI-
CATE TO

EIGHT MILE STYLE MUSIC
C/O JOEL MARTIN
1525 E. NINE MILE ROAD
FERNDALE, MI 48220

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/1

January 1995—400,000 ♺ PRINTED ON RECYCLED PAPER

Copyright | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-954-422 (COHM)

|  |  |
|---|---|
| Title: | Guilty conscience. |
| Note: | Performed by aEminem. |
|  | Contains an interpolation of Go home pigs from Getting straight. |
| In: | The Slim Shady LP. mAftermath Entertainment INTD-90287, c1999. Compact disc |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music (a.k.a. 8 Mile Style Music), Ain't Nothin' Goin' on But F****n, Colgems-EMI Screen Gems, EMI Music, Inc. |
| Created: | 1999 |
| Published: | 23Feb99 |
| Registered: | 24Jun99 |
| Author on © Application: | additional lyrics & music: Marshall Mathers, Andre Young (p.k.a. Dr. Dre) |
| Special Codes: | 3/M/L |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**    Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-954-427 (COHM)

|  |  |
|---|---|
| Title: | Role model. |
| Note: | Performed by aEminem. |
| In: | The Slim Shady LP, mAftermath Entertainment INTD-90287, c1999. Compact disc |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music (a.k.a. 8 Mile Style Music), Ain't Nothin' Goin' On But F*****, Hard Working Black Folks |
| Created: | 1999 |
| Published: | 23Feb99 |
| Registered: | 24Jun99 |
| Author on © Application: | lyrics & music: Marshall Mathers, Andre Young (p.k.a. Dr. Dre), Melvin Bradford (p.k.a. Mel Man) |
| Special Codes: | 3/M/L |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-980-855 (COHM)

|  |  |
|---|---|
| Title: | The real Slim Shady. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| In: | The Marshall Mathers LP. mAftermath Ent./Interscope Records |
|  | 069490629, 2000. |
| Claimant: | 8 Mile Style Music (a.k.a. Eight Mile Style Music), Ensign Music |
|  | Corporation, Bug Music, Strawberry Blonde Music, WB Music, Music |
|  | of Windswept, 5 Card Music, Ain't Nothin' Goin' on but F****n' Music |
| Created: | 2000 |
| Published: | 23May00 |
| Registered: | 03Nov00 |
| Author on © Application: | music, words: T. Coster, Michael Elizondo, Marshall Mathers |
|  | (Eminem, pseud.), Andre Young. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-070 (COHM)

|  |  |
|---|---|
| Title: | Without me. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem. |
| Claimant: | Ensign Music Corporation, Eight Mile Style Music, Bell publishing |
| | designee, Satisfaction Fulfilled, Ltd., Unforgettable Music, Ltd., |
| | Bug House, Inc., Buffalo Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 26Aug02 |
| Author on © Application: | words & music: Marshall Mathers (Eminem, pseud.), Jeff Bass, |
| | Kevin Bell, Malcolm McLaren, Trevor Horn, Anne Dudley. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-073-403 (COHM)

|  |  |
|---|---|
| Title: | Cleanin' out my closet. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by Eminem. |
| In: | The Eminem show. mAftermath Records 0694932902, c2002. |
| Claimant: | Ensign Music Corporation, Eight Mile Style |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 16Oct02 |
| Author on © Application: | words & music: Marshall Mathers 3rd (Eminem, pseud.) & Jeff |
|  | Bass. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. See also Cleanin' |
|  | out my closet; REG 10Mar04; PA 1-225-996 |
| Special Codes: | 3/M/R |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Copyright | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-164-487 (COHM)

