EXAMINED BY                                      FORM PA

CHECKED BY

☐ CORRESPONDENCE                                FOR
   ☐ Yes                                        COPYRIGHT
                                                OFFICE
                                                USE
                                                ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number  ( 248  ) 547-6863          Fax number  ( 248  ) 547-6863
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

                        Check only one ▶  ☐ author
                                          ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
                                          ☑ authorized agent of **Eight Mile Style, LLC**
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                                    Date  8/4/06

        Handwritten signature (X) ▼

☞      x

Certificate      Name ▼
will be
mailed in        EIGHT MILE STYLE, LLC
window
envelope         Number/Street/Apt ▼
to this
address:         1525 EAST NINE MILE ROAD

                 City/State/ZIP ▼
                 FERNDALE, MI 48220

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Dockets.Justia.com

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM PA /CON**

PA 1-364-300

| A | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

/            05         07
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JAN 05 2007

Page ___3___ of ___3___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

I'M SUPPOSED TO DIE TONIGHT

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Eight Mile Style, LLC 1525 East Nine Mile, Ferndale, MI 48220

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼
Steve King

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

♫ **iTunes Store**

**Get Rich or Die Tryin'**                                                                                              1
50 Cent
1. Intro (0:06)                    8. If I Can't (3:16)           14. 21 Questions (3:44)
2. What Up Gangsta (2:59)          9. Blood Hound (4:00)          15. Don't Push Me (4:08)
3. Patiently Waiting (4:48)       10. Back Down (4:03)            16. Gotta Make It to He... (4:00)
4. Many Men (Wish De... (4:16)    11. P.I.M.P. (4:09)             17. Wanksta (Soundtrac... (3:39)
6. High All the Time (4:29)       12. Like My Style (3:13)        18. U Not Like Me (4:15)
7. Heat (4:14)                    13. Poor Lil Rich (3:19)        19. Life's on the Line (3:38)

 **iTunes Store**
**18 songs, 1.1 hours, zero KB**

| Name | Time | Album | Artist |
|---|---|---|---|
| Intro | 0:06 | Get Rich or Die Tryin' | 50 Cent |
| What Up Gangsta | 2:59 | Get Rich or Die Tryin' | 50 Cent |
| Patiently Waiting | 4:48 | Get Rich or Die Tryin' | 50 Cent |
| Many Men (Wish Death) | 4:16 | Get Rich or Die Tryin' | 50 Cent |
| High All the Time | 4:29 | Get Rich or Die Tryin' | 50 Cent |
| Heat | 4:14 | Get Rich or Die Tryin' | 50 Cent |
| If I Can't | 3:16 | Get Rich or Die Tryin' | 50 Cent |
| Blood Hound | 4:00 | Get Rich or Die Tryin' | 50 Cent |
| Back Down | 4:03 | Get Rich or Die Tryin' | 50 Cent |
| P.I.M.P. | 4:09 | Get Rich or Die Tryin' | 50 Cent |
| Like My Style | 3:13 | Get Rich or Die Tryin' | 50 Cent |
| Poor Lil Rich | 3:19 | Get Rich or Die Tryin' | 50 Cent |
| 21 Questions | 3:44 | Get Rich or Die Tryin' | 50 Cent |
| Don't Push Me | 4:08 | Get Rich or Die Tryin' | 50 Cent |
| Gotta Make It to Heaven | 4:00 | Get Rich or Die Tryin' | 50 Cent |
| Wanksta (Soundtrack Version) | 3:39 | Get Rich or Die Tryin' | 50 Cent |
| U Not Like Me | 4:15 | Get Rich or Die Tryin' | 50 Cent |
| Life's on the Line | 3:38 | Get Rich or Die Tryin' | 50 Cent |

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-204-561**

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 18 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
"PATIENTLY WAITING"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

---

**2**

**a**

**NAME OF AUTHOR ▼**
Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Luis E. Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**

**NAME OF AUTHOR ▼**
Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month February Day 11 Year 2003
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated LLC    1525 East Nine Mile Road
Ferndale, MI 48220

**APPLICATION RECEIVED**
DEC 18 2003
**ONE DEPOSIT RECEIVED**
DEC 18 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

