AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of MI__, on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Eastern District of MI |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
|  | | Case: 2:07-cv-13164<br>Assigned To: Taylor, Anna Diggs<br>Referral Judge: Scheer, Donald A<br>Filed: 07-30-2007 At 03:55 PM<br>CMP EIGHT MILE STYLE V APPLE COMPUTER (RRH) |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*[Signature across table: "Attachment"]*

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>DAVID J. WEAVER | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

## Eight Mile Style, LLC and Martin Affiliated, LLC v. Apple Computer, Inc.

### PATENT, TRADEMARK, COPYRIGHT INFORMATION
(To be distributed when 820, 830, 840 category case is filed)

1.  If this is a patent action, please respond:

PATENT NO.                DATE OF PATENT              PATENTEE


2.  If this is a trademark action, please respond:

TRADEMARK NO.             DATE OF TRADEMARK           TRADEMARK APPLICANT


3.  If this is a copyright action, please respond:

COPYRIGHT REG. NO.        TITLE OF WORK               AUTHOR OF WORK

| SEE ATTACHED LIST | | |
|---|---|---|
|  |  |  |
|  |  |  |

Dated: July 30, 2007

_____
Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Brian D. Wassom (P60381)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7306

DETROIT.2717636.1

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 1-245-114 | 40 OZ | Marshall B. Mathers, Rufus Johnson, Von Carlisle, Mark Williams, Joe Kent, Deshaw Holton |
| PA 1-245-103 | 6 IN THE MORNING | Marshall B. Mathers, Luis E. Resto, Denaun Porter, Ondre Moore, Von Carlisle |
| PA 1-204-555 | 8 MILE | Marshall B. Mathers, Luis E. Resto |
| PA 1-204-569 | 8 MILES & RUNNING | Marshall B. Mathers, Luis E. Resto, Shawn Carter, L. Pridgen |
|  | AMERICAN PSYCHO 2 | D12 |
| PA 1-295-394 | ASS LIKE THAT | Marshall B. Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-245-073 | AVERAGE MAN | Marshall B. Mathers, Obie Trice, Luis Resto, Steve King |
| PA 1-295-392 | BIG WEENIE | Marshall B. Mathers Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-245-115 | BITCH | Marshall B. Mathers, Luis E. Resto, Denaun Porter, Ondre Moore, Deshawn Holton, Von Carlisle |
| PAu 2-696-276 | BUSINESS | Eight Mile Style, Andre Young, Ronald Feemster |
|  | CHEDDAR BOB | EMINEM |
| PA 1-245-074 | CHEERS | Marshall B. Mathers, Obie Trice, Luis Resto, Steve King |
|  | CLEANING OUT MY CLOSET | EMINEM |
|  | COUCH POTATO | WEIRD AL YANKOVICH |
|  | CRACK HOUSE | EMINEM |
| PA 1-295-397 | CRAZY IN LOVE | Marshall B. Mathers, Luis E. Resto, Ann Wilson, Nancy Wilson, Roger Fisher |
| PA 1-295-390 | CURTAINS CLOSE | Marshall B. Mathers |
| PA 1 295-387 | CURTAINS UP | Marshall B. Mathers |
| PAu 2-673-526 | CURTAINS UP | Eight Mile Style |
| PA 1-245-078 | DON'T COME DOWN | Marshall B. Mathers, Obie Trice, Luis Resto, Emile Haynie, W. Rineheart |
| PA 1-204-560 | DON'T PUSH ME | Marshall B. Mathers, Luis E. Resto, Curtis Jackson, Chris Lloyd |
|  | DRIPS | EMINEM |
| PA 1-245-084 | DUDE | Marshall B. Mathers, Von Carlisle, Rufus Johnson, Richard Castro |
| PA 1-295-393 | EM CALLS PAUL | Marshall B. Mathers, |
| PA 1-295-406 | ENCORE | Marshall B. Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope, Curtis Jackson |
