UNITED STATES DISTRICT COURT
FOR THE IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC,
MARTIN AFFILIATED, LLC and
MARSHALL B. MATHERS, III,

        Plaintiffs,

vs.

APPLE COMPUTER, INC.,

        Defendant.

Case: 2:07-cv-13164
Assigned To: Taylor, Anna Diggs
Referral Judge: Scheer, Donald A
Filed: 07-30-2007 At 03:55 PM
CMP EIGHT MILE STYLE V APPLE COMPUTER (RRH)

Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Brian D. Wassom (P60381)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers@honigman.com
mlisi@honigman.com
bdw@honigman.com
Attorneys for Plaintiffs

**PLAINTIFFS' STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATION AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. L.R. 83.4, Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC make the following disclosure:

1. Are said corporate parties a subsidiary or affiliate of a publicly owned corporation?

    **No.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    **Upon information and belief, UMG Recordings, Inc. may have a substantial financial interest in the outcome of the case. Upon information and belief, UMG is owned**

by Universal Music Group, which is ultimately owned by Vivendi S.A., a publicly held foreign (French) company.

_____  
Signature of Counsel  
DETROIT.2714342.1

_____July 30, 2007_____  
Date