UNITED STATES DISTRICT COURT
FOR THE IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, and
MARTIN AFFILIATED, LLC

        Plaintiffs,

vs.

APPLE COMPUTER, INC.,

        Defendant.

Case No. 07-13164
Hon. Ann Diggs Taylor

---

Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Brian D. Wassom (P60381)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers@honigman.com
mlisi@honigman.com
bdw@honigman.com
Attorneys for Plaintiffs

---

**PLAINTIFFS' FIRST AMENDED
STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATION AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. L.R. 83.4, Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC make the following disclosure:

1. Are said corporate parties a subsidiary or affiliate of a publicly owned corporation?

    **No.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    **Upon information and belief, UMG Recordings, Inc. may have a substantial financial interest in the outcome of the case. Upon information and belief, UMG is owned**

Dockets.Justia.com

by Universal Music Group, which is ultimately owned by Vivendi S.A., a publicly held foreign (French) company.

_____  
Signature of Counsel

July 31, 2007  
Date

DETROIT.2714342.1