UNITED STATES DISTRICT COURT
FOR THE IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

                   Case No. 2:07-cv-13164

     Plaintiffs,

vs.                   Hon. Anna Diggs Taylor

APPLE COMPUTER, INC.,

     Defendant.

---

Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Brian D. Wassom (P60381)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers@honigman.com
mlisi@honigman.com
bdw@honigman.com
Attorneys for Plaintiffs

---

## **APPEARANCE OF BRIAN D. WASSOM**

  Please enter the appearance of Brian D. Wassom in the above-captioned matter on behalf

of Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC.

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
           Attorneys for Plaintiffs

         By: /s/ Brian D. Wassom
          Brian D. Wassom (P60381)
          2290 First National Building
          660 Woodward Avenue
          Detroit, MI 48226-3506
          (313) 465-7594
          bdw@honigman.com
          P60381

Dated: August 1, 2007

2

CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which shall send notification to all counsel of record.

                          By:  /s/ Brian D. Wassom  
                              Brian D. Wassom (P60381)  
                              2290 First National Building  
                              660 Woodward Avenue  
                              Detroit, MI 48226-3506  
                              (313) 465-7594  
                              bwassom@honigman.com  
                              P60381