# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

                              Case No. 2:07-cv-13164

           Plaintiffs,

vs.                                Hon. Anna Diggs Taylor

APPLE COMPUTER, INC.,

           Defendant.

| | |
|---|---|
| Norman C. Ankers (P30533) | Richard S. Busch (TN BPR# 14594) |
| Michael A. Lisi (P39597) | King & Ballow |
| Brian D. Wassom (P60381) | 1100 Union Street Plaza |
| Honigman Miller Schwartz and Cohn LLP | 315 Union Street |
| 2290 First National Building | Nashville, TN 37201 |
| 660 Woodward Avenue | (615) 259-3456 |
| Detroit, Michigan  48226-3506 | rbusch@kingballow.com |
| (313) 465-7306 | Attorneys for Plaintiffs |
| nankers@honigman.com | |
| mlisi@honigman.com | |
| bdw@honigman.com | |
| Attorneys for Plaintiffs | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS EIGHT MILE STYLE, LLC AND MARTIN AFFILIATED, LLC

      Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC hereby enter this Notice of

Appearance of Richard S. Busch, as counsel on their behalf.

DATED: August 8, 2007           KING & BALLOW

                             /s/Richard S. Busch
                             1100 Union Street Plaza
                             315 Union Street
                             Nashville, Tennessee  37201
                             (615) 259-3456
                             rbusch@kingballow.com
                             Attorneys for Plaintiffs

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2007, I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

KING & BALLOW

/s/Richard S. Busch
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee  37201
(615) 259-3456
rbusch@kingballow.com
Attorneys for Plaintiffs