UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC.

    Plaintiffs

vs.

APPLE COMPUTER, INC.,

    Defendant.
_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor

| | |
|---|---|
| Norman C. Ankers (P30533) | Daniel D. Quick (P48109) |
| Michael A. Lisi (P39597) | Dickinson Wright PLLC |
| Honigman Miller Schwartz and Cohn LLP | 38525 Woodward Avenue |
| 2290 First National Building | Suite 2000 |
| 660 Woodward Avenue | Bloomfield Hills, MI 48304 |
| Detroit, MI 48226-3506 | (248) 433-7200 |
| (313) 465-7306 | dquick@dickinsonwright.com |
| nankers @honigman.com | Attorneys for Defendants |
| Attorneys for Plaintiffs | |
| | |
| Richard S. Busch | Kelly M. Klaus |
| King & Ballow | Munger, Tolles & Olson LLP |
| 315 Union Street | 355 South Grand Avenue |
| 1100 Union Street Plaza | Suite 3500 |
| Nashville, TN 37201 | Los Angeles, CA 90071-1560 |
| (615) 259-3456 | (213) 683-9238 |
| rbusch@kingballow.com | kelly.klaus@mto.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

_____/

### STIPULATED ORDER PERMITTING INTERVENTION AND EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

WHEREAS the parties having stipulated hereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1.	Aftermath Records d/b/a Aftermath Entertainment is granted the right to intervene as a party defendant and henceforth shall be deemed as a defendant in this action. Aftermath shall be deemed to have been served with a copy of the complaint as of August 24, 2007.

2.	All Defendants shall have until September 14, 2007 to respond to Plaintiffs' Complaint.

DATED: September 7, 2007

s/Anna Diggs Taylor
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

STIPULATED TO:

s/Norman C. Ankers
Norman C. Ankers (P30533)
Michael A. Lisi (P39597)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7306
nankers @honigman.com
Attorneys for Plaintiffs

s/Daniel D. Quick
Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com
Attorneys for Defendants

Richard S. Busch
King & Ballow
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201
(615) 259-3456
rbusch@kingballow.com
Attorneys for Plaintiffs

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9238
kelly.klaus@mto.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 7, 2007.

s/Johnetta M. Curry-Williams
Case Manager