UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs                              Case No. 2:07-CV-13164
                                                  Honorable Anna Diggs Taylor
vs.                                                 Magistrate Judge Donald A. Scheer

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

_____/

| Norman C. Ankers (P30533) | Daniel D. Quick (P48109) |
|---|---|
| Michael A. Lisi (P39597) | Dickinson Wright PLLC |
| Honigman Miller Schwartz and Cohn LLP | 38525 Woodward Avenue |
| 2290 First National Building | Suite 2000 |
| 660 Woodward Avenue | Bloomfield Hills, MI 48304 |
| Detroit, MI 48226-3506 | (248) 433-7200 |
| (313) 465-7306 | dquick@dickinsonwright.com |
| nankers@honigman.com | Attorneys for Defendants |
| Attorneys for Plaintiffs | |
| | |
| Richard S. Busch | Kelly M. Klaus |
| King & Ballow | Munger, Tolles & Olson LLP |
| 315 Union Street | 355 South Grand Avenue |
| 1100 Union Street Plaza | Suite 3500 |
| Nashville, TN 37201 | Los Angeles, CA 90071-1560 |
| (615) 259-3456 | (213) 683-9238 |
| rbusch@kingballow.com | kelly.klaus@mto.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

_____/

**DEFENDANTS' STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

1

Pursuant to E.D. Mich. L.R. 83.4, Defendants Apple Inc. and Aftermath Records d/b/a Aftermath Entertainment ("Aftermath") make the following disclosure:

**1.     Are said corporate parties a subsidiary or affiliate of a publicly owned corporation?**

UMG RECORDINGS, INC. ("UMG") is part-owner of Defendant Aftermath. UMG's indirect parent corporation, VIVENDI, S.A.., is a publicly owned corporation.

**2.     Is there a publicly owned corporation or its affiliates, not a party to the case, that has a substantial financial interest in the outcome of the litigation?**

UMG is part-owner of Defendant Aftermath and has a substantial financial interest in the outcome of this litigation. UMG's indirect parent corporation, VIVENDI, S.A.., is a publicly owned corporation.

s/Daniel D. Quick
Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
 (248) 433-7200
dquick@dickinsonwright.com
Attorneys for Defendants

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
 (213) 683-9238
kelly.klaus@mto.com
Attorneys for Defendants

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the all counsel.

> s/Daniel D. Quick
> Daniel D. Quick (P48109)
> Dickinson Wright PLLC
> 38525 Woodward Avenue
> Suite 2000
> Bloomfield Hills, MI 48304
>  (248) 433-7200
> dquick@dickinsonwright.com
> Attorneys for Defendants

BLOOMFIELD 46456-12 865528v1