UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

## LIST OF EXHIBITS TO
## DEFENDANTS' MOTION TO TRANSFER VENUE AND BRIEF IN SUPPORT THEREOF

Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9238
kelly.klaus@mto.com

Attorneys for Defendants

| | |
|---|---|
| Exhibit A: | Article: 8 Mile style: You've heard their sound, now meet Jeff and Mark Bass Dated: August 11, 2002 |
| Exhibit B: | First Amended Complaint for Breach of Contract; Declaratory Judgment, Jury Demand |
| Exhibit C: | Michigan Department of Consumer and Industry Services Filing Endorsement of Eight Mile Style, LLC, filed 3/10/2000 |
| Exhibit D: | Michigan Department of Labor & Economic Growth Bureau of Commercial Services, Corporation Division Limited Liability Company Annual Statement for Martin Affiliated LLC |
| Exhibit E: | Michigan Department of Consumer and Industry Services Filing Endorsement of Eight Mile Style, LLC, filed 12/8/2000 |
| Exhibit F: | Michigan Department of Consumer and Industry Services Filing Endorsement of Martin Affiliated, LLC dated 9/4/02 |
| Exhibit G: | Complaint and Demand for Trial by Jury filed 2/20/04 |
| Exhibit H: | Letter to Paul Rosenberg dated 3/9/98 |
| Exhibit I: | Letter to Marshall B. Mathers III, dated 7/2/03 |
| Exhibit J: | Table C-5 US District Courts – Median Time Intervals form Filing to Disposition of Civil Cases ending 9/30/06 |
| Exhibit K: | Table C-5 US District Courts – Median Time Intervals form Filing to Disposition of Civil Cases ending 9/30/05 |

BLOOMFIELD  46456-12  867472