Vers 2.8 (10/06)

MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

# 2007

## Entity Information

| Identification Number | Limited Liability Company Name |
|---|---|
| B1783F | MARTIN AFFILIATED, LLC |

Resident agent name and mailing address of the registered office

JOEL BACOW

MI

The address of the registered office

1525 E 9 MILE RD

FERNDALE MI 48220

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| SARAH CATLETT | AUTHORIZED AGENT | 248-547-6863 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25.00 | 12/01/06 13:23:38 | 71315 6802 B1783F |

Required by Section 207, Act 23, Public Acts of 1993

## INFORMATION & INSTRUCTIONS

**Annual Statement must be signed in accordance with MCL 450.4103.**

**For Domestic Limited Liability Companies** - It may be signed by a member, if managed by members, by a manager if managed by managers, or by an authorized agent of the company.

**For Foreign Limited Liability Companies** - Must be signed by a person with authority to do so under the laws of the jurisdiction of its organization.