# Michigan Department of Consumer and Industry Services

# Filing Endorsement

This is to Certify that the CERTIFICATE OF ASSUMED NAME

for

EIGHT MILE STYLE, LLC

ID NUMBER: B62467

to transact business under the assumed name of

JACEFF MUSIC

received by facsimile transmission on December 8, 2000 is hereby endorsed

Filed on December 8, 2000 by the Administrator.

The document is effective on the date filed, unless a
subsequent effective date within 90 days after
received date is stated in the document.

Expiration Date: December 31, 2005.



In testimony whereof, I have hereunto set my
hand and affixed the Seal of the Department,
in the City of Lansing, this 8th day
of December, 2000.

, Director

Bureau of Commercial Services

C&S 541 (10/99)

**MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES**
**CORPORATION, SECURITIES AND LAND DEVELOPMENT BUREAU**

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

| Name |
|---|
| Howard Hertz; Hertz, Schram & Saretsky, P.C. |
| Address |
| 1760 S. Telegraph Road, Suite 300 |

| City | State | Zip Code |
|---|---|---|
| Bloomfield Hills | MI | 48302 |

EXPIRATION DATE: DECEMBER 31,

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

## CERTIFICATE OF ASSUMED NAME
### For use by Corporations, Limited Partnerships and Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), Act 213, Public Acts of 1982 (limited partnerships), or Act 23, Public Acts of 1993 (limited liability companies), the corporation, limited partnership, or limited liability company in item one executes the following Certificate:

1. The name of the corporation, limited partnership, or limited liability company is:

   Eight Mile Style, LLC

2. The identification number assigned by the Bureau is:     B62467

3. The assumed name under which business is to be transacted is:

   Jaceff Music

4. This document is hereby signed as required by the Act.

**COMPLETE ITEM 5 ON LAST PAGE IF THIS NAME IS ASSUMED BY MORE THAN ONE ENTITY.**

Signed this 8th day of December, 2000

By _____ (Signature) _____

Howard Hertz                         Attorney-in-fact for Joel Martin, Manager
(Type or Print Name)                 (Type or Print Title)

(Limited Partnerships Only - Indicate Name of General Partner if the General Partner is a corporation or other

C&S 541