# Michigan Department of Consumer and Industry Services

# Filing Endorsement

This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)

for

MARTIN AFFILIATED, LLC

ID NUMBER: B1783F

received by facsimile transmission on September 3, 2002 is hereby endorsed

Filed on September 4, 2002 by the Administrator.

The document is effective on the date filed, unless a
subsequent effective date within 90 days after
received date is stated in the document.

In testimony whereof, I have hereunto set my
hand and affixed the Seal of the Department,
in the City of Lansing, this 4th day
of September, 2002.



*, Director*

Bureau of Commercial Services

Sent by Facsimile Transmission 02247

BCS/CD-700 (Rev. 12/01)

## MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES
## BUREAU OF COMMERCIAL SERVICES

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|
|  | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

| Name |
|---|
| Lisa M. Kavalhuna; Hertz, Schram & Saretsky, P.C. |

| Address |
|---|
| 1760 S. Telegraph Road, Suite 300 |

| City | State | Zip Code |
|---|---|---|
| Bloomfield Hills | MI | 48302 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

B

## ARTICLES OF ORGANIZATION
For use by Domestic Limited Liability Companies
(Please read information and instructions on last page)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Articles:

**ARTICLE I**

The name of the limited liability company is:   Martin Affiliated, LLC

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: _____

**ARTICLE IV**

1. The street address of the location of the registered office is:

   1525 E. 9 Mile Road                              Ferndale          , Michigan   48220
   (Street Address)                                 (City)                         (ZIP Code)

2. The mailing address of the registered office if different than above:

   _____                        _____           , Michigan   _____
   (Street Address or P.O. Box)                    (City)                         (ZIP Code)

3. The name of the resident agent at the registered office is:   Joel Bacow

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this 30th day of August, 2002

By  *LM Kavalhuna* (Signature)

Lisa M. Kavalhuna, attorney-in-fact for Joel Bacow, Member

09/03/2002  04:42PM