188

### Table C-5.
### U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending September 30, 2005

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 208,380 | 9.5 | 49,579 | 7.0 | 134,527 | 9.5 | 20,711 | 13.1 | 3,563 | 21.8 |
| DC | 2,020 | 10.8 | 871 | 9.9 | 1,079 | 10.5 | 37 | 17.4 | 33 | 34.0 |
| 1ST | 5,543 | 10.0 | 1,888 | 7.3 | 2,491 | 9.2 | 1,006 | 14.6 | 158 | 23.2 |
| ME | 420 | 7.5 | 167 | 5.9 | 225 | 7.9 | 19 | 17.4 | 9 | - |
| MA | 2,699 | 10.7 | 1,228 | 9.3 | 981 | 9.4 | 409 | 14.0 | 81 | 28.0 |
| NH | 436 | 8.1 | 79 | 4.2 | 136 | 5.4 | 211 | 15.1 | 10 | 16.0 |
| RI | 528 | 9.2 | 82 | 4.0 | 220 | 7.4 | 208 | 11.8 | 18 | 19.0 |
| PR | 1,460 | 11.5 | 332 | 8.2 | 929 | 10.8 | 159 | 17.6 | 40 | 24.7 |
| 2ND | 18,333 | 10.2 | 6,262 | 7.4 | 9,255 | 9.6 | 2,462 | 15.7 | 354 | 28.9 |
| CT | 1,950 | 11.4 | 1,292 | 9.8 | 540 | 14.4 | 50 | 25.2 | 68 | 32.4 |
| NY,N | 1,075 | 12.0 | 252 | 7.7 | 531 | 9.0 | 254 | 16.7 | 38 | 28.5 |
| NY,E | 5,357 | 11.6 | 746 | 5.1 | 3,697 | 10.7 | 815 | 19.5 | 99 | 32.0 |
| NY,S | 8,362 | 8.8 | 3,552 | 7.5 | 3,521 | 7.4 | 1,164 | 12.9 | 125 | 20.0 |
| NY,W | 1,244 | 10.2 | 381 | 6.7 | 670 | 9.0 | 177 | 21.0 | 16 | 42.0 |
| VT | 345 | 7.3 | 39 | 4.2 | 296 | 7.7 | 2 | - | 8 | - |
| 3RD | 24,036 | 4.3 | 4,715 | 5.6 | 16,050 | 2.8 | 2,911 | 12.2 | 360 | 21.2 |
| DE | 1,053 | 10.9 | 161 | 8.0 | 833 | 10.8 | 22 | 13.0 | 37 | 26.5 |
| NJ | 5,305 | 7.3 | 1,810 | 6.2 | 1,933 | 5.3 | 1,504 | 13.8 | 58 | 27.0 |
| PA,E | 13,398 | 1.0 | 1,230 | 4.7 | 10,816 | 1.0 | 1,192 | 11.8 | 160 | 17.7 |
| PA,M | 1,733 | 7.5 | 607 | 4.5 | 978 | 7.3 | 95 | 17.0 | 53 | 23.5 |
| PA,W | 2,298 | 9.0 | 868 | 8.0 | 1,295 | 9.4 | 83 | 20.0 | 52 | 25.0 |
| VI | 249 | 21.0 | 39 | 4.5 | 195 | 24.0 | 15 | 23.0 | - | - |
| 4TH | 35,921 | 9.7 | 4,077 | 7.5 | 29,487 | 9.8 | 2,138 | 21.0 | 219 | 17.2 |
| MD | 3,506 | 8.9 | 1,461 | 8.5 | 1,777 | 7.4 | 225 | 14.9 | 43 | 22.0 |
| NC,E | 895 | 11.7 | 291 | 9.8 | 591 | 11.1 | 1 | - | 12 | 22.0 |
| NC,M | 764 | 12.6 | 220 | 8.0 | 351 | 13.0 | 184 | 13.3 | 9 | - |
| NC,W | 838 | 10.9 | 289 | 9.2 | 478 | 10.7 | 60 | 13.5 | 11 | 24.0 |
| SC | 22,784 | 9.0 | 343 | 6.2 | 21,288 | 9.0 | 1,105 | 46.7 | 48 | 21.7 |
| VA,E | 3,204 | 5.3 | 1,109 | 4.9 | 1,516 | 5.6 | 520 | 7.9 | 59 | 10.7 |
| VA,W | 880 | 9.4 | 181 | 8.0 | 662 | 9.6 | 19 | 12.5 | 18 | 12.0 |
| WV,N | 484 | 12.0 | 130 | 9.6 | 333 | 13.4 | 13 | 15.0 | 8 | - |
| WV,S | 2,566 | 18.8 | 53 | 11.0 | 2,491 | 18.3 | 11 | 20.0 | 11 | 16.0 |

