# Michigan Department of Consumer and Industry Services

# Filing Endorsement

This is to Certify that the ARTICLES OF ORGANIZATION & CERT. OF CONVERSION

for

EIGHT MILE STYLE, LLC

ID NUMBER: B62467

received by facsimile transmission on March 10, 2000 is hereby endorsed

Filed on March 10, 2000 by the Administrator.

The document is effective on the date filed, unless a
subsequent effective date within 90 days after
received date is stated in the document.



In testimony whereof, I have hereunto set my
hand and affixed the Seal of the Department,
in the City of Lansing, this 10th day
of March, 2000.

, Director

Corporation, Securities and Land Development Bureau

C&S 753 (10/98)

| MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES - CORPORATION, SECURITIES AND LAND DEVELOPMENT BUREAU |||
|---|---|---|
| Date Received | | **(FOR BUREAU USE ONLY)** This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |
| Name: Lisa M. Kavalhuna, Hertz, Schram & Saretsky, P.C. |||
| Address: 1760 S. Telegraph Road, Suite 300 |||
| City: Bloomfield Hills | State: MI | Zip Code: 48302 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

## ARTICLES OF ORGANIZATION AND CERTIFICATE OF CONVERSION    B _____

For use by Domestic Partnerships or Domestic Limited Partnerships
to convert to a Domestic Limited Liability Company
(Please read information and instructions on last page)

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Articles:*

**ARTICLE I**

The name of the limited liability company is:   **Eight Mile Style, LLC**

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: _____

**ARTICLE IV**

1. The street address of the location of the registered office is:
   **1525 E. Nine Mile Road**           **Ferndale**          ,   Michigan **48220**
   (Street Address)                     (City)                              (ZIP Code)

2. The mailing address of the registered office if different than above:
   _____  ,   Michigan _____
   (Street Address or P.O. Box)           (City)                   (ZIP Code)

3. The name of the resident agent at the registered office is: **Joel Martin**

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

The business operations of the limited liability company shall be managed by a Manager(s).

Signed this __10th__ day of __March__, __2000__

By _Lisa M. Kavalhuna_
(Signature)

Lisa M. Kavalhuna, authorized representative of Jeffrey Bass and Mark Bass, Members
(Type or print Name)

---

## CERTIFICATE OF CONVERSION

I hereby certify:

The name of the partnership or limited partnership is _Eight Mile Style_
(name)

**For Partnerships only:**

The partnership was formed __12/98__.
(date)

**For Limited Partnerships only:**

The limited partnership formed on _____ is cancelled as of the
(date)

effective date of the Articles of Organization.

_Lisa M. Kavalhuna_
(signature)

Lisa M. Kavalhuna
(name)

Authorized representative of Jeffrey Bass and Mark Bass, Partners
(title or capacity)