**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION**
**LIMITED LIABILITY COMPANY ANNUAL STATEMENT**

# 2007

## Entity Information

| Identification Number | Limited Liability Company Name |
|---|---|
| **B1783F** | **MARTIN AFFILIATED, LLC** |

Resident agent name and mailing address of the registered office

**JOEL BACOW**

**MI**

The address of the registered office
**1525 E 9 MILE RD**

**FERNDALE MI 48220**

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| **SARAH CATLETT** | **AUTHORIZED AGENT** | **248-547-6863** |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| **$ 25.00** | **12/01/06 13:23:38** | **71315 6802 B1783F** |

Required by Section 207, Act 23, Public Acts of 1993

## INFORMATION & INSTRUCTIONS

### Annual Statement must be signed in accordance with MCL 450.4103.

**For Domestic Limited Liability Companies** - It may be signed by a member, if managed by members, by a manager if managed by managers, or by an authorized agent of the company.

**For Foreign Limited Liability Companies** - Must be signed by a person with authority to do so under the laws of the jurisdiction of its organization.

Dockets.Justia.com