## INDEX OF EXHIBITS

Exhibit 1: Declaration of Richard S. Busch

Exhibit 2: United States District Court for the Eastern District of Michigan Complaint

Exhibit 3: United States District Court for the Central District of California Complaint

Exhibit 4: Excerpts of Mastertone License Agreement

Exhibit 5: Excerpts of 2006 Annual State of the Court Message

Exhibit 6: 2007 Annual State of the Court Message

DETROIT.2151675.1

Dockets.Justia.com