# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

      Plaintiffs,

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

      Defendants.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor

## DECLARATION OF RICHARD S. BUSCH

I, Richard S. Busch, make the following statements upon personal knowledge:

1. I am co-counsel for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC in the above captioned proceedings.

2. In addition to the members of the plaintiffs' organizations, who are citizens of Michigan, the following individuals, among others who reside in this District, may be called by Plaintiffs to testify as fact witnesses in the proceedings before this Court: Edward Andrews and Mike Boila.

3. On information and belief, Mr. Andrews is the personal manager for Bob Seger and Robert Ritchie p/k/a Kid Rock. Mr. Andrews resides in and works in the Eastern District of Michigan. Plaintiffs believe that Mr. Andrews is a relevant witness in the action for numerous reasons. Among other things, it is our understanding that the defendants herein, under circumstances similar to those involved in this action, removed Mr. Andrews' client's music from the iTunes service upon complaint by Mr. Andrews or

those working for him. We believe that Mr. Andrews' testimony will assist plaintiffs in establishing willful infringement for purposes of statutory damages.

4. On information and belief, Mr. Boila is the publishing administrator for Mr. Andrews. Mr. Boila resides in and works in the Eastern District of Michigan. Plaintiffs believe that Mr. Boila has relevant knowledge that is in addition to that of Mr. Andrews described in paragraph 3 above regarding the conduct of defendants in situations similar to that presented in this action. Again, we believe that Mr. Boila's testimony will help plaintiffs establish willful infringement for purposes of statutory damages.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9 day of October, 2007.

_____