# EXHIBIT 4

## MASTERTONE LICENSE AGREEMENT ("AGREEMENT")

This Agreement is made as of the 26th day of August 2005, by and between Eight Mile Style LLC and Martin Affiliated LLC, c/o Epstein, Levinsohn, Bodine, Hurwitz & Weinstein, 1790 Broadway, 10th Floor, New York, New York 10019, on the one hand (individually and collectively, "Licensor") and Interscope Records, a Division of UMG Recordings, Inc., 2220 Colorado Avenue, Santa Monica, California 90404, on the other ("Licensee").

1. Definitions: As used herein, the following terms will have the following meanings:

   (a) "Affiliate of Licensee" means any corporation or other legal entity, of which 50% or more is owned, directly or indirectly, by Licensee or Universal Music Group, Inc.

   (b) "Artist" means the artist Marshall Mathers, p/k/a "Eminem".

   (c) "Compositions" means that share of all musical compositions written, owned, controlled or administered by Licensor or by any person or entity in which Licensor has a direct or indirect interest or has a direct or indirect owner in common with Licensor, which are embodied on a Master Recording, and which (i) is listed on Schedule A (attached hereto and incorporated herein by reference), or (ii) is initially released after the Artist's album "Encore", or (iii) is written, acquired, or administered by any of the foregoing, directly or indirectly, in whole or in part, during the Term.

   (d) "Master Recording" means all recordings owned, controlled or licensed by Licensee which embody the featured performance of Artist and which have been released on phonorecords. (Phonorecords as used herein shall mean both physical formats and electronic or other digital formats, such as, without limitation, downloads and streams.)

   (e) "Master Ringback Tone" means an excerpt of one individual Master Recording, a transmission of which is acquired by an end-user through any means or medium and which excerpt will be heard by an inbound caller before such end-user's wireless device is answered.

   (f) "Master Tone" means an excerpt of one individual Master Recording, a transmission of which is acquired by an end-user through any means or medium and which is used by such end-user to cause a wireless device to announce the reception of an incoming telephone call by playing such excerpt.

   (g) "Retail Selling Price" means the retail selling price as reported to Licensee by the applicable sublicensee of the Master Tone or Master Ringback Tone concerned. Where Licensee is selling Master Tones or Master Ringback Tones directly to the consumer, the Retail Selling Price shall mean the actual price paid by the consumer for such Master Tone or Master Ringback Tone, less any sales or similar tax included in such price.

   (h) "Term" means the period beginning on the date Licensee or its retailers or sublicensees first makes Master Tones or Master Ringback Tones available for sale hereunder and which for this purpose will be deemed to have occurred on April 20, 2005, and ending on the date which is two years thereafter. For purposes of clarification, (i) Licensee shall not grant any sublicenses which extend beyond the end of the Term unless such sublicense allows Licensee to instruct such sublicensee to cease selling the Master Tones and Master Ringback Tones at the end of

the Term and Licensee so instructs such sublicensee, and (ii) Licensor acknowledges that the rights granted to end-users in accordance with paragraph 2(a) below in Master Tones and Master Ringback Tones acquired during the Term may be perpetual.

    (i)    "Territory" means the United States and its territories, possessions and protectorates.

**Miscellaneous**:

(d)     THIS AGREEMENT SHALL ONLY BE CONSTRUED IN ACCORDANCE WITH THE SUBSTANTIVE AND PROCEDURAL LAWS OF THE STATE OF MICHIGAN APPLICABLE TO AGREEMENTS ENTERED INTO AND WHOLLY TO BE PERFORMED THEREIN. THE MICHIGAN COURTS SHALL HAVE EXCLUSIVE JURISDICTION OVER THIS AGREEMENT AND ANY CONTROVERSIES ARISING OUT OF THIS AGREEMENT SHALL BE BROUGHT BY THE PARTIES TO THE COURT OF THE STATE OF MICHIGAN, WAYNE COUNTY, , OR TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN; THE PARTIES HERETO HEREBY GRANT SOLE AND EXCLUSIVE

