# EXHIBIT 6



# 2007 Annual State of the Court Message

## September 11, 2007

## Chief Judge Bernard A. Friedman

# STATE OF THE COURT MESSAGE

## September 11, 2007

### I. Judicial Officers

Last year I reported that there was one district judge vacancy on the Eastern District of Michigan following the appointments of Judges Thomas L. Ludington and Sean F. Cox. Effective January 1, 2007, Judge John Corbett O'Meara took senior status and so another vacancy was created. Currently both of those vacancies continue to exist and there have been no nominations made to fill them.

Magistrate Judge Wallace Capel left the Eastern District of Michigan in November 2006 and is now serving as a magistrate judge in the Middle District of Alabama. We are currently in the process of filling the magistrate judge vacancy in Flint that became available when Magistrate Judge Capel left.

In April of this year, the Court reappointed Bankruptcy Judge Steven W. Rhodes as Chief Judge of the Bankruptcy Court for an additional one-year period beginning April 25, 2007, and ending April 24, 2008. Bankruptcy Judge Walter Shapero continues to serve the Bankruptcy Court in a recall status.

Magistrate Judge Paul J. Komives continues to serve the Court in a recall status.

Our eight senior judges continue to contribute substantially to the work of the Court. Judges Cohn, Zatkoff, Duggan, Gadola, and O'Meara receive cases at the same rate as district judges in active service. Senior Judges Feikens, Cook and Taylor are assigned cases between 50% and 75% of that of a district judge in active service.

### II. Clerk's Office Statistical Information

#### A. Civil and Criminal Case Information - Calendar Years 2005 and 2006

|  | 2006 | 2005 | % | Circuit % | National % |
|---|---|---|---|---|---|
| Civil Cases Filed | 5,912 | 5,578 | 6.0 | -11.7 | 10.0 |
| Civil Cases Terminated | 5,400 | 19,145 | -71.8 | -35.8 | -7.9 |
| Criminal Cases Filed | 533 | 564 | -5.5 | 1.3 | -3.6 |
| Criminal Cases Terminated | 594 | 624 | -4.8 | 0.8 | 0.9 |

State of the Court
September 11, 2007                                                                                           Page 2

| | | | | | |
|---|---|---|---|---|---|
| CR Defendants Filed | 874 | 917 | -4.7 | 1.2 | -4.4 |
| CR Defendants Terminated | 943 | 961 | -1.9 | -0.5 | 1.5 |

Our 5,912 civil filings for 2006 rank our district 1st in the Sixth Circuit and 12th nationally. Our 5,400 civil terminations rank us 2nd in the Sixth Circuit and 14th in the nation. Our civil termination figures were elevated in 2005 due to 14,768 of the Dow Corning silicone cases pending in this district being closed that calendar year. On the criminal side, our 533 filings rank us 5th in the Sixth Circuit and 40th nationally. Our 594 terminations rank us 3rd in the Sixth Circuit and 35th nationally.

**B. Civil Cases - Median Time Intervals from Filing to Disposition of Civil Cases Terminated During the 12-Month Period Ending June 30, 2007**

| | Total Cases | Median Time Interval in Months |
|---|---|---|
| Cases Disposed of With No Court Action | 809 | 4.7 |
| Cases Disposed of Before Pretrial | 1,212 | 6.5 |
| Cases Disposed of During or After Pretrial | 1,507 | 13.5 |
| Cases Disposed of By Trial | 72 | 25.0 |

Our total number of 3,600 civil cases disposed of during this time period, with an overall median time interval of 8.3 months, ranks us 2nd in the Sixth Circuit and 15th nationally.

**C. Criminal Defendants - Median Time Intervals from Filing to Disposition of Criminal Defendants During the 12-Month Period Ending June 30, 2007**

| | Total Defendants | Median Time Interval in Months |
|---|---|---|
| Defendants Dismissed | 93 | 22.0 |
| Plea of Guilty | 716 | 11.9 |
| Defendants Disposed of By Trial | 59 | 22.7 |

State of the Court
September 11, 2007

Page 3

Our total number of 868 criminal defendants disposed of during this time period, with an overall median time interval of 13.3 months, ranks us 2nd in the Sixth Circuit and 30th nationally.

### III. Bankruptcy Court Statistical Information

|  | 2006 | 2005 | % | Circuit % | National % |
|---|---|---|---|---|---|
| Bankruptcy Filings | 25,962 | 65,909 | -60.0 | -65.9 | -70.3 |
| Bankruptcy Terminations | 63,261 | 38,231 | 65.5 | 2.0 | -8.9 |

The Bankruptcy Court's 25,962 filings rank 1st in the Sixth Circuit and nationally. Their 63,261 terminations rank 1st in the Sixth Circuit and nationally.

