UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eight Mile Style, LLC, et al.,

                            Plaintiff(s),

v.                                         Case No. 2:07−cv−13164−ADT−DAS
                                         Hon. Anna Diggs Taylor

Apple Computer, Incorporated,

                            Defendant(s).

_____

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before the Honorable Anna Diggs Taylor at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

        Motion to Transfer Case − #11

- MOTION HEARING:  12/10/07 at 09:00 AM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/ MCar
                                                  Case Manager

Dated:   November 7, 2007