UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

    Plaintiffs,

vs.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

    Defendants.

| | |
|---|---|
| Norman C. Ankers (P30533)<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3506<br>(313) 465-7306<br>nankers@honigman.com<br>Attorney for Plaintiffs | Richard S. Busch  (TN BPR#14594)<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN  37201<br>(615) 259-3456<br>rbusch@kingballow.com<br>Attorney for Plaintiffs |
| Daniel D. Quick (P48109)<br>Dickinson Wright PLLC<br>38525 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI  48034<br>(248) 433-7200<br>dquick@dickinsonwright.com<br>Attorney for Defendants | Kelly M. Klaus<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA  90071-1560<br>(213) 683-9238<br>kelly.klaus@mto.com<br>Attorney for Defendants |

## **ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE [D/E 11]**

At a session of said Court, held in the United States
District Court, Eastern District of Michigan, on:
December 10, 2007

PRESENT: ANNA DIGGS TAYLOR
          UNITED STATES DISTRICT JUDGE

Defendants having moved to transfer the venue of this action to the United States District Court for the Central District of California; plaintiffs having filed a response in opposition thereto; and the Court having heard oral argument;

IT IS HEREBY ORDERED, for reasons stated by the Court in open court on Monday, December 10, 2007, that defendants' motion shall be, and is hereby, denied.

Dated: December 19, 2007      **S/ANNA DIGGS TAYLOR**
                              United States District Court Judge

Approved as to form:

By: s/Norman C. Ankers
    Norman C. Ankers (P30533)
    Attorney for Plaintiffs

By: s/Daniel D. Quick
    Daniel D. Quick (P48109)
    Attorney for Defendants

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on December 19, 2007.

                              s/Johnetta M. Curry-Williams
                              Case Manager