IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

    Plaintiff,

v.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

    Defendants.

Case No. 2:07-CV-13164
Hon. Anna Diggs Taylor

_____

| | |
|---|---|
| Howard Hertz (P26653) | Richard S. Busch (TN bpr#14594) |
| Jay G. Yasso (P45484) | King & Ballow |
| Hertz Schram PC | 1100 Union Street Plaza |
| 1760 S. Telegraph Rd., Suite 300 | 315 Union Street |
| Bloomfield Hills, MI 48302 | Nashville, TN 37201 |
| (248) 335-5000 | (615) 259-3456 |
| hhertz@hertzschram.com | rbusch@kingballow.com |
| jyasso@hertzschram.com | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | |

_____

## **APPEARANCE**

To:  CLERK OF THE COURT

    Please enter the appearance of Howard Hertz of the firm, Hertz Schram PC, as Co-Counsel for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC in the above captioned matter.

HERTZ SCHRAM PC

Attorneys for Plaintiffs

/s/ Howard Hertz
Howard Hertz (P26653)
1760 S. Telegraph Rd., Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
hhertz@hertzschram.com

Dated: February 20, 2008

## PROOF OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the foregoing: Appearance with the clerk of the court using the ECF system which will send notification of such filing to all counsel of record.

HERTZ SCHRAM PC
Attorneys for Plaintiffs

/s/ Howard Hertz
Howard Hertz (P26653)
1760 S. Telegraph Rd., Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
hhertz@hertzschram.com

S:\Staff\Belcher, Cathy\HOWARD\ENTERTAINMENT\,MARTIN\Apple Computer, Aftermath Records\Appearance-HH.doc