UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

      Plaintiffs,

vs.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

      Defendants.

| | |
|---|---|
| Norman C. Ankers (P30533)<br>Michael A. Lisi (P39597)<br>Brian D. Wassom (P60381)<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7306<br>nankers@honigman.com<br>mlisi@honigman.com<br>bdw@honigman.com<br>Attorneys for Plaintiffs | Richard S. Busch (TN BPR#14594)<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN 37201<br>(615) 259-3456<br>rbusch@kingballow.com<br>Attorney for Plaintiffs |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Norman C. Ankers is withdrawing as counsel for plaintiffs EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC in the above referenced matter.

Please remove him from all service lists for this case.

                HONIGMAN MILLER SCHWARTZ AND COHN LLP

                s/ Norman C. Ankers
                2290 First National Building
                660 Woodward Avenue
                Detroit, Michigan 48226
                313-465-7306
                nankers@honigman.com
                (P30533)

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008 I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

s/Norman C. Ankers
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7306
nankers@honigman.com
(P30533)

DETROIT.2984908.1