UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

        Plaintiffs,

                                      Case No. 2:07-cv-13164

vs.                                    Hon. Anna Diggs Taylor

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

        Defendants.

| | |
|---|---|
| Norman C. Ankers (P30533) | Richard S. Busch  (TN BPR#14594) |
| Michael A. Lisi (P39597) | King & Ballow |
| Brian D. Wassom (P60381) | 1100 Union Street Plaza |
| Honigman Miller Schwartz and Cohn LLP | 315 Union Street |
| 2290 First National Building | Nashville, TN  37201 |
| 660 Woodward Avenue | (615) 259-3456 |
| Detroit, MI  48226-3506 | rbusch@kingballow.com |
| (313) 465-7306 | Attorney for Plaintiffs |
| nankers@honigman.com | |
| mlisi@honigman.com | |
| bdw@honigman.com | |
| Attorneys for Plaintiffs | |

## NOTICE OF WITHDRAWAL OF COUNSEL

      PLEASE TAKE NOTICE that Brian D. Wassom is withdrawing as counsel for plaintiffs

EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC in the above referenced matter.

Please remove him from all service lists for this case.

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP


                    s/ Brian D. Wassom
                    2290 First National Building
                    660 Woodward Avenue
                    Detroit, Michigan  48226
                    313-465-7594
                    bdw@honigman
                    (P60381)

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008 I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

s/ Brian D. Wassom (P60381)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan  48226
(313) 465-7594

DETROIT.2993880.1