UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

      Plaintiffs,

vs.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

      Defendants.

| | |
|---|---|
| Norman C. Ankers (P30533) <br> Michael A. Lisi (P39597) <br> Brian D. Wassom (P60381) <br> Honigman Miller Schwartz and Cohn LLP <br> 2290 First National Building <br> 660 Woodward Avenue <br> Detroit, MI  48226-3506 <br> (313) 465-7306 <br> nankers@honigman.com <br> mlisi@honigman.com <br> bdw@honigman.com <br> Attorneys for Plaintiffs | Richard S. Busch  (TN BPR#14594) <br> King & Ballow <br> 1100 Union Street Plaza <br> 315 Union Street <br> Nashville, TN  37201 <br> (615) 259-3456 <br> rbusch@kingballow.com <br> Attorney for Plaintiffs |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

      PLEASE TAKE NOTICE that Michael A. Lisi is withdrawing as counsel for plaintiffs EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC in the above referenced matter.

Please remove him from all service lists for this case.

      HONIGMAN MILLER SCHWARTZ AND COHN LLP

s/ *Michael A. Lisi*
38500 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
248-566-8504
mlisi@honigman.com
(P39597)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008 I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

> s/ *Michael A. Lisi*
> 38500 Woodward Avenue, Suite 100
> Bloomfield Hills, Michigan 48304
> 248-566-8504
> mlisi@honigman.com
> (P39597)

DETROIT.2993880.1