# **INDEX OF EXHIBITS**

Exhibit 1        Declaration of Richard S. Busch in Support of Plaintiffs' motion to Reset Trial dates

Exhibit A        Motion to Continue Trial

Exhibit B        Order

Exhibit C        Plaintiff Bridgeport Music Inc's Motion to Reset Trial

Exhibit D        Order

Exhibit E        Proposed Scheduling Order

Exhibit F        Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Reset Trial Date