UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Bridgeport Music Inc.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 3:05-0377 |
| ) | Judge Todd J. Campbell |
| vs. ) | Magistrate Judge Joe Brown |
| ) | Jury Demand |
| **Robert Hill Music, et al.,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF BRIDGEPORT MUSIC INC.'S MOTION TO RESET TRIAL

Plaintiff Bridgeport Music Inc. ("Bridgeport"), by and through undersigned counsel, submits its motion to alter or amend the Court's Order on January 23, 2008 resetting the trial in this matter until August 26, 2008. (Docs. Nos. 315-16, Order.) Due to two conflicting trials involving Bridgeport's lead counsel, Bridgeport asks the Court to reset the new trial date set in the Order to a date after November 5, 2008.

### BACKGROUND

On January 22, 2008, Defendant Robert Hill Music ("Robert Hill") filed a motion to continue trial in this matter from May 13, 2008, to the earliest available date after August 31, 2008. (Doc. No. 313.) In support, Robert Hill argued its former principal is scheduled to be released from prison in August 2008. (*Id.*) Robert Hill also represented to the Court that Bridgeport opposed the extension beyond August 31, 2008 due to trials scheduled in other matters in September and October 2008. (*Id.*)

This Court granted Robert Hill's motion, resetting trial to August 26, 2008, with a pretrial conference set for August 18, 2008, and motions in limine and other filings due August 4 and 11, 2008. (Doc. No. 316.)

## ARGUMENT

Richard Busch, lead counsel for Bridgeport, is also lead counsel in two trials set for September 2, 2008 and October 14, 2008. The first trial is in the Central District of California in the matter of *F.B.T. Productions, LLC. v. Aftermath Records*, Case No. CV 07-3314. As shown in the scheduling order (attached as Exhibit A hereto), on November 20, 2007, the court set the pretrial conference in that matter for August 18, 2008, with trial set to commence on September 2, 2008. Trial is estimated to last for five days, or until September 8, 2008.

Mr. Busch is also lead counsel in a subsequent trial in the Eastern District of Michigain in the matter of *Eight Mile Style, LLC v. Apple Computer, Inc.*, No. 07-cv-13164. As shown in the scheduling order (attached as Exhibit B hereto), the pretrial conference in that matter has been set for September 18, 2008, with trial set to commence on October 14, 2008.

The Court's current trial schedule directly conflicts with the dates set in the Central District of California matter. Immediately following the trial in California, lead counsel for Bridgeport will be appearing and preparing for trial in the Eastern District of Michigan. Due to the necessity for lead counsel to be involved in pretrial filings, the pretrial conference, and in trial preparation in this matter, Bridgeport respectfully requests a new trial date any time after November 5, 2008.

Bridgeport has conferred with counsel for the defendants. The Universal defendants do not object to a request to move the trial to a date in November or early December, with their preference being early November. Counsel for Robert Hill has indicated he will advise whether there are any conflicts by the morning of January 24, 2008. Bridgeport will advise the Court immediately if any conflicts are found.

DATED: January 23, 2008                    Respectfully submitted,

                                           KING & BALLOW

                                           /s/ Richard S. Busch
                                           Richard S. Busch, BPR #14594
                                           Ramona P. DeSalvo, BPR #18491
                                           John J. Park, BPR #25623
                                           1100 Union Street Plaza
                                           315 Union Street
                                           Nashville, TN 37201
                                           (615) 259-3456
                                           *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served through the Court's system upon the following:

| Counsel | On behalf of: |
|---|---|
| Philip M. Kirkpatrick, Esq.<br>Stewart, Estes & Donnell<br>Financial Center<br>424 Church Street<br>14th Floor<br>Nashville, TN 37219-2392<br>t: (615) 244-6538<br>f: (615) 256-8386<br>E-mail: kirkpat@sedlaw.com<br><br>Russell Frackman, Esq.<br>Jeffrey Goldman, Esq.<br>Mitchell, Silberberg & Knupp, LLP<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064-1683<br>t: (310) 312-3119<br>f: (310) 312-3788<br>E-mail: jdg@msk.com<br>      rjf@msk.com | Universal-Songs of PolyGram International, Inc., individually and as successor to Songs of Polygram International, Inc.; 4th & Broadway, a division of Island Def Jam Music Group, a division of Universal Music Company and UMG Recordings, Inc.; Universal Music Group, Inc., individually and as successor to Universal Records, Inc., and as successor to MCA Records, Inc.; Hip-O Records, a division of Universal Music Group, Inc.; Interscope Records, a division of Universal Music Group, Inc.; Island Def Jam Music Group, a division of Universal Music Company, and UMG Recordings, Inc. |

this 23rd day of January 2008.  /s/ Richard S. Busch

4

Case 3:05-cv-00377 Document 317 Filed 01/23/2008 Page 4 of 4