Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456    Facsimile: (615) 726-5417

Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
(858) 597-6000    Facsimile: (838) 597-6008

Mark L. Block (State Bar No. 115457)
mblock@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil, & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000   Facsimile: (310) 556-2920

Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| F.B.T. PRODUCTIONS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al., <br><br> Defendants. | Case No. CV 07-03314 PSG (MANx) <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO RESET TRIAL DATE <br><br> JURY DEMAND <br><br> Date: March 24, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 790 – Roybal <br> Hon. Gutierrez |
|---|---|

EXHIBIT F

CV 07-03314 PS

1

Plaintiffs F.B.T. Productions, LLC ("F.B.T.") and Em2M, LLC ("Em2M") (collectively, "Plaintiffs") respectfully request that the Court reset the trial date in this matter from September 2, 2008 to the first available date on or after September 9, 2008. Plaintiffs make this request because of a conflicting trial date in the United States District Court for the Middle District of Tennessee.

**BACKGROUND**

Lead counsel for Plaintiffs, Richard S. Busch, is also lead counsel for the plaintiffs in the case of *Bridgeport Music Inc. v. Robert Hill Music, et al.*, Case No. 3:05-00377, in the Middle District of Tennessee (hereinafter, the *"Bridgeport"* case). (*See* Declaration of Richard S. Busch, "Busch Decl.," ¶ 3.) UMG Recordings, one of the Defendants in the instant case, is also a Defendant in the *Bridgeport* case. (*Id.*)

On January 22, 2008, counsel for Defendant Robert Hill Music filed a motion to continue the trial from May 13, 2008, to the earliest available date after August 31, 2008. (*Id.* ¶ 4, Exhibit A.) The grounds for the motion were that the former principal who operated and controlled Robert Hill Music was scheduled to be released from federal prison in August 2008. (*Id.*) In the motion, Robert Hill Music noted that due the scheduling order in this case, along with a subsequent

trial currently set for October 14, 2008 in the Eastern District of Michigan,[1] Bridgeport requested that trial be continued to mid-July to early August. (*Id.*)

The court granted Robert Hill's motion on January 23, 2008, and continued that trial to August 26, 2008, with the pretrial conference on August 18, 2008. (*See* Busch Decl. ¶ 4, Exhibit B.) Bridgeport immediately filed a motion advising the court of the August 18, 2008 pretrial conference and the September 2, 2008 trial date set by this Court, as well as the trial date in the Eastern District of Michigan (*see* Note 1 *supra*), and requested trial be reset to an available date after November 5, 2008. (*See* Busch Decl. ¶ 5, Exhibit C.)

On January 24, 2008, the court granted in part and denied in part Bridgeport's motion. (*See* Busch Decl. ¶ 6, Exhibit D.) The court found a proposed trial date in November 2008 would be unacceptable, and reset trial to August 19, 2008 beginning at 9:00 a.m. in Nashville. (*Id.*) Trial is estimated to take as many as ten days, which would mean a concluding date of September 3, 2008. (*Id.* at ¶ 8.)

## ARGUMENT

Currently, this Court has set trial for September 2, 2008, with a pretrial

---

[1] Mr. Busch is also lead counsel for the plaintiffs in the case of *Eight Mile Style, LLC v. Apple Computer, Inc.* in the Eastern District of Michigan (hereinafter the "*Eight Mile Style*" action), which is currently set for trial on October 14, 2008, and the pretrial conference is set for September 18, 2008. (*See* Busch Decl., ¶ 10, Exhibit E.) Lead counsel for Defendants is also counsel for the defendants in the *Eight Mile Style* action.

CV 07-03314 PSG (MANx)

conference on August 18, 2008. (Busch Decl. ¶ 2.) As explained above, the Middle District of Tennessee has set trial in the *Bridgeport* case for August 19, 2008, which may last until September 3, 2008. Lead counsel for plaintiffs cannot attend a scheduling conference in this Court on August 18, 2008, and appear for trial in Nashville by 9:00 a.m. the following morning. (*Id.* at ¶ 9.) Further, if trial in the *Bridgeport* case lasts as long as estimated – ten days – there will be a direct conflict with the commencement of trial in this Court. (*Id.*) Although Plaintiffs have informed the Middle District of Tennessee of this conflict (even attaching a copy of this Court's scheduling order to its motion), that court has refused to grant relief.

