Eight Mile Style, LLC et al v. Apple Computer, Incorporated                                                                 Doc. 27 Att. 1

## Index of Exhibits

A.   Order to Strike Electronically Filed Documents

Dockets.Justia.com