# Exhibit A.

# Order to Strike Electronically Filed Documents

E-FILED: 03/10/08

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| F.B.T. PRODUCTIONS, LLC., ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 07-3314-PSG (MANx) |
| v. | |
| AFTERMATH RECORDS DBA AFTERMATH ENTERTAINMENT, ET AL. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 08-02 and/or the Court's Case Management Order as indicated:

_____02-25-08_____ / ___30___ / __PLAINTIFF'S MOTION TO RESET TRIAL__
    *Date Filed*             *Doc. No.*             *Title of Document*

_____ / _____ / _____
    *Date Filed*             *Doc. No.*             *Title of Document*

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other : MOTION NOTICED FOR HEARING ON A DATE THAT IS CLOSED. COUNSEL ARE REMINDED TO REVIEW THE MOTION CALENDAR DATE ON THE COURT'S WEBSITE BEFORE E-FILING ANY MOTION. THE MOTION SHALL BE E-FILED WITH A NEW HEARING DATE AND COURTESY COPIES SHALL BE DELIVERED AGAIN.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 08-02 and applicable forms.

Dated: 03/10/08 _____      By: _____PHILIP S. GUTIERREZ_____
                                                                               U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*