MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

           Plaintiff(s),

v.

APPLE COMPUTER, INC., et al,

           Defendant(s).
_____/

Case Number:  07-cv-13164

Honorable Anna Diggs Taylor

Magistrate Judge Donald A. Scheer

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Donald A. Scheer for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Plaintiffs' Motion to Reset Trial Dates [D/E 26], filed 2/26/2008.

DATED:  March 17, 2008           **s/Anna Diggs Taylor**
                                            ANNA DIGGS TAYLOR
                                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Reference was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 17, 2008.

                                            s/Johnetta M. Curry-Williams
                                            Case Manager