# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

Herschel P. Fink

(313) 465-7400
Fax: (313) 465-7401
hfink@honigman.com

February 11, 2008

Howard E. King, Esq.
King, Holmes, Paterno & Berliner, LLP
1900 Avenue of the Stars
Twenty-Fifth Floor
Los Angeles, CA 90067-4506

Re:   8 Mile Style Lawsuit

Dear Howard:

Howard, I want to revisit with you the Eight Mile Style representation as a follow-up to our prior discussions. To make sure that we understood the applicable law, we asked our ethics committee to do some research. At this point, both from a legal standpoint and from a practical point of view, I am sure you will agree that we did nothing to create the potential conflict here, it truly was thrust upon us. We did not assert, and still have not asserted, any claims against Aftermath, and we still are not fully cognizant of the reasons Aftermath felt it even needed to intervene in the case. But we are where we are.

Based on our research, we believe that the thrust upon nature of the conflict means that we in fact could continue our representation of Eight Mile Style in the case, and be successful in opposing a motion to disqualify us. For us to do that, under the research as we understand it, we would have to eliminate the thrust-upon conflict by withdrawing from our representation of Aftermath in the appeal in the Michigan Court of Appeals. This does not strike us as a sensible solution. The right answer is for us to continue to represent Aftermath in the Court of Appeals. We would respectfully request the same courtesy in return, that being that we be allowed to continue our representation of Eight Mile Style in the pending lawsuit.

It seems incredibly unfair that Eight Mile Style should be forced to lose its counsel of choice, and that we be precluded from representing our client in the case, because of unforeseen actions by Aftermath, especially when our loyalty to Aftermath in the unrelated action would be continued and given priority by our continuing to represent it. So we again request that Aftermath consent to allowing us to represent Eight Mile Style in the lawsuit. I personally will not have any involvement in that case and we believe that our representation of Eight Mile Style clearly will not impact our relationship with Aftermath on other matters.

Please give it some thought and let me know how you come out on this.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Herschel P. Fink

DETROIT.2975470.1

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Lansing · Oakland County · Ann Arbor*