**Hurst, Theresa**

**From:** Howard King [king@khpblaw.com]
**Sent:** Tuesday, February 12, 2008 7:33 PM
**To:** Fink, Herschel P.
**Subject:** RE: king letter

Herschel:

No surprises. My client is unwilling to allow your firm to be in an adverse position, so please tell Norm that the withdrawl should occur immediately. Thank you for your professional approach to this matter.

Howard E. King, Esq.
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: 310-282-8999
Facsimile: 310-282-8903
Email: king@khpblaw.com


-----Original Message-----
From: Fink, Herschel P. [mailto:HFink@honigman.com]
Sent: Tuesday, February 12, 2008 3:49 PM
To: Howard King
Subject: FW: king letter


-----Original Message-----
From: Scan2PDF
Sent: Tuesday, February 12, 2008 6:56 PM
To: Fink, Herschel P.
Subject: king letter

Please open the attached document. It was scanned and sent to you using a Xerox WorkCentre Pro.

Sent by: Guest [Scan2PDF@honigman.com]
Number of Images: 1
Attachment File Type: PDF

1