UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, al.,

        Plaintiffs,                    CASE NUMBER: 07-13164
                                               DISTRICT JUDGE ANNA DIGGS TAYLOR
vs.                                                  MAGISTRATE JUDGE DONALD A. SCHEER

APPLE COMPUTER, INC., et al.,

        Defendants.
_____/

## NOTICE OF HEARING

The District Judge having entered an order pursuant to 28 U.S.C. 636(b)(1) referring to United States Magistrate Judge Donald A. Scheer for hearing and determination: **Plaintiffs' Motion to Reset Trial Dates filed 2/26/08.**

**TAKE NOTICE** that the Motion is set for hearing on **April 3, 2008 at 2:00 p.m.,** before the Magistrate Judge in Room 640, U.S. Courthouse, at Detroit, Michigan. Counsel may bring an appropriate order granting or denying the motion to the hearing.

The response to the motion shall be filed within 14 days after service of the motion.  See, Local Rule 7.1.  A separate copy of the response shall be **mailed or hand delivered** to the magistrate judge at 648 U.S. Courthouse, Detroit, MI 48226.

No motions or stipulations for **adjournment** of the hearing submitted after 12:00 Noon the day prior to the hearing shall be considered, except upon a showing of a bona fide and unforseen emergency.

### SPECIAL REQUIREMENTS FOR DISCOVERY MATTERS

If the motion addresses discovery issues, counsel shall comply with Paragraphs A through D.

    A.    Counsel shall meet and confer in accordance with Local Court Rule 37.1 on **all presently pending** discovery motions that have been referred to the magistrate judge.

    B.    If counsel are unable to resolve their differences, the movant shall prepare a **joint** list entitled "List of Unresolved Issues" as to those issues which remain in dispute.  **The List must be delivered to Magistrate Judge Donald A. Scheer's chambers on or before 12:00 NOON  April 1, 2008**.  (Mailed, hand-delivered, or faxed  to (313) 234-5498.  It is not necessary to file the List of Unresolved Issues with the Clerk's Office).  **Failure to submit the "List of Unresolved Issues" by the scheduled date may result in the court dismissing the above-referenced discovery motion(s).**

    C.       The List of Unresolved Issues shall be <u>one</u> document and include the following.

             1. Identification of each and every issue which remains in dispute, including any interrogatories, requests for production of documents and/or requests for admissions. The interrogatories, document requests, requests for admission and the corresponding answers/responses must be attached or copied into the list;

             2. The respective positions of each party on every issue which remains in dispute;

             3. Citations of authority that support the respective positions of each party on every issue which remains in dispute.

             4. The List of Unresolved Issues shall not incorporate by reference disputed interrogatories, requests for production, or requests to admit.

    D.       In the event that all issues are resolved, the movant shall prepare a proposed Stipulation and Order disposing of the motion(s). The proposed Stipulation and Order shall be delivered to Magistrate Judge Donald A. Scheer's chambers by the date specified in Paragraph B.

Dated: March 21, 2008                s/Michael E. Lang
                                          COURTROOM DEPUTY CLERK TO
                                          MAGISTRATE JUDGE DONALD A. SCHEER
                                          (313) 234-5217

**\*\*\* NOTICE \*\*\* The parties are directed to forward hard copies of all papers relevant to this motion to Magistrate Judge Scheer's chambers no later than the Unresolved Issues List due date.**

---

### CERTIFICATE OF SERVICE

I hereby certify on March 21, 2008, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this notice was mailed to the following non-registered ECF participants on March 21, 2008**: None.**

                                          s/Michael E. Lang
                                          Deputy Clerk