UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

        Plaintiffs,

                                   Case No. 2:07-cv-13164
vs.                                 Hon. Anna Diggs Taylor
                                 Magistrate Judge Donald A. Scheer

APPLE COMPUTER, INC. and
INTERVENORAFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

        Defendants.

| | |
|---|---|
| Howard Hertz (P26653) | Richard S. Busch  (TN BPR#14594) |
| Jay G. Yasso (P45484) | King & Ballow |
| Hertz Schram PC | 1100 Union Street Plaza |
| 1760 South Telegraph Road, #300 | 315 Union Street |
| Bloomfield Hills, MI  48302 | Nashville, TN 37201 |
| (248) 335-5000 | (615) 259-3456 |
| hhertz@hertzschram.com | rbusch@kingballow.com |
| jyasso@hertzschram.com | Attorneys for Plaintiffs |
| Attorneys for Plaintiffs | |

### LIST OF UNRESOLVED ISSUES

Plaintiffs Eight Mile Style, LLC ("Eight Mile") and Martin Affiliated, LLC ("Martin Affiliated") by and through their respective counsel, submit the list of following unresolved issues in this matter:

1.   Motion to Reset Trial Dates

      a.  Plaintiff: Respectfully requests that the Court reset the trial date in this matter from October 14, 2008 to any available on or after October 28, 2008 due to scheduling conflicts as referenced in Plaintiff's Motion previously filed on February 26, 2008.

      b.  Defendant: Opposes resetting of the trial date.

2.  Extension of Discovery Cutoff

      a.  Plaintiff: Should the Court grant Plaintiff's Motion to Reset Trial Dates, Plaintiff requests that all discovery deadlines be extended consistent with the rescheduling of the trial date.

      b.  Defendant: Defendant opposes extension of discovery.


s/Jay G. Yasso_____
Jay G. Yasso (P45484)
Hertz Schram PC
1760 South Telegraph Road, #300
Bloomfield Hills, MI 48302
(248) 335-5000
jyasso@hertzschram.com
Attorneys for Plaintiffs

Richard S. Busch
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 726-5422
rbusch@kingballow.com
Attorneys for Plaintiffs