UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

      Plaintiffs,

vs.

APPLE COMPUTER, INC. and INTERVENOR
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

      Defendants.

Case No. 2:07-cv-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer
Richard S. Busch  (TN BPR#14594)
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
(615) 259-3456
rbusch@kingballow.com
Attorneys for Plaintiffs

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA  90071-1560
(213) 683-9238
kelly.klaus@mto.com
Attorneys for Defendants

Howard Hertz (P26653)
Hertz Schram PC
1760 South Telegraph Road, #300
Bloomfield Hills, MI  48302
(248) 335-5000
hhertz@hertzschram.com
Attorneys for Plaintiffs

Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304
(248) 433-7200
dquick@dickinsonwright.com
Attorneys for Defendants

## ORDER RESCHEDULING
## FINAL PRETRIAL/SETTLEMENT CONFERENCE AND TRIAL DATES

Plaintiffs having filed a Motion to Reset Trial Dates [D/E 26], the parties having appeared before Magistrate Donald Scheer and the Court being fully advised in the circumstances:

IT IS HEREBY ORDERED that Plaintiffs' motion is granted. The final pretrial/settlement conference shall be conducted on **Thursday, October 16, 2008 at 9:30 a.m.** and the non-jury trial date shall be **Tuesday, November 10, 2008**.

IT IS SO ORDERED.


Dated: April 14, 2008                **S/ ANNA DIGGS TAYLOR**
                                     UNITED STATES DISTRICT JUDGE


| | |
|---|---|
| s/Howard Hertz | s/Daniel D. Quick |
| Howard Hertz (P26653) | Daniel D. Quick (P48109) |
| Hertz Schram PC | Dickinson Wright PLLC |
| 1760 South Telegraph Road, #300 | 38525 Woodward Avenue |
| Bloomfield Hills, MI  48302 | Suite 2000 |
| (248) 335-5000 | Bloomfield Hills, MI  48304 |
| hhertz@hertzschram.com | (248) 433-7200 |
| Attorneys for Plaintiffs | dquick@dickinsonwright.com |
| | Attorneys for Defendants |
| Richard S. Busch  (TN BPR#14594) | |
| King & Ballow | Kelly M. Klaus |
| 1100 Union Street Plaza | Munger, Tolles & Olson LLP |
| 315 Union Street | 355 South Grand Avenue |
| Nashville, TN 37201 | Suite 3500 |
| (615) 259-3456 | Los Angeles, CA  90071-1560 |
| rbusch@kingballow.com | (213) 683-9238 |
| Attorneys for Plaintiffs | kelly.klaus@mto.com |
| | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 14, 2008.

                                     s/Johnetta M. Curry-Williams
                                     Case Manager