**EXHIBITS TO MOTION TO COMPEL**

A. Apple Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories

B. Apple Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents

C. Aftermath Records' Responses and Objections to Plaintiffs' First Set of Interrogatories

D. Aftermath Records' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents