UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.
_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

### INDEX OF EXHIBITS TO DEFENDANTS AFTERMATH RECORDS' AND APPLE INC.'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEREOF

Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9238
kelly.klaus@mto.com

Attorneys for Defendants

# INDEX OF EXHIBITS

Exhibit 1:	Plaintiff Eight Mile Style, LLC's Responses to Defendants' First Set of Interrogatories and Schedule 1 dated March 21, 2008

Exhibit 2:	Plaintiff Martin Affiliated, LLC's Responses to Defendants' First Set of Interrogatories and Schedule 1 dated March 21, 2008

Exhibit 3:	Plaintiffs' Opposition to Motion to Transfer Venue filed on October 9, 2007

Exhibit 4:	Excerpts from Sidney Shemel & M. William Krasilovksy, *This Business of Music* (5th ed. 1985)

Exhibit 5:	Excerpts from Donald S. Passman, *All You Need to Know About the Music Business* (6th ed. 2006)

Exhibit 6:	*Reinhardt v. Wal-Mart Stores, Inc.*, No. 07 Civ. 8233 (SAS), 2008 WL 1781232 (S.D.N.Y. Apr. 18, 2008)

Exhibit 7:	First Amended Complaint filed in *F.B.T. Productions, LLC and Em2M, LLC v. Aftermath Records et al.*, Case No. CV-07-03314 PSG (C.D. Cal.)

| | |
|---|---|
| Exhibit 8: | In the Matter of Mechanical and Digital Phonorecord Delivery Rate Adjustment Proceeding, Docket No. RF 2006-1 (Oct. 16, 2006) ("Copyright Office Decision") |
| Exhibit 9: | Declaration of Rand Hoffman in Support of Defendants' Motion for Summary Judgment |
| Exhibit A: | Recording Agreement dated March 9, 1998 (Filed Under Seal) |
| Exhibit B: | Inducement Agreement dated March 9, 1998 (Filed Under Seal) |
| Exhibit C: | Novation Agreement dated September 27, 2000 (Filed Under Seal) |
| Exhibit D: | Recording Agreement dated July 2, 2003 (Filed Under Seal) |
| Exhibit 10: | Declaration of Wenchan Wang in Support of Defendants' Motion for Summary Judgment |
| Exhibit E: | April 2007 to June 2007 Royalty Statements (Filed Under Seal) |
| Exhibit F: | October 2007 to December 2007 Royalty Statements (Filed Under Seal) |
| Exhibit G: | February 25, 2008 cancelled checks to Eight Mile Style and Martin Affiliated (Filed Under Seal) |