**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC
    Plaintiffs,

vs

APPLE COMPUTER, INC. and
INTERVENOR AFTERMATH RECORDS
d/b/a AFTERMATH ENTERTAINMENT,
    Defendants.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor

---

Richard S. Busch (TN BRP#14594)
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
(615) 259-3456
rbusch@kingballow.com
Attorneys for Plaintiffs

Kelly M. Klaus
Munger, Tolles & Olson, LLP
355 South Grand Avenue, #3500
Los Angeles, CA 90071-1560
(213) 683-9238
kelly.klaus@mto.com
Attorneys for Defendants

Howard Hertz (P26653)
Jay G. Yasso (P45484)
Hertz Schram PC
1760 South Telegraph Road, #300
Bloomfield Hills, MI 48302
(248) 335-5000
hhertz@hertzschram.com
Attorneys for Plaintiffs

Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue, #2000
Bloomfield Hills, MI 48304
(248) 433-7242
dquick@dickinsonwright.com
Attorneys for Defendants

---

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT AND DENYING OTHER PENDING MOTIONS**

WHEREAS, counsel for Plaintiffs and Defendants appeared before the Court on December 4, 2008 for oral arguments on the following motions:

    1.    Defendants' Revised Motion for Summary Judgment;

    2.    Defendants' Motion to Strike the Declaration of Patrick Sullivan;

3.      Plaintiffs' Motion to Exclude Late-Produced Documents; and

4.      Defendants' Motion to Bifurcate.

The Court having heard oral arguments and being fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1.      Defendants' Revised Motion for Summary Judgment [D/E-66] is hereby **DENIED**;

2.      Defendants' Motion to Strike the Declaration of Patrick Sullivan [D/E-108] is hereby **DENIED**;

3.      Plaintiffs' Motion to Exclude Late-Produced Documents [D/E-80] is hereby **DENIED**;

4.      Defendants' Motion to Bifurcate [D/E-38] is hereby **DENIED**; and

5.      Both parties are granted additional time for discovery regarding follow-up as to documents produced by both parties after the close of discovery and as to damages (for the avoidance of doubt, documents submitted with Court filings after the close of discovery were produced within the meaning of this Paragraph 5 if the same documents were not previously produced in discovery in this action). The final date for such discovery shall be **April 1, 2009**.

IT IS SO ORDERED.


Dated: February 24, 2009            **S/ ANNA DIGGS TAYLOR**
                                    U.S. DISTRICT COURT JUDGE

                                    Approved as to form and notice of entry waived.

                                         /s/ Howard Hertz
                                    Howard Hertz (P26653)
                                    Jay G. Yasso (P45484)
                                    Hertz Schram PC
                                    1760 South Telegraph Road, #300
                                    Bloomfield Hills, MI 48302
                                    (248) 335-5000
                                    hhertz@hertzschram.com
                                    Attorneys for Plaintiffs

        Richard S. Busch (TN BRP#14594)
        King & Ballow
        1100 Union Street Plaza
        315 Union Street
        Nashville, TN 37201
        (615) 259-3456
        rbusch@kingballow.com
        Attorneys for Plaintiffs

        _____/s/ Daniel D. Quick_____
        Daniel D. Quick (P48109)
        Dickinson Wright PLLC
        38525 Woodward Avenue, #2000
        Bloomfield Hills, MI 48304
        dquick@dickinsonwright.com
        Attorneys for Defendants

        Kelly M. Klaus
        Munger, Tolles & Olson, LLP
        355 South Grand Avenue, #3500
        Los Angeles, CA 90071-1560
        (213) 683-9238
        kelly.klaus@mto.com
        Attorneys for Defendants

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 24, 2009.

        s/Johnetta M. Curry-Williams
        Case Manager