UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eight Mile Style, LLC, et al.,

                  Plaintiff(s),

v.                                        Case No. 2:07−cv−13164−ADT−DAS
                                           Hon. Anna Diggs Taylor

Apple Computer, Incorporated,
et al.,

                  Defendant(s).

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Magistrate Judge Virginia M Morgan for the following purpose(s):

- **Conduct settlement conference**

                                           s/ Anna Diggs Taylor
                                           Anna Diggs Taylor
                                           United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                           s/ J. Curry−Williams
                                           Deputy Clerk

Dated:   September 15, 2009