# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, L.L.C.and MARTIN AFFILIATED, L.L.C., | Civil Action No. 07-13164 |
| Plaintiff(s), | District Judge Anna Diggs Taylor |
| vs. | Magistrate Judge Virginia M. Morgan |
| APPLE COMPUTER, INC. And AFTERMATH RECORDS, | |
| Defendant(s). _____/ | |

## NOTICE OF SETTLEMENT CONFERENCE

**Take notice** that a **Settlement Conference with Client(s)/Client Representative(s), Including Those with Full Settlement Authority** in the above-entitled case has been set for **Wednesday, September 23, 2009, at 9:00 a.m.,** before Magistrate Judge Virginia M. Morgan, 200 East Liberty Street, Ann Arbor, MI 48104.  Please check in at Clerk's Office.

Please note the following:

1.  One week prior to the conference, it is recommended that parties submit a concise statement summarizing their position(s), **not to exceed two pages**.  The statement should be delivered or faxed (734-741-2483) directly to chambers and **is not to be filed with the Court**.

2.  Parties must give the names of the persons attending the conference, including the names of those with full settlement authority, to the Case Manager no later than noon the day before the scheduled conference.

3.  If the parties with full settlement authority are not present on the date of the conference, the conference will be cancelled and sanctions will be imposed.

Dated: September 16, 2009            Virginia M. Morgan
                                     United States Magistrate Judge

                                     s/Jane Johnson
                                     Jane Johnson, Case Manager

Proof of Service

I certify that this document was served upon counsel of record via the Court's ECF system and/or U. S. Mail on September 16, 2009.

                                     s/Jane Johnson
                                     Case Manager