MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eight Mile Style, L.L.C., et al.

                    Plaintiff,

                                        Case No. 07-13164

v.

                                        Judge: Anna Diggs Taylor
                                        Magistrate Judge Virginia M. Morgan

Apple Computer, Inc., et al.
                    Defendant.
_____/

## NOTICE OF CORRECTION

        Docket entry number 156 , filed September 16, 2009, has been modified.  The

explanation for the correction is stated below.

| | |
|---|---|
| | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed. |
| X | Other: The wrong date for the settlement conference was noted on the docket entry.  It should have been 9/23/2009.  (The actual notice is correct.)  The entry has been corrected. |

                                DAVID J. WEAVER, CLERK OF COURT


                                S/J. Johnson
                                Deputy Clerk

Date: September 16, 2009

Dockets.Justia.com