UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

## INDEX OF EXHIBITS TO
## DEFENDANTS' OPPOSITION TO MOTION *IN LIMINE* NO. 1

Daniel D. Quick
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com
P48109

Melinda Eades LeMoine
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9171
melinda.lemoine@mto.com

Attorneys for Defendants

8845550.1

# INDEX OF EXHIBITS

Exhibit 1: Senate Report No. 104-128, dated August 4, 1995

Exhibit 2: Statement of Marybeth Peters before the Subcomittee on Courts, the Internet and Intellectual Property of the House Committee on the Judiciary, dated March 11, 2004