UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

### INDEX OF EXHIBITS TO
### DEFENDANTS' OPPOSITION TO MOTION *IN LIMINE* NO. 2

Daniel D. Quick
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com
P48109

Melinda Eades LeMoine
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9171
melinda.lemoine@mto.com

Attorneys for Defendants

8845579.1

# INDEX OF EXHIBITS

Exhibit 1: Excerpt of transcript pages from the Deposition of Peter Paterno taken on April 30, 2008

Exhibit 2: Excerpt of transcript pages from the Deposition of Peter Paterno taken on November 20, 2008

Exhibit 3: Plaintiffs' Initial Designations of the Deposition of Peter Paterno taken on April 30, 2008

Exhibit 4: Defendants' Expert Disclosure, dated August 12, 2008