| | |
|---|---|
| Title: | Shit on you. |
| Imprint: | Interscope Records 497-344, 2000. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by Eminem, featuring aD12. |
| Claimant: | Ensign Music, LLC, Eight Mile Style Music, Screen Gems, EMI Music, Idiotic Biz Music, EMI April, Dirty Works Music, McVey Music, Runyon Avenue Music, acKenneth Bell Jr. |
| Created: | 2000 |
| Published: | 05Dec00 |
| Registered: | 30Jun06 |
| Title on © Application: | $#]* on you. |
| Author on © Application: | words and music: Marshall Mathers (Eminem, pseud.), Lonnie Smith, Rufus Johnson, Denaun Porter, Ondre Moore, Von Carlisle, Kenneth Bell, Jr.. |
| Claim Limit: | NEW MATTER: all other words and music. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Record Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-1-153-337 (COHM)

| | |
|---|---|
| Title: | Without me. |
| Description: | Compact disc. |
| Claimant: | Reach Global, Inc., Nuez Music, Ensign Music Corporation, Eight Mile Style, Satisfaction Fulfilled, Ltd., Unforgettable Music, Ltd., Bug House, Inc., Buffalo Music |
| Created: | 2002 |
| Published: | 28May02 |
| Registered: | 24Jun03 |
| Author on © Application: | words & music: Kevin Bell, Marshall Mathers (Eminem, pseud.), Jeff Bass, Malcolm McLaren, Trevor Horn, Anne Dudley. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M/L |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

♫ **iTunes Store**

**8 Mile (Soundtrack from the Motion Picture)**                                              1
50 Cent
   5. Places to Go (4:15)
  11. Wanksta (3:38)

**8 Mile (Soundtrack from the Motion Picture)**                                              2
50 Cent, Eminem & Obie Trice
   2. Love Me (4:30)

**8 Mile (Soundtrack from the Motion Picture)**                                              3
Boomkat
  12. Wastin' My Time (3:37)

**8 Mile (Soundtrack from the Motion Picture)**                                              4
D12
   6. Rap Game (5:53)

**8 Mile (Soundtrack from the Motion Picture)**                                              5
Eminem
   1. Lose Yourself (5:20)
   3. 8 Mile (5:59)
  16. Rabbit Run (3:10)

**8 Mile (Soundtrack from the Motion Picture)**                                              6
Freeway & Jay-Z
   7. 8 Miles and Runnin' (4:08)