See instructions before completing this space

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _5_ pages



# CONTINUATION SHEET
# FOR APPLICATION FORMS

■**FORM** PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 1−204−561

*PA0001204561*

PA PAU SE SEG SRU SR TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

12      18      03
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

DEC 18 2003

Page 3 of 3 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )
  "PATIENTLY WAITING"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, L L c

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼
Mike Elizondo

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of space 1 on any of the Short Forms PA, TX, or VA*

| EXAMINED BY DSH | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**a** Name ▼          Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number   ( 248 ) 547-6863          Fax number   ( 248 ) 547-8350

Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Joel Martin          Date **4/24/03**

Handwritten signature (X) ▼

X _Joel Martin_

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
**For a Work of the Performing Arts**
**UNITED STATES COPYRIGHT OFFICE**

PA 1–204–558

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
"MANY MEN"

PREVIOUS OR ALTERNATIVE TITLES ▼
"DEATH WISH"

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Darrell Branch

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**NOTE**

Under the law, the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Luis E Resto

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c** NAME OF AUTHOR ▼
Curtis Jackson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002
Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information only if this work has been published.
Month _____ Day 11 Year 2003
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated LLC
1525 East Nine Mile Road
Ferndale, MI 48220

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

APPLICATION RECEIVED
DEC 18 2003
ONE DEPOSIT RECEIVED
DEC 18 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 3 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

■FORM *PA* /CON

UNITED STATES COPYRIGHT OFFICE

PA 1–204–558

PA|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

12      18      03
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

DEC 18 2003

Page 3 of 3 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- **TITLE** (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form )
  "MANY MEN"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, LLc

---

## B
### Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**
Tavares

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ United States
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

| EXAMINED BY | DSH | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes " give **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼        **a**

**6**

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼        **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account        **a**
Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼        **b**

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number    ( 248 ) 547-6863        Fax number    ( 248 ) 547-8350

Email

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**

Name of author or other copyright claimant or owner of exclusive rights ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Joel Martin        Date 4/24/03

Handwritten signature (X) ▼

x _Joel Martin_

| Certificate will be mailed in window envelope to this address | Name ▼ EIGHT MILE STYLE, LLC |
|---|---|
| | Number/Street/Apt ▼ 1525 EAST NINE MILE ROAD |
| | City/State/ZIP ▼ FERNDALE, MI 48220 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-204-559



EFFECTIVE DATE OF REGISTRATION

12    18    03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
"HIGH ALL THE TIME"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

**2**

**a**   **NAME OF AUTHOR ▼**
Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**
Luis E Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**   **NAME OF AUTHOR ▼**
Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **United States**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
2002 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month FEBRUARY Day 11 Year 2003
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated LLC

1525 East Nine Mile Road
Ferndale, MI 48220

**APPLICATION RECEIVED**
DEC 18 2003
**ONE DEPOSIT RECEIVED**
DEC 18 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

See instructions before completing this space

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

■ **FORM** *PA* **/CON**
UNITED STATES COPYRIGHT OFFICE

**PA 1-204-559**

PA PAU SEG SEGU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

| 12 | 18 | 03 |
|----|----|----|
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

DEC 18 2003

Page __3__ of __3__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form )
  **"HIGH ALL THE TIME"**

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, LLc

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼
Michael Cleroix

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

**e**

NAME OF AUTHOR ▼
Conrad Alomancy

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Music

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

| EXAMINED BY | DSH | | FORM PA |
|---|---|---|---|
| CHECKED BY | | | |
| ☐ CORRESPONDENCE Yes | | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number ( 248 ) 547-6863     Fax number ( 248 ) 547-8350
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joel Martin                                    Date 4/24/03
Handwritten signature (X) ▼
x Joel Martin

**Certificate will be mailed in window envelope to this address**

Name ▼
EIGHT MILE STYLE, LLC
Number/Street/Apt ▼
1525 EAST NINE MILE ROAD
City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–204–560**



12    18    03
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
"DON'T PUSH PUSH ME"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

**2**

**a**

**NAME OF AUTHOR ▼**
Marshall B Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Luis E Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**c**

**NAME OF AUTHOR ▼**
Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of **United States**
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month _____ Day 11 Year 2008
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Eight Mile Style, LLC
Martin Affiliated, LLC
1525 East Nine Mile Road
Ferndale, MI 48220