|  | EVERYBODY FROM THE 313 | EMINEM |
| PA 1-295-402 | EVIL DEEDS | Marshall B. Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-295-389 | FINAL THOUGHT | Marshall B. Mathers |
| PA 1-245-107 | FOLLOW MY LIFE | Marshall B. Mathers, Obie Trice, Luis Resto, Fred Nassar, Christopher Wallace, Ernst Isley |
| PA 1-364-299 | GATMAN AND ROBBIN | Curtis Jackson, Marshall Matheres, Luis Resto, Jeff Bass, Mark Bass, Neal Hefti |
| PA 1-245-109 | GET MY GUN | Marhall B. Mathers, Luis Resto, Steve King, Deshawn Holton, Ondre Moore, Von Carlisle |
| PA 1-245-111 | GIT UP | Marshall B. Mathers, Luis E. Resto, Steve King, Ondre Moore, Von Carlisle |
| PA 1-245-108 | GOT SOME TEETH | Marshall B. Mathers, Obie Trice, Luis Resto, Steve King, Jeff Bass, Malcolm McLaren |
|  | GOT SOME TEETH (SAMPLE) | OBIE TRICE |
| PAu 2-725-252 | HAILIE'S SONG | Eight Mile Style |
| PA 1-245-080 | HANDS ON YOU | Marshall B. Mathers, Obie Trice, Luis Resto |
| PA 1-204-559 | HIGH ALL THE TIME | Marshall B. Mathers, Luis E. Resto, Curtis Jackson, Michael Cleroix, Conrad Alomancy |
| PA 1-245-106 | HOODRATS | Marshall B. Mathers, Obie Trice, Luis Resto, Emile Haynie |
| PA 1-245-112 | HOW COME | Marshall B. Mathers, Deshawn Holton, Denaun Porter, Ondre Moore, Rufus Johnson |
| PA 1-364-300 | I'M SUPPOSED TO DIE TONIGHT | Curtis Jackson, Marshall Mathers, Luis Resto, Steve King |
| PAu 2-333-090 | JUST DON'T GIVE A FUCK | Mark Bass, Jeff Bass, Marshall B. Mathers |
| PA 1-268-078 | JUST LOSE IT | Marshall Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-245-110 | KEEP TALKIN' | Marshall B. Mathers, Rufus Johnson, Von Carlisle, Tony Martinez, Gasner Hughes, Deshawn Holton |
| PA 1-245-102 | LADY | Marshall B. Mathers, Obie Trice, Luis Resto |
| PA 1-245-085 | LEAVE DAT BOY ALONE | Marshall B. Mathers, Luis Resto, Denaun Porter, Andy Thelusma, Ondre Moore, Von Carlisle |
| PA 1-295-400 | LIKE TOY SOLDIERS | Marshall B. Mathers, Luis E. Resto, Martika Dawson, Michael Jay Margules |
| PA 1-152-688 | LOSE YOURSELF | Marshall B. Mathers, Luis E. Resto, Jeff I. Bass |
| PA 1-204-567 | LOVE ME | Steve King, Luis E. Resto, Marshall B. Mathers, Obie Trice, Curtis Jackson |
| PA 1-295-408 | LOVE YOU MORE | Marshall B. Mathers, Luis E. Resto |
| PA 1-245-104 | LOYALTY | Marshall B. Mathers, Luis E. Resto, Obie Trice, Denaun Porter, Von Carlisle, Ondre Moore |
| PA 1-204-558 | MANY MEN | Darrell Branch, Luis E. Resto, Curtis Jackson, Tavares |
| PA 1-295-396 | MOCKINGBIRD | Marshall B. Mathers, Luis E. Resto |
| PA 1-295-401 | MOSH | Marshall B. Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-295-405 | MY 1ST SINGLE | Marshall B. Mathers, Luis E. Resto |
| PA 1-245-105 | MY BAND | Marshall B. Mathers, Luis E. Resto, Steve King, Denaun Porter, Ondre Moore, Deshawn Holton |
| PAu 2-697-183 | MY DAD'S GONE CRAZY | Eight Mile Style, Andre Young, Ronald Feemster |
| PA 1-295-403 | NEVER ENOUGH | Marshall B. Mathers, Andre Young, Mike Elizondo, Curtis Jackson, Nathaniel Hale |
| PA 1-245-101 | NEVER FORGET YA | Marshall B. Mathers, Obie Trice, Luis Resto, Steve King, Jeff Bass |
| PA 1-256-131 | ON FIRE | Chris Lloyd, Marshall Mathers, Curtis Jackson, Kwame Holland, Luis E. Resto, Harry Palmer |