## Table C-5. (September 30, 2005—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | **19,784** | **9.8** | **5,143** | **8.6** | **12,256** | **9.6** | **1,934** | **13.5** | **451** | **19.8** |
| LA,E | 2,375 | 9.6 | 33 | 2.2 | 1,385 | 6.0 | 871 | 13.8 | 86 | 19.0 |
| LA,M | 674 | 11.8 | 47 | 3.5 | 608 | 11.7 | 5 | - | 14 | 21.0 |
| LA,W | 1,811 | 12.4 | 650 | 9.5 | 1,068 | 13.7 | 51 | 19.0 | 42 | 21.6 |
| MS,N | 944 | 10.6 | 184 | 7.5 | 658 | 10.1 | 79 | 16.8 | 23 | 16.7 |
| MS,S | 2,813 | 11.9 | 1,895 | 9.5 | 865 | 12.5 | 12 | 17.5 | 41 | 22.7 |
| TX,N | 3,054 | 8.6 | 177 | 7.0 | 2,793 | 7.0 | 7 | - | 77 | 20.3 |
| TX,E | 1,704 | 10.3 | 339 | 5.0 | 1,227 | 11.6 | 92 | 13.0 | 46 | 16.5 |
| TX,S | 4,270 | 9.8 | 1,267 | 6.8 | 2,132 | 8.2 | 798 | 12.0 | 73 | 16.6 |
| TX,W | 2,139 | 9.3 | 551 | 8.3 | 1,520 | 9.0 | 19 | 11.5 | 49 | 21.0 |
| **6TH** | **17,274** | **9.9** | **3,840** | **6.1** | **10,011** | **9.5** | **3,132** | **13.4** | **291** | **23.3** |
| KY,E | 1,794 | 10.7 | 124 | 5.7 | 1,638 | 10.0 | 19 | 18.0 | 13 | 25.0 |
| KY,W | 1,259 | 11.0 | 259 | 7.0 | 876 | 11.6 | 112 | 18.3 | 12 | 25.0 |
| MI,E | 3,677 | 9.9 | 546 | 4.6 | 1,505 | 6.2 | 1,550 | 13.0 | 76 | 25.3 |
| MI,W | 962 | 9.0 | 109 | 3.3 | 818 | 9.7 | 22 | 16.3 | 13 | 13.0 |
| OH,N | 3,539 | 6.3 | 942 | 5.4 | 1,843 | 6.0 | 714 | 10.5 | 40 | 19.4 |
| OH,S | 2,420 | 11.3 | 1,014 | 8.7 | 1,034 | 12.2 | 335 | 16.1 | 37 | 27.4 |
| TN,E | 1,294 | 11.2 | 284 | 8.5 | 619 | 9.5 | 357 | 16.9 | 34 | 24.0 |
| TN,M | 1,366 | 12.1 | 257 | 11.8 | 1,071 | 12.6 | 6 | - | 32 | 19.0 |
| TN,W | 963 | 10.7 | 305 | 7.8 | 607 | 11.2 | 17 | 20.0 | 34 | 22.5 |
| **7TH** | **13,852** | **7.1** | **3,877** | **5.8** | **8,206** | **7.0** | **1,520** | **12.3** | **249** | **23.7** |
| IL,N | 6,979 | 6.9 | 2,321 | 5.8 | 4,020 | 5.0 | 529 | 12.0 | 109 | 24.7 |
| IL,C | 746 | 8.6 | 324 | 8.8 | 398 | 8.6 | 8 | - | 16 | 23.0 |
| IL,S | 853 | 9.5 | 265 | 6.6 | 545 | 9.4 | 23 | 18.0 | 20 | 24.0 |
| IN,N | 1,402 | 10.6 | 291 | 5.6 | 631 | 9.7 | 445 | 14.4 | 35 | 23.0 |
| IN,S | 2,319 | 10.4 | 482 | 5.5 | 1,553 | 11.5 | 255 | 14.0 | 29 | 22.0 |
| WI,E | 1,046 | 9.1 | 154 | 4.8 | 817 | 10.4 | 58 | 13.4 | 17 | 25.5 |
| WI,W | 507 | 4.4 | 40 | 2.8 | 242 | 3.6 | 202 | 6.4 | 23 | 9.5 |
| **8TH** | **12,016** | **9.8** | **3,992** | **7.9** | **6,573** | **9.1** | **1,129** | **12.4** | **322** | **20.4** |
| AR,E | 1,707 | 11.5 | 386 | 10.8 | 1,253 | 11.4 | 11 | 15.0 | 57 | 19.7 |
| AR,W | 924 | 12.0 | 18 | 11.0 | 871 | 12.0 | 4 | - | 31 | 13.7 |
| IA,N | 415 | 10.5 | 64 | 8.5 | 326 | 10.7 | 7 | - | 18 | 20.0 |
| IA,S | 666 | 10.9 | 140 | 7.8 | 456 | 10.7 | 51 | 18.6 | 19 | 20.7 |
| MN | 3,519 | 7.5 | 1,758 | 7.2 | 753 | 7.7 | 961 | 11.0 | 47 | 24.4 |
| MO,E | 1,896 | 8.1 | 600 | 8.2 | 1,250 | 8.8 | 4 | - | 42 | 19.8 |
| MO,W | 1,652 | 9.4 | 732 | 8.0 | 853 | 9.7 | 29 | 18.5 | 38 | 21.8 |
| NE | 688 | 9.0 | 27 | 1.0 | 579 | 8.3 | 43 | 17.4 | 39 | 19.5 |
| ND | 234 | 7.3 | 63 | 4.8 | 158 | 7.8 | 3 | - | 10 | 16.0 |
| SD | 315 | 11.4 | 204 | 9.5 | 74 | 10.7 | 16 | 21.5 | 21 | 24.0 |