## Schedule A

Dated: October 14, 2005

The music compositions covered by this agreement are:

| Title | Writer | Share |
|---|---|---|
| 40 OZ | Marshall Mathers | 12.50% |
| 6 in the Morning | Luis Resto | 25.00% |
| 6 in the Morning | Marshall Mathers | 46.20% |
| 8 Mile | Luis Resto | 5.00% |
| 8 Mile | Marshall Mathers | 95.00% |
| 8 Miles & Running | Luis Resto | 20.00% |
| 8 Miles & Running | Marshall Mathers | 50.00% |
| American Psycho | Jeff Bass | 25.00% |
| American Psycho 2 | Marshall Mathers | 10.60% |
| Amityville | Jeff Bass | 25.00% |
| Amityville | Mark Bass | 25.00% |
| Ass Like That | Marshall Mathers | 50.00% |
| Average Man | Luis Resto | 20.00% |
| Average Man | Marshall Mathers | 20.00% |
| Average Man | Steve King | 10.00% |
| Bad Influence | Jeff Bass | 25.00% |
| Bad Influence | Mark Bass | 25.00% |
| Bad Influence | Marshall Mathers | 50.00% |
| Bang Bang | Marshall Mathers | 25.00% |
| Big Weenie | Marshall Mathers | 50.00% |
| Bitch | Luis Resto | 25.00% |
| Bitch | Marshall Mathers | 42.50% |
| Black Cotton | Luis Resto | 5.500% |
| Black Cotton | Marshall Mathers | 14.000% |
| Black Cotton | Steve King | 5.500% |
| Blow My Buzz | Jeff Bass | 40.00% |
| Cheddar Bob | Marshall Mathers | 100.00% |
| Cheers | Luis Resto | 16.67% |
| Cheers | Marshall Mathers | 26.67% |
| Cheers | Steve King | 16.66% |
| Cleaning Out My Closet | Jeff Bass | 50.00% |
| Crack House | Marshall Mathers | 100.00% |
| Crazy in Love | Luis Resto | 12.50% |
| Crazy in Love | Marshall Mathers | 37.50% |
| Criminal | Jeff Bass | 25.00% |
| Criminal | Mark Bass | 25.00% |
| Crooked Nigga Too | Luis Resto | 12.500% |
| Crooked Nigga Too | Marshall Mathers | 12.500% |
| Curtains Close | Marshall Mathers | 100.00% |
| Curtains Up | Marshall Mathers | 100.00% |
| Devil's Night | Jeff Bass | 40.00% |
| Don't Come Down | Luis Resto | 12.50% |
| Don't Come Down | Marshall Mathers | 12.50% |
| Don't Push Me | Luis Resto | 25.00% |
| Don't Push Me | Marshall Mathers | 37.50% |

| Song | Writer | Percentage |
|---|---|---|
| Don't U Trust Me | Luis Resto | 6.250% |
| Don't U Trust Me | Marshall Mathers | 6.250% |
| Drips | Jeff Bass | 30.00% |
| Drug Ballad | Jeff Bass | 25.00% |
| Drug Ballad | Mark Bass | 25.00% |
| Em Calls Paul | Marshall Mathers | 100.00% |
| Encore | Marshall Mathers | 40.00% |
| Everybody from the 313 | Marshall Mathers | 100.00% |
| Evil Deeds | Marshall Mathers | 50.00% |
| Final Thought | Marshall Mathers | 100.00% |
| Follow My Life | Luis Resto | 7.65% |
| Follow My Life | Marshall Mathers | 7.65% |
| Forgot About Dre | Marshall Mathers | 50.00% |
| Get My Gun | Luis Resto | 18.80% |
| Get My Gun | Marshall Mathers | 33.40% |
| Get My Gun | Steve King | 19.50% |
| Ghetto Gospel | Luis Resto | 4.165% |
| Ghetto Gospel | Marshall Mathers | 4.165% |
| Ghost | Luis Resto | 22.50% |
| Ghost | Marshall Mathers | 22.50% |
| Girls | Luis Resto | 25.00% |
| Git Up | Luis Resto | 25.00% |
| Git Up | Marshall Mathers | 54.20% |
| Got Some Teeth | Jeff Bass | 8.44% |
| Got Some Teeth | Luis Resto | 11.25% |
| Got Some Teeth | Marshall Mathers | 21.25% |
| Got Some Teeth | Steve King | 7.50% |
| Hailie's Song | Luis Resto | 45.00% |
| Hands On You | Luis Resto | 25.00% |
| Hands On You | Marshall Mathers | 45.00% |
| Hennessey | Luis Resto | 11.750% |
| Hennessey | Marshall Mathers | 15.750% |
| Hennessey | Steve King | 7.500% |
| High All The Time | Luis Resto | 5.00% |
| High All The Time | Marshall Mathers | 5.00% |
| Hoodrats | Luis Resto | 7.50% |
| Hoodrats | Marshall Mathers | 7.50% |
| How Come | Marshall Mathers | 29.20% |
| Instigator | Jeff Bass | 50.00% |
| Instigator | Marshall Mathers | 50.00% |
| Just Lose It | Marshall Mathers | 10.00% |
| Keep Talkin' | Jeff Bass | 25.00% |
| Kim | Mark Bass | 25.00% |
| Kim | Luis Resto | 25.00% |
| Lady | Marshall Mathers | 60.00% |
| Lady | Luis Resto | 5.00% |
| Leave Dat Boy Alone | Marshall Mathers | 20.00% |
| Leave Dat Boy Alone | Luis Resto | 12.50% |
| Like Toy Soldiers | Marshall Mathers | 37.50% |
| Like Toy Soldiers | | |