### IV. Probation Department Information

|  | 2006 | 2005 | % |
|---|---|---|---|
| Persons Supervised | 1,776 | 1,856 | -.96 |

The number of persons supervised is the second highest in the Sixth Circuit and represents 18% of the total number of persons under supervision in the Sixth Circuit. Nationally, the Eastern District of Michigan ranks 20th in the number of persons under supervision.

The major offenses continue to be violations of drug laws and fraud. Other contributing offenses were robbery and weapons/firearms violations.

### V. Pretrial Services Agency Information

|  | 2006 | 2005 | % |
|---|---|---|---|
| Pretrial Initial Appearances | 1,098 | 1,223 | -.89 |
| Pre-Bail Reports | 1,046 | 1,153 | -.91 |

The 1,098 initial appearances and the 1,046 pre-bail reports are the highest in the Sixth Circuit. Nationally, the Pretrial Services Agency ranks 20th in the initial appearances category and 19th in the pre-bail report category.

State of the Court
September 11, 2007

Page 4

### VI. Budget

The fiscal year 2007 budget, which ends on September 30, was a improvement from past fiscal years for the Federal judiciary, including the Eastern District of Michigan.

The Court did not receive its final fiscal year 2007 budget until the third week of March. The District Clerk's Office payroll account was reduced by 5.7% from the National Financial Plan as compared to 5% in fiscal year 2006, however, authorized staffing increased by 8.5 work units due to a new work measurement formula. The Probation Department and Pretrial Services Agency were faced with a reduction of 3% in their respective payroll accounts from the National Financial Plan as compared to 2.5% in fiscal year 2006. In addition, the Probation Department lost 5.8 work units and Pretrial Services Agency lost .7 work units in fiscal year 2007.

The operational and information technology accounts were reduced by 12% across-the-board as in fiscal year 2006. The reduction had been 34% for several prior fiscal years. Many capital improvements were deferred in those years due to lack of funding. The Court has been able to address some of these needed projects this fiscal year, especially in the area of Information Technology.

The Court has been advised that funding will probably continue in fiscal year 2008 at fiscal year 2007 levels in the Eastern District of Michigan.

While the final budget picture for fiscal year 2008 is not yet known, if Congress does not adequately fund the Judiciary, it will be our challenge to continue to provide the level of services that the Court currently provides to the public and the Bar.

Regardless, all Court staff continue to work diligently. Thanks to their hard work, we have not cut any services to the Bar or public. Other courts have reduced public hours and limited access to court facilities.

### VII. Space and Facilities Projects

The fitness center construction project will begin on September 17, 2007. This initiative will give the Court a state-of-the-art facility for employees to get in shape, work off stress, or maintain whatever fitness regimen they already enjoy. Equipment will include treadmills, stationary bikes, ellipticals, stairmasters, circuit strength training equipment and free weights. An aerobic room will allow for exercise classes and stretching programs. The fitness center will also have locker rooms, showers, and a towel service.

In the last State of Court address, I mentioned that the Jury Department would be renovated. That project is scheduled to begin this November. With the jury area being the

State of the Court
September 11, 2007                                                                                             Page 5

first impression the public has of the Court, we thought it was important to make this area as nice as possible. The project includes a new counter, which will allow for a more efficient check-in process. Individual chairs will be replaced with new joined seating making better use of the space available. The former smoking room will be turned into a computer lab for jurors to use while waiting to be called by chambers. The Jury Administrator will have an office constructed. The carpet and tile flooring will be replaced and the area will be painted.

In Detroit, an emergency back-up generator will be installed to provide electrical power to the Court's computer server room and meeting room 115. This generator will allow the Court's computers and phone system to operate indefinitely during a prolonged power outage. Room 115 will be used as the temporary communications center in the event of an emergency. The generator will be located on the roof of the Theodore Levin United States Courthouse and will be supplied with natural gas. As long as the gas line remains intact, the generator will continue to operate. A project associated with the emergency generator is a new consolidated computer server room. The servers currently located on the sixth floor will be moved to the first floor within the IT Department's existing space. This move will allow for better management and response time to any server issue. The new computer room will also provide the environmental control needed for the new generation of servers.

### VIII.    Naturalization Ceremonies

In calendar year 2006 our District naturalized approximately 10,000 new citizens. Through mid-August of 2007, we have already naturalized approximately 8,500 new citizens. Bi-weekly naturalization ceremonies continue to take place in the Court's multi-purpose room. In addition to those ceremonies, judicial officers presided over several large off-site ceremonies at various locations throughout the Eastern District.