Plaintiffs have conferred with counsel for Defendants regarding this issue. Defendants object to Plaintiffs' filing this motion on two grounds. First, Defendants believe that Plaintiffs' motion is premature and would rather notify the Court at a later date whether the Plaintiffs' case in the Middle District of Tennessee will proceed to trial as currently scheduled. Second, Defendants oppose the motion because the postponing the trial even for as little as two weeks would, according to defendants, supposedly create a conflict with the *Eight Mile Style* case, which is set for an October 14, 2008 trial. Defendants claim there would be no meaningful opportunity for counsel (who are the same in both cases) to transition from one trial site to another and to prepare for trial. Defendants'

counsel also pointed out that there is a September 18 pretrial conference set in the *Eight Mile Style* case. While Plaintiffs disagree that postponing this trial for merely two weeks would conflict with the October 14 trial date in *Eight Mile Style*, Plaintiffs are nonetheless filing, concurrently herewith, a motion in the Eastern District of Michigan asking that court to adjourn the trial date in that action by at least two weeks, in order to remedy the Defendant's objections, and asking that Court to postpone the pretrial conference until after this trial concludes. (Busch Decl. ¶ 10, Exhibit F.)[2]

Plaintiffs believe it is necessary to bring this matter to the Court's attention now, rather than wait as Defendants suggested.[3] Mediation in the Middle District of Tennessee has been unsuccessful, there are no pending motions for summary judgment that could dispose of the matter, and therefore it is likely that the action will proceed to trial as scheduled. (Busch Decl. ¶ 7.) Plaintiffs are not asking for a

---

[2] At first, when Plaintiffs conferred with counsel for Defendants, who are the same in both cases, defense counsel advised that they did not have a conflict with moving this action two weeks, but preferred that Plaintiffs only give notice of the potential conflict now, and wait until summer to move the trial. However, Defendants' counsel later stated that it did not notice the September 18, 2008 pretrial conference in the *Eight Mile Style* case, and stated that it opposed this motion for the reasons stated above, unless the trial in *Eight Mile Style* was correspondingly moved.

[3] Plaintiffs also wish to bring to the Court's attention a discovery dispute that has arisen with regard to their third-party subpoena to Apple Computers, Inc. ("Apple"), which was served on January 11, 2008. Apple responded on February 7, 2008. Plainitffs served a meet and confer letter pursuant to Local Rule 37-1 on February 11, 2008. Pursuant to the local rules, however, the earliest date that this dispute can be heard by the Magistrate Judge is April 1, 2008. The parties are also attempting to resolve disputes related to the Protective Order to be submitted to the Court in this matter, which has delayed the production of documents from Defendants.

CV 07-03314 PSG (MANx)

lengthy adjournment, but only a week or two so that lead counsel can complete the conflicting trial.

## CONCLUSION

Plaintiffs respectfully request that the Court reset the trial date in this matter to the Court's first available trial date on or after September 9, 2008, with other pretrial dates being reset accordingly.

DATED: February 25, 2008      Respectfully submitted,

KING & BALLOW

/s/ Paul Duvall

---

Richard S. Busch (TN Bar No. 014594)
rbusch@kingballow.com
Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
Telephone: (858) 597-6000
Facsimile: (838) 597-6008

- and -

Mark Block (State Bar No. 115457)
mblock@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil, & Shapiro, LLP
10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067
Telephone: (310) 282-6240
Facsimile: (310) 556-2920

Attorneys for Plaintiffs

CV 07-03314 PSG (MANx)

Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456   Facsimile: (615) 726-5417

Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
(858) 597-6000   Facsimile: (838) 597-6008

Mark L. Block (State Bar No. 115457)
mblock@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil, & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000   Facsimile: (310) 556-2920

Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| F.B.T. PRODUCTIONS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al., <br><br> Defendants. | Case No. CV 07-03314 PSG (MANx) <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RESET TRIAL DATE <br><br> JURY DEMAND <br><br> Date: March 24, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 790 – Roybal <br> Hon. Gutierrez |
|---|---|

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 24, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard in the above entitled court, located at 255 East Temple Street, Los Angeles, California, 90012, Courtroom 790, Plaintiffs F.B.T. Productions, LLC ("F.B.T.") and Em2M, LLC ("Em2M") (collectively, "Plaintiffs") will and hereby do move the court to reset the trial date in this matter to the Court's first available date on or after September 9th, 2008. Plaintiffs' make this motion because a scheduling conflict has arisen with respect to the September 2nd, 2008 trial date and the August 18th, 2008 pretrial conference date in this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on Monday, January 28, 2008.