♫ **iTunes Store**

---

**8 Mile (Soundtrack from the Motion Picture)**                    7
Gang Starr
15. Battle (2:55)

---

**8 Mile (Soundtrack from the Motion Picture)**                    8
Macy Gray
9. Time of My Life (4:21)

---

**8 Mile (Soundtrack from the Motion Picture)**                    9
Nas
10. U Wanna Be Me (3:50)

---

**8 Mile (Soundtrack from the Motion Picture)**                   10
Obie Trice
4. Adrenaline Rush (3:48)

---

**8 Mile (Soundtrack from the Motion Picture)**                   11
Rakim
13. R.A.K.I.M. (4:23)

---

**8 Mile (Soundtrack from the Motion Picture)**                   12
Xzibit
8. Spit Shine (3:39)

---

♫ **iTunes Store**

**8 Mile (Soundtrack from the Motion Picture)**    13
Young Zee
14. That's My N***a fo' Real (4:45)



# iTunes Store
## 16 songs, 1.1 hours, zero KB

| Name | Time | Album | Artist |
| --- | --- | --- | --- |
| Lose Yourself | 5:20 | 8 Mile (Soundtrack from the Motion... | Eminem |
| Love Me | 4:30 | 8 Mile (Soundtrack from the Motion... | 50 Cent, Eminem & Obie Trice |
| 8 Mile | 5:59 | 8 Mile (Soundtrack from the Motion... | Eminem |
| Adrenaline Rush | 3:48 | 8 Mile (Soundtrack from the Motion... | Obie Trice |
| Places to Go | 4:15 | 8 Mile (Soundtrack from the Motion... | 50 Cent |
| Rap Game | 5:53 | 8 Mile (Soundtrack from the Motion... | D12 |
| 8 Miles and Runnin' | 4:08 | 8 Mile (Soundtrack from the Motion... | Freeway & Jay-Z |
| Spit Shine | 3:39 | 8 Mile (Soundtrack from the Motion... | Xzibit |
| Time of My Life | 4:21 | 8 Mile (Soundtrack from the Motion... | Macy Gray |
| U Wanna Be Me | 3:50 | 8 Mile (Soundtrack from the Motion... | Nas |
| Wanksta | 3:38 | 8 Mile (Soundtrack from the Motion... | 50 Cent |
| Wastin' My Time | 3:37 | 8 Mile (Soundtrack from the Motion... | Boomkat |
| R.A.K.I.M. | 4:23 | 8 Mile (Soundtrack from the Motion... | Rakim |
| That's My N***a fo' Real | 4:45 | 8 Mile (Soundtrack from the Motion... | Young Zee |
| Battle | 2:55 | 8 Mile (Soundtrack from the Motion... | Gang Starr |
| Rabbit Run | 3:10 | 8 Mile (Soundtrack from the Motion... | Eminem |

♫ **iTunes Store**

| | |
|---|---|
| **8 Mile (Soundtrack from the Motion Picture)**<br>50 Cent<br>  5. Places to Go (4:15)<br> 11. Wanksta (3:38) | 1 |
| **8 Mile (Soundtrack from the Motion Picture)**<br>50 Cent, Eminem & Obie Trice<br>  2. Love Me (4:30) | 2 |
| **8 Mile (Soundtrack from the Motion Picture)**<br>Boomkat<br> 12. Wastin' My Time (3:37) | 3 |
| **8 Mile (Soundtrack from the Motion Picture)**<br>D12<br>  6. Rap Game (5:53) | 4 |
| **8 Mile (Soundtrack from the Motion Picture)**<br>Eminem<br>  1. Lose Yourself (5:20)<br>  3. 8 Mile (5:59)<br> 16. Rabbit Run (3:10) | 5 |
| **8 Mile (Soundtrack from the Motion Picture)**<br>Freeway & Jay–Z<br>  7. 8 Miles and Runnin' (4:08) | 6 |

♫ **iTunes Store**

| | |
|---|---|
| **8 Mile (Soundtrack from the Motion Picture)** <br> Gang Starr <br> 15. Battle (2:55) | 7 |
| **8 Mile (Soundtrack from the Motion Picture)** <br> Macy Gray <br> 9. Time of My Life (4:21) | 8 |
| **8 Mile (Soundtrack from the Motion Picture)** <br> Nas <br> 10. U Wanna Be Me (3:50) | 9 |
| **8 Mile (Soundtrack from the Motion Picture)** <br> Obie Trice <br> 4. Adrenaline Rush (3:48) | 10 |
| **8 Mile (Soundtrack from the Motion Picture)** <br> Rakim <br> 13. R.A.K.I.M. (4:23) | 11 |
| **8 Mile (Soundtrack from the Motion Picture)** <br> Xzibit <br> 8. Spit Shine (3:39) | 12 |

♫ **iTunes Store**

**8 Mile (Soundtrack from the Motion Picture)**                                    13
Young Zee
 14. That's My N***a fo' Real (4:45)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 152 – 688**



EFFECTIVE DATE OF REGISTRATION

10 27 03
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
"LOSE YOURSELF"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

---

**2**

**a** NAME OF AUTHOR ▼
Marshall B Mathers

DATES OF BIRTH AND DEATH
Year Born ▼  1972   Year Died ▼

Was this contribution to the work a work made for hire?
Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E Resto

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼
Jeff J Bass

DATES OF BIRTH AND DEATH
Year Born ▼  1959   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases
2002  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month  *10  Day  22  Year  2002
USA  Nation

---

**4**

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style LLC
Martin Affiliated LLC
1525 East Nine Mile Road
Ferndale MI 48220

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

APPLICATION RECEIVED
OCT 27 2003
ONE DEPOSIT RECEIVED
OCT 27 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by C O  from phone call on 11/3/03
with Joel Martin