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 18 2003
**ONE DEPOSIT RECEIVED**
DEC 18 2003
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**■FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

**PA 1-204-560**



PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

12   18   03
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

DEC   18   2003

Page   3   of   5   pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE  (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )
  "DON'T PUSH ME"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Eight Mile Style, LLC
  Martin Affiliated, LLc

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Chris Lloyd | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No   If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☑ No   "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼
Words

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| _____ | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| _____ | Year Born▼     Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No   If the answer to either of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

EXAMINED BY DSH                          FORM PA

CHECKED BY

CORRESPONDENCE                           FOR
Yes                                      COPYRIGHT
                                         OFFICE
                                         USE
                                         ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Joel Martin

1525 East Nine Mile Road

Ferndale, MI 48220

**b**

Area code and daytime telephone number    ( 248  ) 547-6863          Fax number    ( 248  ) 547-8350

Email

**CERTIFICATION*** I the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Eight Mile Style, LLC

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Joel Martin

Date  4/24/03

Handwritten signature (X) ▼

x  _Joel Martin_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

EIGHT MILE STYLE, LLC

Number/Street/Apt ▼

1525 EAST NINE MILE ROAD

City/State/ZIP ▼

FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559-6000

**9**

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

♫ **iTunes Store**

1

### Cheers
Obie Trice

1. Average Man (4:16)
2. Cheers (3:34)
3. Got Some Teeth (3:47)
4. Lady (4:45)
5. Don't Come Down (5:11)
6. The Setup (3:13)

7. Bad Bitch (4:09)
8. S**t Hits the Fan (4:52)
9. Follow My Life (3:55)
10. We All Die One Day (5:29)
11. Spread Yo S**t (4:03)
12. Look in My Eyes (4:50)

13. Hands On You (5:12)
14. Hoodrats (4:12)
15. Oh! (4:30)
16. Never Forget Ya (4:28)
17. Outro (4:02)

 **iTunes Store**
**17 songs, 1.2 hours, zero KB**

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Average Man | 4:16 | Cheers | Obie Trice |
| Cheers | 3:34 | Cheers | Obie Trice |
| Got Some Teeth | 3:47 | Cheers | Obie Trice |
| Lady | 4:45 | Cheers | Obie Trice |
| Don't Come Down | 5:11 | Cheers | Obie Trice |
| The Setup | 3:13 | Cheers | Obie Trice |
| Bad Bitch | 4:09 | Cheers | Obie Trice |
| S**t Hits the Fan | 4:52 | Cheers | Obie Trice |
| Follow My Life | 3:55 | Cheers | Obie Trice |
| We All Die One Day | 5:29 | Cheers | Obie Trice |
| Spread Yo S**t | 4:03 | Cheers | Obie Trice |
| Look in My Eyes | 4:50 | Cheers | Obie Trice |
| Hands On You | 5:12 | Cheers | Obie Trice |
| Hoodrats | 4:12 | Cheers | Obie Trice |
| Oh! | 4:30 | Cheers | Obie Trice |
| Never Forget Ya | 4:28 | Cheers | Obie Trice |
| Outro | 4:02 | Cheers | Obie Trice |

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG.

PA 1-245-073

EFF.

4 - 26 - 04
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"AVERAGE MAN"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** NAME OF AUTHOR ▼
Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼ 1961    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month September Day 23 Year 2003 Nation
ONLY if this work has been published.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

APR 26 2004 RECEIVED
APR 26 2004 ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Written Agreement

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | *061* | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼     Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number    ( 248 ) 547-6863     Fax number   ( 248 ) 547-8350
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Eight Mile Style, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin     Date  10/1/03

Handwritten signature (X) ▼

x

**9**

Certificate will be mailed in window envelope to this address:

Name ▼    EIGHT MILE STYLE, LLC
Number/Street/Apt ▼    ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
City/State/ZIP ▼    FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper    U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**FORM PA /CON**
UNITED STATES COPYRIGHT OFFICE

PA 1-245-073

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|-----|----|-----|----|-----|

**EFFECTIVE DATE OF REGISTRATION**

4 – 26 – 04

(Month)          (Day)          (Year)

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**CONTINUATION SHEET RECEIVED**