| | | |
|---|---|---|
| PA 1-295-398 | ONE SHOT 2 SHOT | Marshall B. Mathers, Luis E. Resto, Ondre Moore, Von Carlisle, Denaun Porter, Rufus Johnson |
| PA 1-245-076 | OUTRO | Marshall B. Mathers, Obie Trice, Luis Resto, Steve King, Ondre Moore, Deshaun Holton |
| PA 1-204-561 | PATIENTLY WAITING | Marshall B. Mathers, Luis E. Resto, Curtis Jackson, Mike Elizondo |
| PA 1-295-388 | PAUL | Marshall B. Mathers |
| PA 1-204-556 | PLACES TO GO | Marshall B. Mathers, Luis E. Resto, Curtis Jackson |
| PA 1-295-404 | PUKE | Marshall B. Mathers, Luis E. Resto, Steve King, Brian May |
| PA 1-204-568 | RABBIT RUN | Marshall B. Mathers, Luis E. Resto |
| PA 1-295-391 | RAIN MAN | Marshall B. Mathers, Andre Young, Mike Elizondo, Mark Batson, Che Pope |
| PA 1-204-570 | RAP GAME | Marshall B. Mathers, Luis E. Resto, Deshawn Holton, Denaun Porter, Rufus Johnson, Von Carlisle, Ondre Moore |
| PA 1-295-409 | RICKY TICKY TOC | Marshall B. Mathers, Luis E. Resto, Steve King |
| | SAY GOODBYE TO HOLLYWOOD | EMINEM |
| | SAY WHAT YOU SAY | EMINEM |
| PA 1-245-077 | SHIT HITS THE FAN | Marshall B. Mathers, Obie Trice, Andre Young, Mike Elizondo |
| | SING FOR THE MOMENT AGAIN | EMINEM |
| | SOLDIER | EMINEM |
| PA 1-295-395 | SPEND SOME TIME | Marshall B. Mathers, Luis Resto, Obie Trice, Stanley Benton, Curtis Jackson, Steve King |
| PA 1-204-557 | SPIT SHINE | Steve King, Luis E. Resto, Alvin Joiner, Denaun Porter |
| PA 1-245-081 | SPREAD YOUR SHIT | Marshall B. Mathers, Obie Trice, Luis Resto, Denaun Porter |
| PA 1-245-086 | STEVE'S COFFEE HOUSE SKIT | Marshall B. Mathers, Steve King |
| | SQUARE DANCE | EMINEM |
| | STIMULATE | EMINEM |
| | SUPERMAN | EMINEM |
| PAu 2-782-860 | THE KISS | Eight Mile Style |
| PAu 2-697-181 | TILL I COLLAPSE | Eight Mile Style, Nathan Hale, Brian May |
| PA 1-256-130 | TILL THE END | Chris Lloyd, Marshall Mathers |
| PA 1-256-133 | WARRIOR PART 2 | Chris Lloyd, Marshall Mathers, Curtis Jackson, Nathaniel Hale |
| PA 1-245-075 | WE ALL DIE ONE DAY | Marshall B. Mathers, Obie Trice, Luis Resto, Curtis Jackson, Lloyd Banks |
| PA 1-295-407 | WE AS AMERICANS | Marshall B. Mathers, Luis E. Resto |
| | WHEN THE MUSIC STOPS | EMINEM |
| | WHITE AMERICA | EMINEM |
| | WITHOUT ME | EMINEM |
| PA 1-295-399 | YELLOW BRICK ROAD | Marshall B. Mathers, Luis E. Resto, Steve King |