189

## Table C-5. (September 30, 2005—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **31,261** | **8.2** | **10,646** | **7.1** | **18,147** | **8.0** | **1,973** | **13.2** | **495** | **23.7** |
| AK | 296 | 9.2 | 16 | 7.0 | 275 | 9.6 | - | - | 5 | - |
| AZ | 2,200 | 10.2 | 746 | 10.9 | 1,394 | 10.5 | 8 | - | 52 | 28.8 |
| CA,N | 4,490 | 9.8 | 1,863 | 6.4 | 998 | 7.8 | 1,572 | 12.7 | 57 | 26.0 |
| CA,E | 2,397 | 10.7 | 885 | 8.4 | 1,478 | 11.5 | 2 | - | 32 | 26.0 |
| CA,C | 10,773 | 7.4 | 4,611 | 6.5 | 5,889 | 7.8 | 122 | 17.3 | 151 | 22.0 |
| CA,S | 1,889 | 6.3 | 135 | 3.3 | 1,739 | 7.6 | - | - | 15 | 27.5 |
| HI | 644 | 10.9 | 291 | 9.8 | 271 | 9.7 | 66 | 14.6 | 16 | 25.0 |
| ID | 464 | 11.5 | 85 | 4.2 | 324 | 11.6 | 43 | 17.5 | 12 | 20.0 |
| MT | 479 | 12.8 | 99 | 11.5 | 277 | 9.3 | 86 | 16.5 | 17 | 24.0 |
| NV | 1,795 | 8.9 | 356 | 6.7 | 1,420 | 9.0 | - | - | 19 | 25.0 |
| OR | 1,892 | 10.6 | 559 | 8.1 | 1,259 | 11.8 | 12 | 18.0 | 62 | 20.4 |
| WA,E | 660 | 8.7 | 261 | 7.6 | 360 | 8.2 | 32 | 16.0 | 7 | - |
| WA,W | 3,203 | 9.6 | 725 | 5.5 | 2,411 | 10.4 | 20 | 18.8 | 47 | 19.8 |
| GUAM | 45 | 20.0 | 12 | 13.0 | 20 | 17.0 | 10 | 23.0 | 3 | - |
| NMI | 34 | 9.4 | 2 | - | 32 | 10.0 | - | - | - | - |
| **10TH** | **8,224** | **9.8** | **1,175** | **6.3** | **5,513** | **8.8** | **1,273** | **12.1** | **263** | **19.5** |
| CO | 1,991 | 8.3 | 40 | 3.5 | 1,724 | 7.1 | 159 | 20.6 | 68 | 28.0 |
| KS | 1,186 | 9.7 | 359 | 7.7 | 688 | 8.0 | 96 | 18.7 | 43 | 19.4 |
| NM | 1,309 | 10.3 | 97 | 7.0 | 661 | 8.8 | 490 | 12.0 | 61 | 18.0 |
| OK,N | 667 | 10.8 | 56 | 3.3 | 580 | 10.0 | 10 | 20.0 | 21 | 19.5 |
| OK,E | 429 | 8.3 | 67 | 6.8 | 314 | 9.0 | 30 | 9.5 | 18 | 13.5 |
| OK,W | 1,250 | 8.3 | 394 | 5.4 | 481 | 7.3 | 350 | 10.4 | 25 | 15.5 |
| UT | 1,122 | 11.4 | 61 | 7.4 | 1,031 | 11.6 | 13 | 19.0 | 17 | 27.0 |
| WY | 270 | 9.8 | 101 | 5.0 | 34 | 9.0 | 125 | 10.7 | 10 | 13.0 |
| **11TH** | **20,116** | **8.1** | **3,093** | **7.1** | **15,459** | **7.0** | **1,196** | **13.9** | **368** | **18.8** |
| AL,N | 3,029 | 7.4 | 824 | 9.1 | 2,137 | 4.5 | 22 | 22.0 | 46 | 19.0 |
| AL,M | 796 | 9.5 | 236 | 7.9 | 492 | 9.5 | 41 | 14.0 | 27 | 18.0 |
| AL,S | 636 | 8.1 | 104 | 6.0 | 496 | 8.4 | 19 | 16.4 | 17 | 15.5 |
| FL,N | 781 | 8.8 | 202 | 7.4 | 561 | 8.4 | 14 | 13.0 | 4 | - |
| FL,M | 5,019 | 8.3 | 686 | 5.5 | 4,140 | 9.9 | 86 | 16.2 | 107 | 18.2 |
| FL,S | 5,012 | 6.6 | 60 | 2.2 | 4,546 | 5.4 | 327 | 10.9 | 79 | 16.0 |
| GA,N | 3,589 | 10.0 | 734 | 6.9 | 2,123 | 9.7 | 673 | 13.8 | 59 | 24.5 |
| GA,M | 746 | 10.2 | 166 | 7.0 | 549 | 11.6 | 10 | 17.0 | 21 | 22.0 |
| GA,S | 508 | 9.1 | 81 | 5.7 | 415 | 9.6 | 4 | - | 8 | - |

NOTE: MEDIAN TIME INTERVALS NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.

Table C-10.
**U.S. District Courts—Median Time Intervals from Filing to Trial of Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2005**