| Song | Writer | Percentage |
|---|---|---|
| Lose Yourself | Jeff Bass | 30.00% |
| Lose Yourself | Luis Resto | 10.00% |
| Lose Yourself | Marshall Mathers | 60.00% |
| Love Me | Luis Resto | 16.67% |
| Love Me | Marshall Mathers | 33.34% |
| Love Me | Steve King | 16.67% |
| Love You More | Luis Resto | 25.00% |
| Love You More | Marshall Mathers | 75.00% |
| Loyal To The Game | Luis Resto | 11.750% |
| Loyal To The Game | Marshall Mathers | 15.750% |
| Loyal To The Game | Steve King | 7.500% |
| Loyalty | Luis Resto | 25.00% |
| Loyalty | Marshall Mathers | 25.00% |
| Many Men (aka Death Wish) | Luis Resto | 2.50% |
| Marshall Mathers | Jeff Bass | 25.00% |
| Marshall Mathers | Mark Bass | 25.00% |
| Mocking Bird | Luis Resto | 25.00% |
| Mocking Bird | Marshall Mathers | 75.00% |
| Mosh | Marshall Mathers | 50.00% |
| Mother F I'm Dre | Marshall Mathers | 50.00% |
| My 1st Single | Luis Resto | 25.00% |
| My 1st Single | Marshall Mathers | 75.00% |
| My Band | Luis Resto | 16.60% |
| My Band | Marshall Mathers | 38.80% |
| My Band | Steve King | 16.60% |
| N.I.G.G.A. | Luis Resto | 11.000% |
| N.I.G.G.A. | Marshall Mathers | 11.000% |
| Never Enough | Marshall Mathers | 17.50% |
| Never Forget Ya | Jeff Bass | 12.50% |
| Never Forget Ya | Luis Resto | 12.50% |
| Never Forget Ya | Marshall Mathers | 35.00% |
| On Fire | Luis Resto | 5.00% |
| On Fire | Marshall Mathers | 5.00% |
| One Day At a Time | Luis Resto | 12.50% |
| One Day At a Time | Marshall Mathers | 21.25% |
| One Shot, Two Shot | Luis Resto | 25.00% |
| One Shot, Two Shot | Marshall Mathers | 43.00% |
| Out On Bail | Luis Resto | 22.50% |
| Out On Bail | Marshall Mathers | 22.50% |
| Outro | Luis Resto | 15.00% |
| Outro | Marshall Mathers | 28.34% |
| Outro | Steve King | 15.00% |
| Patiently Waiting | Luis Resto | 16.60% |
| Patiently Waiting | Marshall Mathers | 29.30% |
| Paul | Marshall Mathers | 100.00% |
| Pimp Like Me | Jeff Bass | 25.00% |
| Places To Go | Luis Resto | 25.00% |
| Places To Go | Marshall Mathers | 25.00% |
| Puke | Luis Resto | 21.375% |