### IX.    Court Ombudsman

Attorney George Bedrosian continues to serve the U.S. District Court for the Eastern District of Michigan as Ombudsman. Mr. Bedrosian's role is as an intermediary between judicial officers of the Eastern District and the Bar. He acts on an informal basis to interface and address those matters lacking an institutional mechanism or forum for redress.

### X.    Security

The Court's Security Committee, chaired by Judge John Corbett O'Meara, continues to meet regularly with the Marshals Service to discuss security concerns and means by which federal court facilities can remain safe for judges, the Bar, court staff and the public.

## XI. Case Management/Electronic Case Files (CM/ECF)

The Eastern District of Michigan became an e-filing court more than three years ago. What started as an unfamiliar and optional program has grown to become the most common way to file in this District. The Court's requirement for e-filing is well publicized and well received by the bar due to the e-filing system's numerous benefits, including its cost effectiveness and time-saving abilities.

We now have 7,129 attorneys registered to e-file in our district and 79% of these attorneys have filed a document electronically. Attorneys have e-filed a total of 158,965 documents. The percentage of attorney e-filed documents in the Clerk's Office is hovering near 40%. Prisoner filings, initial complaints and court generated notices and orders make up most of the remaining documents filed with the Clerk's Office either in paper or electronically by chambers.

The Court continues to work hard to keep up with new technology and updates to existing software. Plans are underway to allow attorneys to e-file initiating papers sometime in the near future and attorneys seem to eagerly anticipate this new feature. Current information can always be obtained at the Court's web site: http://www.mied.uscourts.gov/ecf.

## XII. Special Sessions of Court

On October 1, 2006, a special session of Court was held to mark the formal investiture of Judge Thomas L. Ludington. While Judge Ludington's investiture ceremony took place in October, he was officially sworn in as a District Judge by Chief Judge Friedman on June 30, 2006.

On May 7, 2007, continuing the late Judge Ralph M. Freeman's legacy of justice, advocacy and civility, the Court again presented scholarships to students at six Michigan law schools. Scholarships were also presented to four students of full-time permanent Court employees.

## XIII. Oral History Program

The oral history program continues to move forward with great success. Judge Taylor's oral history was recently completed. Oral histories for Judges Cohn and Zatkoff, as well as Magistrate Judge Komives are currently in progress. It is anticipated that oral histories will begin to take place of senior Court management staff as well. The oral history program for the Eastern District of Michigan is managed by Judy Christie, former Administrative Manager from the District Court Clerk's Office.

State of the Court
September 11, 2007

Page 7

### XIV. Shared Advanced Technology Courtroom Training Program

The Court in conjunction with the Federal Bar Association and Michigan State University College of Law has continued to offer technology enhanced training certification for trial litigators. To date, well over 100 attorneys representing 50 plus firms have participated in the 1/2 day training program held in the Shared Advanced Technology Courtroom 242 at the Theodore Levin U.S. Courthouse. These sessions have been almost fully subscribed and well received by attending attorneys. Discussions are highlighted by a judicial panel and experienced practitioners in courtroom technology. The District Court's new Internet site features a Courtroom Technology handbook and descriptions of the various high technology equipment available for attorney use in the Courthouse. The acquisition of recent new mobile evidence presentation systems (MEPS) carts add portability and greater flexibility to adapt technology in any District Judge Courtroom. The training program will commence again this fall.

### XV. Relationship Between the Bench and the FBA

On July 24, 2007, the district judges continued their annual practice of hosting a luncheon with representatives of your Chapter of the Federal Bar Association. Items discussed included the FBA annual convention, judicial ceremonies, and community outreach.

### XVI. Law Day 2007

Continuing the tradition begun in 2006, the U.S. District Court hosted a Law Day event on May 1, 2007. This year's event was broader in scope than the event held last year. Several federal agencies, as well as Court departments, set up booths to inform attendees of their purpose and provide demonstrations. Some of these agencies include the Bureau of Alcohol, Tobacco, Firearms, and Explosives; Customs and Border Protection; U.S. Coast Guard; U.S. Drug Enforcement Agency; Federal Bureau of Investigation; Internal Revenue Service, the U.S. Postal Inspection Service, and many more. Also included in the Law Day festivities was an "Ask the Lawyer" program where attorney volunteers provided free legal advise to people who have cases pending in our Court and do not have lawyers representing them, as well as other persons with legal questions.

State of the Court
September 11, 2007

Page 8

XII.   Pro Bono Seminar

On May 30, 2007, in conjunction with the Federal Bar Association, Judge Denise Page Hood held a seminar on the Pro Bono Program for the Eastern District of Michigan. The program consisted of presentations by various judges and local attorneys who are knowledgeable about the pro bono program.