DATED: February 26, 2008        Respectfully submitted,

                                KING & BALLOW

                                /s/ Paul Duvall

                                Richard S. Busch (TN Bar No. 014594)
                                rbusch@kingballow.com
                                Paul H. Duvall (State Bar No. 73699)
                                pduvall@kingballow.com
                                9404 Genesee Avenue, Suite 340
                                La Jolla, CA 92037-1355
                                Telephone: (858) 597-6000
                                Facsimile: (838) 597-6008

- and -

Mark Block (State Bar No. 115457)
mblock@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil, &
Shapiro, LLP
10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067
Telephone: (310) 282-6240
Facsimile: (310) 556-2920

Attorneys for Plaintiffs

Richard S. Busch (TN Bar No. 014594) (*pro hac vice*)
rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456   Facsimile: (615) 726-5417

Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
KING & BALLOW
9404 Genesee Avenue, Suite 340
La Jolla, CA 92037-1355
(858) 597-6000   Facsimile: (838) 597-6008

Mark L. Block (State Bar No. 115457)
mblock@chrisglase.com
Christensen, Glaser, Fink, Jacobs, Weil, & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000   Facsimile: (310) 556-2920

Attorneys for Plaintiffs F.B.T. Productions, LLC and Em2M, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| F.B.T. PRODUCTIONS, LLC, et al., <br><br> Plaintiffs, <br> v. <br><br> AFTERMATH RECORDS doing business as AFTERMATH ENTERTAINMENT, et al., <br><br> Defendants. | Case No. CV 07-03314 PSG (MANx) <br><br> DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF PLAINTIFFS' MOTION TO RESET TRIAL DATE <br><br> JURY DEMAND <br><br> Date: March 24, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 790 – Roybal <br> Hon. Gutierrez |
|---|---|

CV 07-03314 PSG (MANx)

1

I, Richard S. Busch, make the following statements upon personal knowledge:

1. I am lead counsel for Plaintiffs F.B.T. Productions, LLC, and Em2M, LLC in the above captioned matter. My application to appear and participate in this action *pro hac vice* has been approved by the Court.

2. This Court has set trial for this matter on September 2, 2008, and the pretrial conference on August 18, 2008.

3. I am also lead counsel for the plaintiffs in the case of *Bridgeport Music Inc. v. Robert Hill Music, et al.*, Case No. 3:05-00377, in the Middle District of Tennessee (hereinafter, the "*Bridgeport*" case). UMG Recordings, Inc., one of the Defendants in the instant case, is also a defendant in the *Bridgeport* case.

4. On January 22, 2008, counsel for Defendant Robert Hill Music in the *Bridgeport* case filed a motion to continue the trial from May 13, 2008, to the earliest available date after August 31, 2008. (*See* Exhibit A hereto.) The grounds for the motion were that the former principal who operated and controlled Robert Hill Music was scheduled to be released from federal prison in August 2008. (*Id.*) In the motion, Robert Hill Music noted that due the scheduling order in this case, along with a subsequent trial currently set for October 14, 2008 in the Eastern District of Michigan (*see* paragraph 10 *infra*), Bridgeport requested any resetting occur mid-July to early August. (*Id.*) The court granted Robert Hill's motion on

January 23, 2008, continuing trial to August 26, 2008, with the pretrial conference on August 18, 2008. (*See* Exhibit B hereto.)

5. Bridgeport immediately filed a motion advising the court of the August 18, 2008 pretrial conference and the September 2, 2008 trial date set by this Court, as well as the trial date in the Eastern District of Michigan, and requested trial be reset to an available date after November 5, 2008. (*See* Exhibit C hereto.)

6. On January 24, 2008, the court granted in part and denied in part Bridgeport's motion. (*See* Exhibit D hereto.) The court found a proposed trial date in November 2008 would be unacceptable, and reset trial to August 19, 2008 beginning at 9.00 a.m. in Nashville. (*Id.*)

7. The parties have attempted mediation in the *Bridgeport* case, which was unsuccessful. There are no pending motions for summary judgment that would dispose of the *Bridgeport* case. Therefore, I believe it is likely that case will proceed to trial.

8. Trial in the *Bridgeport* case is estimated to take as much as ten days, which would mean a concluding date of September 3, 2008.

9. It would not be possible for me to attend a scheduling conference in this Court on August 18, 2008, and to appear for trial in Nashville by 9:00 a.m. the following morning. Similarly, it would not be possible for me to attend trial in

CV 07-03314 PSG (MANx)

3

Nashville, possibly until September 3, 2008, and to prepare for and appear for trial in this Court on September 2, 2008. As a result, Plaintiffs are requesting that this trail be moved a week or to the Court's earliest available date after September 9, 2008.

10. I am also lead counsel for the plaintiffs in the case of *Eight Mile Style, LLC v. Apple Computer, Inc.*, Case No. 2:07-cv-13164, in the Eastern District of Michigan, which is currently set for trial on October 14, 2008, and the pretrial conference is set for September 18, 2008. (*See* Exhibit E hereto.) Plaintiffs are filing, concurrently herewith, a motion in the Eastern District of Michigan asking that court to adjourn the trial date in that action by at least two weeks. (*See* Exhibit F hereto.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2008.

*Richard Busch* v/pm.dp
Richard S. Busch