EXAMINED BY  LUF                                FORM PA

CHECKED BY

CORRESPONDENCE                                FOR
Yes                                          COPYRIGHT
                                             OFFICE
                                             USE
                                             ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for the work or for an earlier version of the work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a  6**

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                                    Account Number ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name Address / Apt / City / State ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale MI 48220

**b**

Area code and daytime telephone number  ( 248  ) 547 6863        Fax number  ( 248  ) 547 8350

Email

**CERTIFICATION**  I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Eight Mile Style  LLC**

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Joel Martin                                          Date  4/23/03

Handwritten signature (X) ▼

X  *Joel Martin*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
LIGHT MILE STYLE LLC

Number/Street Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALL MI 48220

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-204-567

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
"LOVE ME"

PREVIOUS OR ALTERNATIVE TITLES ▼
"JUST WANT TO LOVE YOU"

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Steve King

DATES OF BIRTH AND DEATH
Year Born ▼ 1958    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E. Resto

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month October Day 29 Year 2002
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use the Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**■FORM** *PA*/CON
UNITED STATES COPYRIGHT OFFICE

PA 1–204–567

AU

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED
DEC 18 2003

Page 3 of 3 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )
  "LOVE ME"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, LLC

---

## B
Continuation of Space 2

### d
**NAME OF AUTHOR ▼**
Obie Trice

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼
Words

### e
**NAME OF AUTHOR ▼**
Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼
Words

### f
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

| EXAMINED BY | DSH | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                         Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number  ( 248 ) 547-6863          Fax number  ( 248 ) 547-8350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Eight Mile Style, LLC
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joel Martin                                                    Date  4/23/03

☞   Handwritten signature (X) ▼
    x _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>EIGHT MILE STYLE, LLC | • Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>1525 EAST NINE MILE ROAD | 1 Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>FERNDALE, MI 48220 | Library of Congress<br>Copyright Office<br>101 Independence Avenue, S E<br>Washington D C 20559-6000 |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–204–555

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
"8 MILE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
"EIGHT MILE" / "EIGHT MILE ROAD"

**NATURE OF THIS WORK ▼** See instructions

Words & Music

**2**

**a**

**NAME OF AUTHOR ▼**
Marshall B Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Luis E Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2002
Year In all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month October   Day 25   Year 2002   Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY **DSH**

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number  ( 248 ) 547-6863          Fax number  ( 248 ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                                Date  4/23/03

Handwritten signature (X) ▼

x  _Joel Smit_

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1-204-556**



EFFECTIVE DATE OF REGISTRATION

12    18    03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
"PLACES TO GO."

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

## 2

**a**
**NAME OF AUTHOR ▼** Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼** Luis E. Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**
**NAME OF AUTHOR ▼** Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October Day 29 Year 2002
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

See instructions before completing this space

**APPLICATION RECEIVED**
DEC 18 2003
**ONE DEPOSIT RECEIVED**
DEC 18 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY **DSH**

CHECKED BY

FORM PA

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

a

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                    Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

b

**7**

Area code and daytime telephone number    ( 248  ) 547-6863              Fax number    ( 248  ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**

◀·····Check only one ▶

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                                                          Date  4/23/03

Handwritten signature (X) ▼

x  _Joel Martin_

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Form are subject to
change, for current
form, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–204–570

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|-----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▼**
"RAP GAME"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

---

**2**
**a**
**NAME OF AUTHOR ▼**
Marshall B Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _United States_
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructional). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**
**NAME OF AUTHOR ▼**
Luis E Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _United States_
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**
**NAME OF AUTHOR ▼**
Deshawn Holton

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _United States_
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2002
Year in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month _October_ Day _29_ Year _2002_ Nation

---

**4**
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC

1525 East Nine Mile Road
Ferndale MI 48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY DSH                    FORM PA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B, or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼          **a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼          **b**

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼          **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼          **b**

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number     ( 248 ) 547-6863          Fax number     ( 248 ) 547-8350