APR 2 6 2004

Page ___3___ of ___4___ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"AVERAGE MAN"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Eight Mile Style, LLC    Martin Affiliated, LLC

---

## B
**Continuation of Space 2**

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Steve King | Year Born▼        Year Died▼ |
|  | 1958 |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
|  | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
|  | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

# C

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

EIGHT MILE STYLE, LLC
ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
FERNDALE, MI 48220

# D

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C. 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**



For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIST    **PA 1-245-074**

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**

"CHEERS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Words & Music

---

**2**  **a**  **NAME OF AUTHOR ▼**

Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1972

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

Obie Trice

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c**  **NAME OF AUTHOR ▼**

Luis Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1961

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

---

**3**  **a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September    Day 23    Year 2003    Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

See instructions before completing this space

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  Name ▼          Account Number ▼

b  CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number   ( 248 ) 547-6863          Fax number   ( 248 ) 547-8350
Email

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eight Mile Style, LLC
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joel Martin                                                    Date  10/1/03

Handwritten signature (X) ▼
☞          x

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/ZIP ▼

EIGHT MILE STYLE, LLC
ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
FERNDALE, MI 48220

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** _PA_ **/CON**

UNITED STATES COPYRIGHT OFFICE

REGIS    **PA 1~245~074**

PA|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

APR 2 6 2004

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "CHEERS"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Eight Mile Style, LLC    Martin Affiliated, LLC

---

## B
### Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Steve King | Year Born▼ 1958    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

# C

**Continuation
of other
Spaces**

---

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
| Number/Street/Apt ▼ |
| City/State/ZIP ▼ |

**EIGHT MILE STYLE, LLC
ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
FERNDALE, MI 48220**

# D

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE    **PA 1-245-108**



**EFFECTIVE DATE OF REGISTRATION**

4 - 26 - 04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

"GOT SOME TEETH"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

---

**2**

**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1972

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** NAME OF AUTHOR ▼
Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1961

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United States**
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003    Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month September  Day 23  Year 2003    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Written Agreement

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                          **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number   ( 248 ) 547-6863                    Fax number ( 248 ) 547-8350

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                                          Date  10/1/03

Handwritten signature (X) ▼

👉   X

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

EIGHT MILE STYLE, LLC
ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
FERNDALE, MI 48220

**9**

*17 U S C § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Ⓒ FORM PA /CON**
UNITED STATES COPYRIGHT OFFICE

PA 1-245-108

REGI...

CDECDELSRSRUTXTXUVAVAU

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04

(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

APR 2 6 2004

Page  3  of      pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  "GOT SOME TEETH"
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Eight Mile Style, LLC      Martin Affiliated, LLC

**B**
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Steve King | Year Born ▼  1958      Year Died ▼ |

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United States
OR Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Jeff Bass | Year Born ▼      Year Died ▼ |

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United States
OR Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Malcolm McLaren | Year Born ▼      Year Died ▼ |

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United Kingdom
OR Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

TREVOR HORN - Citizen of United Kingdom
NO - "work made for hire"
NO- Anonymous
NO- Pseudonymous
Nature of Authorship - MUSIC

ANNE DUDLEY - Citizen of United States
NO - "work made for hire"
NO- Anonymous
NO- Pseudonymous
Nature of Authorship - MUSIC

KEVIN BELL - Citizen of United States
NO - "work made for hire"
NO- Anonymous
NO- Pseudonymous
Nature of Authorship - MUSIC

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

**D**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee is check or
money order payable to Register
of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

**PA 1-245-102**

PAU

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

"LADY"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼

Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼  1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**c** NAME OF AUTHOR ▼

Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼  1961    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month September   Day 23   Year 2003   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

APR 26 2004 ONE DEPOSIT RECEIVED
APR 2 6 2004 TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Written Agreement

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | 061 | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space

**6**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number    ( 248 ) 547-6863          Fax number    ( 248 ) 547-8350

Email

**7**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eight Mile Style, LLC
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                                          Date  10/1/03

Handwritten signature (X) ▼

☞        x

**8**

---

| Certificate will be mailed in window envelope to this address: | Name ▼ |  | **9** |
|---|---|---|---|
| | **EIGHT MILE STYLE, LLC ATTN: MELISSA EMILY 1525 EAST NINE MILE ROAD FERNDALE, MI 48220** | | |
| | Number/Street/Apt ▼ | | |
| | City/State/ZIP ▼ | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNIT___
REGI
PA 1-245-078