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* |
| **TOTAL** | 3,621 | 22.5 | 1,315 | 20.0 | 2,306 | 24.4 |
| DC | 33 | 35.0 | 18 | 49.0 | 15 | 33.0 |
| **1ST** | **163** | **25.0** | **50** | **25.0** | **113** | **25.4** |
| ME | 9 | - | 3 | - | 6 | - |
| MA | 84 | 31.0 | 31 | 34.0 | 53 | 31.0 |
| NH | 10 | 23.0 | 3 | - | 7 | - |
| RI | 20 | 17.0 | 5 | - | 15 | 17.5 |
| PR | 40 | 19.5 | 8 | - | 32 | 19.5 |
| **2ND** | **368** | **28.6** | **119** | **24.5** | **249** | **30.1** |
| CT | 69 | 32.4 | 14 | 30.0 | 55 | 32.7 |
| NY,N | 31 | 31.0 | 6 | - | 25 | 32.0 |
| NY,E | 72 | 30.3 | 21 | 24.5 | 51 | 30.4 |
| NY,S | 168 | 22.0 | 71 | 19.4 | 97 | 24.5 |
| NY,W | 21 | 42.0 | 5 | - | 16 | 42.0 |
| VT | 7 | - | 2 | - | 5 | - |
| **3RD** | **388** | **25.0** | **134** | **22.8** | **254** | **27.5** |
| DE | 48 | 23.5 | 20 | 19.0 | 28 | 23.5 |
| NJ | 70 | 36.7 | 20 | 28.5 | 50 | 43.0 |
| PA,E | 153 | 20.8 | 48 | 19.0 | 105 | 20.0 |
| PA,M | 58 | 24.0 | 24 | 19.0 | 34 | 26.5 |
| PA,W | 55 | 29.5 | 21 | 22.5 | 34 | 32.0 |
| VI | 4 | - | 1 | - | 3 | - |
| **4TH** | **237** | **18.6** | **95** | **15.8** | **142** | **20.5** |
| MD | 42 | 26.0 | 21 | 24.0 | 21 | 28.0 |
| NC,E | 12 | 23.0 | 5 | - | 7 | - |
| NC,M | 10 | 18.0 | 3 | - | 7 | - |
| NC,W | 13 | 27.0 | 3 | - | 10 | 24.0 |
| SC | 59 | 21.0 | 18 | 18.0 | 41 | 21.5 |
| VA,E | 54 | 9.4 | 26 | 9.5 | 28 | 9.4 |
| VA,W | 28 | 18.0 | 10 | 15.0 | 18 | 21.5 |
| WV,N | 8 | - | 3 | - | 5 | - |
| WV,S | 11 | 16.0 | 6 | - | 5 | - |

204

## Table C-10. (September 30, 2005—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals In Months* |
| **5TH** | **475** | **19.8** | **205** | **18.8** | **270** | **19.6** |