| Song | Writer | Percentage |
|---|---|---|
| Puke | Marshall Mathers | 68.875% |
| Puke | Steve King | 4.750% |
| Purple Pills | Jeff Bass | 20.00% |
| Rabbit Run | Luis Resto | 25.00% |
| Rabbit Run | Marshall Mathers | 75.00% |
| Rainman | Marshall Mathers | 50.00% |
| Rainman | Luis Resto | 25.00% |
| Rap Game | Luis Resto | 33.34% |
| Rap Game | Marshall Mathers | 33.34% |
| Ricky Ticky Toc | Luis Resto | 16.67% |
| Ricky Ticky Toc | Marshall Mathers | 66.67% |
| Ricky Ticky Toc | Steve King | 16.66% |
| Runnin' | Luis Resto | 14.62% |
| Runnin' | Marshall Mathers | 14.62% |
| Say Goodbye To Hollywood | Luis Resto | 10.00% |
| Shit Can Happen | Jeff Bass | 10.00% |
| Shit Hit's The Fan | Marshall Mathers | 30.00% |
| Sing For The Moment Again | Jeff Bass | 12.50% |
| Soldier | Luis Resto | 25.00% |
| Soldier Like Me | Luis Resto | 18.75% |
| Soldier Like Me | Marshall Mathers | 26.25% |
| Spend Some Time | Luis Resto | 20.25% |
| Spend Some Time | Marshall Mathers | 39.60% |
| Spend Some Time | Steve King | 4.50% |
| Spit Shine | Luis Resto | 16.66% |
| Spit Shine | Steve King | 16.66% |
| Spread Yo Shit | Luis Resto | 5.00% |
| Spread Yo Shit | Marshall Mathers | 5.00% |
| Square Dance | Jeff Bass | 20.00% |
| Square Dance | Luis Resto | 10.00% |
| Stimulate | Jeff Bass | 25.00% |
| Superman | Jeff Bass | 20.00% |
| Superman | Steve King | 10.00% |
| That's How People | Jeff Bass | 10.00% |
| The Kids | Jeff Bass | 22.50% |
| The Kids | Mark Bass | 22.50% |
| The Kids | Steve King | 5.00% |
| The Uppercut | Luis Resto | 17.50% |
| The Uppercut | Marshall Mathers | 17.50% |
| These Drugs | Jeff Bass | 30.00% |
| Thug 4 Life | Luis Resto | 12.500% |
| Thug 4 Life | Marshall Mathers | 12.500% |
| Thugs Get Lonely Too | Luis Resto | 17.500% |
| Thugs Get Lonely Too | Marshall Mathers | 17.500% |
| Till I Collapse | Luis Resto | 25.00% |
| Till The End | Luis Resto | 25.00% |
| Till The End | Marshall Mathers | 25.00% |
| Under The Influence | Jeff Bass | 11.11% |
| Under The Influence | Mark Bass | 11.11% |
| Warrior part 2 | Luis Resto | 16.66% |

| Song | Writer | Percentage |
|---|---|---|
| Warrior part 2 | Marshall Mathers | 28.32% |
| Warrior part 2 | Steve King | 16.66% |
| We All Die One Day | Luis Resto | 20.00% |
| We All Die One Day | Marshall Mathers | 40.00% |
| We As Americans | Luis Resto | 25.00% |
| We As Americans | Marshall Mathers | 75.00% |
| Welcome To D-Block | Luis Resto | 20.00% |
| Welcome To D-Block | Marshall Mathers | 40.00% |
| Welcome To D-Block | Steve King | 20.00% |
| What's the Difference | Marshall Mathers | 17.50% |
| White America | Jeff Bass | 40.00% |
| White America | Luis Resto | 5.00% |
| White America | Steve King | 5.00% |
| Who Do You Love | Luis Resto | 17.500% |
| Who Do You Love | Marshall Mathers | 17.500% |
| Without Me | Jeff Bass | 33.75% |
| Yellow Brick Road | Luis Resto | 22.50% |
| Yellow Brick Road | Marshall Mathers | 72.50% |
| Yellow Brick Road | Steve King | 5.00% |