Email

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the     ☐ author
                                                                   ☐ other copyright claimant
Check only one ▶                                                   ☐ owner of exclusive right(s)
                                                                   ☒ authorized agent of  **Eight Mile Style, LLC**
                                                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                                        Date  4/23/03

Handwritten signature (X) ▼

X _Joel Mn_

**Certificate will be mailed in window envelope to this address:**

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

■ FORM *PA* /CON
UNITED STATES COPYRIGHT OFFICE

R     PA 1-204-570

PA AU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

12     18     03
(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED

DEC 18 2003

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET.** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )
  "RAP GAME"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, LLC

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼
Denaun Porter

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed
Words

**e**

NAME OF AUTHOR ▼
Rufus Johnson

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Words

**f**

NAME OF AUTHOR ▼
Von Carlisle

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Words

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

R

**PA 1-204-570**

EFFECTIVE DATE OF REGISTRATION

12          18          03
(Month)     (Day)      (Year)

CONTINUATION SHEET RECEIVED
DEC 18 2003

Page 4 of 4 pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

  "RAP GAME"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Eight Mile Style, LLC
  Martin Affiliated, LLC

## B
### Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Ondre Moore | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☑ No | OR { Citizen of ▶ United States  Domiciled in ▶ | Anonymous?  ☐ Yes  ☑ No   If the answer to either of these questions is Pseudonymous?  ☐ Yes  ☑ No   "Yes," see detailed instructions. |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

Words

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☐ No | OR { Citizen of ▶  Domiciled in ▶ | Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed instructions |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼          Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☐ No | OR { Citizen of ▶  Domiciled in ▶ | Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed instructions |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

### PA 1-204-569



EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
"8 MILES & RUNNING"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
"EIGHT MILES AND RUNNING"

**NATURE OF THIS WORK ▼ See instructions**

Words & Music

## 2

**a**

**NAME OF AUTHOR ▼**
Marshall B Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼  1972     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**
Luis E Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**

**NAME OF AUTHOR ▼**
Shawn Carter

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month OCTOBER Day 24 Year 2002
Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

**APPLICATION RECEIVED**
DEC 18 2003
**ONE DEPOSIT RECEIVED**
DEC 18 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 3 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

 **FORM** *PA* /CON
UNITED STATES COPYRIGHT OFFICE

PA 1-204-569



| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 18 | 03 |
|----|----|----|
| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**
DEC 18 2003

Page __3__ of __3__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)
  "8 MILES & RUNNING"
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)
  Eight Mile Style, LLC
  Martin Affiliated, LLC

## B — Continuation of Space 2

**d** NAME OF AUTHOR ▼ L. Pridgen

DATES OF BIRTH AND DEATH Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☑ No

AUTHOR'S NATIONALITY OR DOMICILE  Name of Country  OR ☐ Citizen of ▶ United States  ☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  Anonymous? ☐ Yes ☑ No  Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼  Music

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE  OR ☐ Citizen of ▶  ☐ Domiciled in ▶

Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼  Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE  OR ☐ Citizen of ▶  ☐ Domiciled in ▶

Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

EXAMINED BY DSH

FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number  ( 248 ) 547-6863          Fax number  ( 248 ) 547-8350
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Eight Mile Style, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Joel Martin          Date  4/23/03

Handwritten signature (X) ▼

☞  x

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington  D C  20559-6000

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-204-557**



EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
"SPIT SHINE"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Steve King

DATES OF BIRTH AND DEATH
Year Born ▼  1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E. Resto

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼
Alvin Joiner

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month October   Day 09   Year 2002   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale MI 48220

See instructions before completing this space

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

■ FORM *PA* /CON
UNITED STATES COPYRIGHT OFFICE

PA 1−204−557

*PA*|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|---|---|---|
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED
DEC 18 2003

Page 3 of 3 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  "SPIT SHINE"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Eight Mile Style, LLC
  Martin Affiliated, LLC

---

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼
Denaun Porter

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the

| EXAMINED BY DSH | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number  ( 248 ) 547-6863        Fax number ( 248 ) 547-8350