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

"DON'T COME DOWN"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Words & Music

---

**2**
**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**c** NAME OF AUTHOR ▼
Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼ 1961    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month September Day 23 Year 2003
Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

*By written Agreement*

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number ( 248 ) 547-6863          Fax number ( 248 ) 547-8350

Email

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Eight Mile Style, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin          Date 10/1/03

Handwritten signature (X) ▼

x

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**FORM** PA /CON

UNI
PA 1–245–078
REG

[barcode]

| PA | AU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|----|----|----|-----|----|----|----|-----|----|-----|

**EFFECTIVE DATE OF REGISTRATION**

4 – 26 – 04

(Month)      (Day)      (Year)

**CONTINUATION SHEET RECEIVED**

APR 2 6 2004

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "DON'T COME DOWN"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Eight Mile Style, LLC    Martin Affiliated, LLC

**B** Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**    Emile Haynie

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

**e**

**NAME OF AUTHOR ▼**    W. Rineheart

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

**f**

**NAME OF AUTHOR ▼**    _____

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):   ☐ Space 1     ☐ Space 4     ☐ Space 6

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

EIGHT MILE STYLE, LLC
ATTN: MELISSA EMILY
1525 EAST NINE MILE ROAD
FERNDALE, MI 48220

Number/Street/Apt ▼

City/State/ZIP ▼

**D**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-245-077**



4 - 26 - 07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"SHIT HITS THE FAN"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

## 2

**a** **NAME OF AUTHOR ▼**
Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
Obie Trice

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Words & Music

**c** **NAME OF AUTHOR ▼**
Andre Young

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Music

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September Day 23 Year 2003
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC
1525 E. 9 Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number  ( 248 ) 547-6863                Fax number  ( 248 ) 547-8350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eight Mile Style, LLC**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                              Date  10/1/03

Handwritten signature (X) ▼
☞        x

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

**9**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev June 2002  ♻ Printed on recycled paper                U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

REGIS    PA 1-245-077

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04
(Month)    (Day)    (Year)

APR 2 6 2004
CONTINUATION SHEET RECEIVED

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

   "SHIT HITS THE FAN"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

   Eight Mile Style, LLC    Martin Affiliated, LLC

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

Mike Elizondo

| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
- Anonymous? ☐ Yes ☒ No
- Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

   Music

**e**

NAME OF AUTHOR ▼

| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
- Anonymous? ☐ Yes ☐ No
- Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

| DATES OF BIRTH AND DEATH | |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
- Anonymous? ☐ Yes ☐ No
- Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):  ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

**EIGHT MILE STYLE, LLC**

Number/Street/Apt ▼

**1525 EAST NINE MILE ROAD**

City/State/ZIP ▼

**FERNDALE, MI 48220**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America




**FORM PA**
For a Work of the Performing Arts

PA 1–245–107

EFFECTIVE DATE OF REGISTRATION

4 – 26 – 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

"FOLLOW MY LIFE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Words & Music

# 2

**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼  1972   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** NAME OF AUTHOR ▼
Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼  1961   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

# 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month September  Day 23  Year 2003
Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

See instructions before completing this space.

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b**
Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number   ( 248 ) 547-6863          Fax number   ( 248 ) 547-8350
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eight Mile Style, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joel Martin                                                      Date  10/1/03

Handwritten signature (X) ▼
☞          x

| Certificate will be mailed in window envelope to this address: | Name ▼ EIGHT MILE STYLE, LLC | |
|---|---|---|
| | Number/Street/Apt ▼ 1525 EAST NINE MILE ROAD | |
| | City/State/ZIP ▼ FERNDALE, MI 48220 | |

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

PA 1-245-107

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04

(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED

APR 2 6 2004

Page ___13___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)



"Follow MY Life"

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Eight Mile Style, LLC     Martin Affiliated, LLC

---

**B**
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Fred Nassar | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

---

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Christopher Wallace | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

---

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Ernst Isley | Year Born▼    Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

MARVIN ISLEY - Citizen of United States
NO "work made for hire"
NO - Anonymous
NO - Pseudonymous
Nature of Authorship - WORDS & MUSIC