| LA,E | 75 | 17.0 | 48 | 17.7 | 27 | 16.5 |
| LA,M | 25 | 40.0 | 9 | - | 16 | 40.0 |
| LA,W | 39 | 20.7 | 21 | 20.3 | 18 | 20.5 |
| MS,N | 18 | 20.0 | 5 | - | 13 | 22.0 |
| MS,S | 46 | 22.0 | 13 | 26.0 | 33 | 21.0 |
| TX,N | 81 | 20.7 | 29 | 17.4 | 52 | 21.4 |
| TX,E | 57 | 15.9 | 17 | 17.0 | 40 | 15.2 |
| TX,S | 83 | 15.3 | 44 | 13.6 | 39 | 19.0 |
| TX,W | 51 | 16.5 | 19 | 19.4 | 32 | 15.5 |
| **6TH** | **291** | **25.6** | **94** | **23.0** | **197** | **25.4** |
| KY,E | 17 | 23.5 | 2 | - | 15 | 25.0 |
| KY,W | 16 | 32.0 | 1 | - | 15 | 32.0 |
| MI,E | 66 | 22.0 | 23 | 22.0 | 43 | 26.0 |
| MI,W | 18 | 23.0 | 5 | - | 13 | 24.0 |
| OH,N | 33 | 17.5 | 15 | 13.0 | 18 | 21.0 |
| OH,S | 39 | 32.0 | 12 | 37.0 | 27 | 31.0 |
| TN,E | 32 | 22.0 | 12 | 18.0 | 20 | 23.5 |
| TN,M | 34 | 24.0 | 12 | 24.0 | 22 | 23.0 |
| TN,W | 36 | 23.7 | 12 | 25.5 | 24 | 23.4 |
| **7TH** | **254** | **25.2** | **86** | **19.0** | **168** | **28.7** |
| IL,N | 109 | 27.0 | 48 | 19.0 | 61 | 33.5 |
| IL,C | 26 | 28.0 | 3 | - | 23 | 29.0 |
| IL,S | 30 | 29.3 | 7 | - | 23 | 29.0 |
| IN,N | 23 | 31.0 | 8 | - | 15 | 28.0 |
| IN,S | 27 | 25.0 | 11 | 17.0 | 16 | 28.0 |
| WI,E | 13 | 20.3 | 5 | - | 8 | - |
| WI,W | 26 | 11.3 | 4 | - | 22 | 11.3 |
| **8TH** | **277** | **20.5** | **78** | **19.8** | **199** | **20.6** |
| AR,E | 57 | 20.0 | 21 | 18.0 | 36 | 22.7 |
| AR,W | 32 | 13.0 | 7 | - | 25 | 13.5 |
| IA,N | 11 | 24.5 | 5 | - | 6 | - |
| IA,S | 13 | 19.0 | 3 | - | 10 | 19.0 |
| MN | 41 | 23.0 | 13 | 21.0 | 28 | 23.0 |
| MO,E | 38 | 19.0 | 7 | - | 31 | 22.0 |
| MO,W | 37 | 20.4 | 9 | - | 28 | 20.7 |
| NE | 27 | 20.0 | 6 | - | 21 | 17.0 |
| ND | 7 | - | 1 | - | 6 | - |
| SD | 14 | 22.0 | 6 | - | 8 | - |