Email

**CERTIFICATION*** I the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Eight Mile Style, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin        Date 4/23/03

Handwritten signature (X) ▼

☞  x _Joel Martin_

| Certificate will be mailed in window envelope to this address | Name ▼ EIGHT MILE STYLE, LLC | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 1525 EAST NINE MILE ROAD | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ FERNDALE, MI 48220 | Library of Congress Copyright Office 101 Independence Avenue S E Washington D C 20559-6000 |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Certificate of Registration

**FORM PA**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**PA 1-204-568**



EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
"RABBIT RUN"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Marshall B Mathers

DATES OF BIRTH AND DEATH
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
Luis E Resto

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ United States
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
Year 2002

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month October Day 29 Year 2002
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY DSH                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                   FOR
   Yes                                             COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**  a

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                    **Account Number** ▼

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

b

Area code and daytime telephone number  ( 248 ) 547-6863          Fax number  ( 248 ) 547-8350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin                                    Date ▶ 4/23/03

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

**Name** ▼
EIGHT MILE STYLE, LLC

**Number/Street/Apt** ▼
1525 EAST NINE MILE ROAD

**City/State/ZIP** ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

♫ **iTunes Store**

---

**The Massacre**                                                                  1
50 Cent
   1. Intro (0:43)           9. Get In My Car (4:05)     15. Gunz Come Out (4:24)
   2. In My Hood (3:51)     10. Ski Mask Way (3:05)    17. Position of Power (3:12)
   3. This Is 50 (3:04)     11. A Baltimore Love Th... (4:17)  19. God Gave Me Style (3:01)
   4. I'm Supposed to Die... (3:51)  12. Ryder Music (3:51)    21. I Don't Need 'Em (3:20)
   5. Piggy Bank (4:15)     13. Disco Inferno (3:34)    22. Hate It or Love It (G ... (4:23)
   8. Outta Control (3:21)    14. Just a Lil Bit (3:57)

---

**The Massacre**                                                                  2
50 Cent & Eminem
   6. GATman and Robbin (3:46)

---

**The Massacre**                                                                  3
50 Cent & Jamie Foxx
  18. Build You Up (2:55)

---

**The Massacre**                                                                  4
50 Cent & Olivia
   7. Candy Shop (3:29)
  20. So Amazing (3:16)

---

**The Massacre**                                                                  5
50 Cent & Tony Yayo
  16. My Toy Soldiers (3:44)



# iTunes Store
**22 songs, 1.2 hours, zero KB**

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Intro | 0:43 | The Massacre | 50 Cent |
| In My Hood | 3:51 | The Massacre | 50 Cent |
| This Is 50 | 3:04 | The Massacre | 50 Cent |
| I'm Supposed to Die Tonight | 3:51 | The Massacre | 50 Cent |
| Piggy Bank | 4:15 | The Massacre | 50 Cent |
| GATman and Robbin | 3:46 | The Massacre | 50 Cent & Eminem |
| Candy Shop | 3:29 | The Massacre | 50 Cent & Olivia |
| Outta Control | 3:21 | The Massacre | 50 Cent |
| Get In My Car | 4:05 | The Massacre | 50 Cent |
| Ski Mask Way | 3:05 | The Massacre | 50 Cent |
| A Baltimore Love Thing | 4:17 | The Massacre | 50 Cent |
| Ryder Music | 3:51 | The Massacre | 50 Cent |
| Disco Inferno | 3:34 | The Massacre | 50 Cent |
| Just a Lil Bit | 3:57 | The Massacre | 50 Cent |
| Gunz Come Out | 4:24 | The Massacre | 50 Cent |
| My Toy Soldiers | 3:44 | The Massacre | 50 Cent & Tony Yayo |
| Position of Power | 3:12 | The Massacre | 50 Cent |
| Build You Up | 2:55 | The Massacre | 50 Cent & Jamie Foxx |
| God Gave Me Style | 3:01 | The Massacre | 50 Cent |
| So Amazing | 3:16 | The Massacre | 50 Cent & Olivia |
| I Don't Need 'Em | 3:20 | The Massacre | 50 Cent |
| Hate It or Love It (G Unit Remix) | 4:23 | The Massacre | 50 Cent |