RONALD ISLEY- Citizen of United States
NO "work made for hire"
NO - Anonymous
NO - Pseudonymous
Nature of Authorship - WORDS & MUSIC

O'KELLY ISLEY- Citizen of United States
NO "work made for hire"
NO - Anonymous
NO - Pseudonymous
Nature of Authorship - WORDS & MUSIC

CHRIS JASPER- Citizen of United States
NO "work made for hire"
NO - Anonymous
NO - Pseudonymous
Nature of Authorship - WORDS & MUSIC

RUDOLF ISLEY- Citizen of United States
NO "work made for hire"
NO - Anonymous
NO - Pseudonymous
Nature of Authorship - WORDS & MUSIC

**C**
Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
EIGHT MILE STYLE, LLC

Number/Street/Apt ▼
1525 EAST NINE MILE ROAD

City/State/ZIP ▼
FERNDALE, MI 48220

**D**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**

For a Work of the Performing Arts

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-245-075**



EFFECTIVE DATE OF REGISTRATION

4 - 26 - 04

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"WE ALL DIE ONE DAY"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Words & Music

---

**2**

**a**   **NAME OF AUTHOR ▼**   Marshall B. Mathers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1972      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**   Obie Trice

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c**   **NAME OF AUTHOR ▼**   Luis Resto

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1961      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of United States
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September   Day 23   Year 2003   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Ferndale, MI 48220

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                     Account Number ▼   **a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼   **b**

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

Area code and daytime telephone number  ( 248 ) 547-6863        Fax number  ( 248 ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Eight Mile Style, LLC
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin                                               Date  10/1/03

Handwritten signature (X) ▼

☞   x

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ EIGHT MILE STYLE, LLC |
| --- | --- |
| | Number/Street/Apt ▼ 1525 EAST NINE MILE ROAD |
| | City/State/ZIP ▼ FERNDALE, MI 48220 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM PA /CON**

UNITED STATES COPYRIGHT OFFICE

RE    **PA 1 – 245 – 075**

| PA | AU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|----|----|-----|-----|----|----|----|----|----|-----|

EFFECTIVE DATE OF REGISTRATION

4 – 26 – 04

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

APR 2 6 2004

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "WE ALL DIE ONE DAY"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANTS(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Eight Mile Style, LLC    Martin Affiliated, LLC

## B
**Continuation of Space 2**

**d**

**NAME OF AUTHOR ▼**

Curtis Jackson

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words & Music

**e**

**NAME OF AUTHOR ▼**

Lloyd Banks

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Music

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF (Check which):**   ☐ Space 1     ☐ Space 4     ☐ Space 6

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
**EIGHT MILE STYLE, LLC**

Number/Street/Apt ▼
**1525 EAST NINE MILE ROAD**

City/State/ZIP ▼
**FERNDALE, MI 48220**

**D**

Rev June 2002—20,000   Web Rev June 2002   ♻ Printed on recycled paper

U S Government Printing Office  2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

PA 1-245-081

4 - 26-04
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"SPREAD YOUR SHIT"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Words & Music

**2**

**a** NAME OF AUTHOR ▼
Marshall B. Mathers

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1972

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed.
Words & Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Obie Trice

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words & Music

**c** NAME OF AUTHOR ▼
Luis Resto

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1961

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Music

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month September  Day 23  Year 2003    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eight Mile Style, LLC
Martin Affiliated, LLC

1525 E. 9 Mile Road
Femdale, MI 48220

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

APPLICATION RECEIVED
APR 2 6 2004
ONE DEPOSIT RECEIVED
APR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page  • See detailed instructions  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | *Mal* | FORM PA |
|---|---|---|
| CHECKED BY | | |

| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joel Martin
1525 East Nine Mile Road
Ferndale, MI 48220

**b**

Area code and daytime telephone number   ( 248 ) 547-6863        Fax number   ( 248 ) 547-8350

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Eight Mile Style, LLC**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joel Martin        Date 10/1/03

Handwritten signature (X) ▼

☞        x

| Certificate will be mailed in window envelope to this address: | Name ▼ EIGHT MILE STYLE, LLC |
|---|---|
| | Number/Street/Apt ▼ 1525 EAST NINE MILE ROAD |
| | City/State/ZIP ▼ FERNDALE, MI 48220 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021