## Table C-10. (September 30, 2005—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* |
| **9TH** | **488** | **24.0** | **203** | **20.5** | **285** | **25.8** |
| AK | 6 | - | 3 | - | 3 | - |
| AZ | 42 | 31.0 | 20 | 28.0 | 22 | 31.5 |
| CA,N | 59 | 28.0 | 25 | 30.0 | 34 | 28.0 |
| CA,E | 43 | 32.5 | 9 | - | 34 | 36.0 |
| CA,C | 155 | 20.5 | 63 | 17.3 | 92 | 22.0 |
| CA,S | 25 | 25.4 | 11 | 19.5 | 14 | 27.0 |
| HI | 5 | - | 1 | - | 4 | - |
| ID | 6 | - | 3 | - | 3 | - |
| MT | 13 | 30.0 | 4 | - | 9 | - |
| NV | 34 | 27.0 | 22 | 25.0 | 12 | 28.0 |
| OR | 47 | 19.0 | 18 | 19.7 | 29 | 20.0 |
| WA,E | 11 | 32.0 | 5 | - | 6 | - |
| WA,W | 40 | 19.4 | 18 | 16.5 | 22 | 23.0 |
| GUAM | 2 | - | 1 | - | 1 | - |
| NMI | - | - | - | - | - | - |
| **10TH** | **258** | **21.2** | **82** | **23.0** | **176** | **20.0** |
| CO | 79 | 28.4 | 36 | 27.4 | 43 | 29.0 |
| KS | 42 | 24.4 | 3 | - | 39 | 24.4 |
| NM | 47 | 19.4 | 12 | 22.0 | 35 | 17.0 |
| OK, | 24 | 17.0 | 8 | - | 16 | 19.5 |
| OK,E | 10 | 13.0 | 2 | - | 8 | - |
| OK,W | 25 | 15.0 | 5 | - | 20 | 15.0 |
| UT | 21 | 24.5 | 13 | 24.5 | 8 | - |
| WY | 10 | 13.0 | 3 | - | 7 | - |
| **11TH** | **389** | **20.2** | **151** | **19.8** | **238** | **20.1** |
| AL,N | 52 | 22.8 | 10 | 19.0 | 42 | 22.7 |
| AL,M | 23 | 23.0 | 7 | - | 16 | 30.0 |
| AL,S | 15 | 16.0 | 3 | - | 12 | 16.0 |
| FL,N | 7 | - | 4 | - | 3 | - |
| FL,M | 86 | 20.0 | 36 | 19.5 | 50 | 20.2 |
| FL,S | 122 | 16.7 | 58 | 15.5 | 64 | 16.5 |
| GA,N | 48 | 27.0 | 22 | 26.0 | 26 | 29.0 |
| GA,M | 28 | 26.5 | 6 | - | 22 | 26.0 |
| GA,S | 8 | - | 5 | - | 3 | - |

NOTE: INCLUDES TRIALS CONDUCTED BY DISTRICT AND APPELLATE JUDGES ONLY. ALL TRIALS CONDUCTED BY MAGISTRATE JUDGES ARE EXCLUDED. EXCLUDES THE FOLLOWING TRIALS: LAND CONDEMNATION; FORFEITURES AND PENALTY CASES; PRISONER PETITIONS (HABEAS CORPUS, MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. 2255, HEARINGS ON EVIDENTIARY MATTERS); BANKRUPTCY PETITIONS; AND THREE-JUDGE COURT CASES. FOR CIVIL CASES RESULTING IN A COMPLETED TRIAL, THE MEDIAN TIME IS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED. FOR REOPENED CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME REMAINS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED.

* TIME INTERVALS COMPUTED ONLY FOR 10 OR MORE TRIALS.