♫ **iTunes Store**

**The Massacre**                                                                        1
50 Cent
  1. Intro (0:43)
  2. In My Hood (3:51)
  3. This Is 50 (3:04)
  4. I'm Supposed to Die... (3:51)
  5. Piggy Bank (4:15)
  8. Outta Control (3:21)
   9. Get In My Car (4:05)
  10. Ski Mask Way (3:05)
  11. A Baltimore Love Th...(4:17)
  12. Ryder Music (3:51)
  13. Disco Inferno (3:34)
  14. Just a Lil Bit (3:57)
  15. Gunz Come Out (4:24)
  17. Position of Power (3:12)
  19. God Gave Me Style (3:01)
  21. I Don't Need 'Em (3:20)
  22. Hate It or Love It (G ...(4:23)

**The Massacre**                                                                        2
50 Cent & Eminem
  6. GATman and Robbin (3:46)

**The Massacre**                                                                        3
50 Cent & Jamie Foxx
  18. Build You Up (2:55)

**The Massacre**                                                                        4
50 Cent & Olivia
  7. Candy Shop (3:29)
  20. So Amazing (3:16)

**The Massacre**                                                                        5
50 Cent & Tony Yayo
  16. My Toy Soldiers (3:44)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-364-299**

PAU

**EFFECTIVE DATE OF REGISTRATION**

JAN 05 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

GATMAN AND ROBBIN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Words and Music

## 2

**a** **NAME OF AUTHOR ▼**

Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐ Yes | OR Citizen of United States | Anonymous? ☐ Yes ☑ No | |
| ☑ No | Domiciled in | Pseudonymous? ☐ Yes ☑ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Marshall Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐ Yes | OR Citizen of United States | Anonymous? ☐ Yes ☑ No | |
| ☑ No | Domiciled in | Pseudonymous? ☐ Yes ☑ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** **NAME OF AUTHOR ▼**

Luis Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐ Yes | OR Citizen of United States | Anonymous? ☐ Yes ☑ No | |
| ☑ No | Domiciled in | Pseudonymous? ☐ Yes ☑ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March    Day 03    Year 2005
United States of America    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC / Martin Affiliated, LLC

1525 East 9 Mile, Ferndale, MI 48220

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

See instructions before completing this space.

APPLICATION RECEIVED
JAN 05 2007
ONE DEPOSIT RECEIVED
JAN 05 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __3__ pages

EXAMINED BY _____

CHECKED BY _____

□ CORRESPONDENCE
   □ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number    ( 248 ) 547-6863          Fax number    ( 248 ) 547-6863

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▸
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                                    Date 8/4/06

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** A /CON
UNITED STATES COPYRIGHT OFFICE

PA 1 – 364 – 299

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

JAN 05 2007

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

JAN 05 2007

Page ___3___ of ___3___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  GATMAN AND ROBBIN

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Eight Mile Style, LLC 1525 East Nine Mile, Ferndale, MI 48220

## B
**Continuation of Space 2**

**NAME OF AUTHOR ▼**

**d** Jeff Bass

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

**NAME OF AUTHOR ▼**

**e** Mark Bass

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

**NAME OF AUTHOR ▼**

**f** Neal Hefti

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-364-300**



EFFECTIVE DATE OF REGISTRATION

*JAN 05 2007*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

I'M SUPPOSED TO DIE TONIGHT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words and Music

## 2

**a** **NAME OF AUTHOR ▼**

Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Marshall Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** **NAME OF AUTHOR ▼**

Luis Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March Day 03 Year 2005
United States of America Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC / Martin Affiliated, LLC

1525 East 9 Mile, Ferndale, MI 48220

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

*APPLICATION RECEIVED*
*JAN 05 2007*
ONE DEPOSIT RECEIVED
*JAN 05 2007*
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 3 pages