*Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*
## Case No. 2:07-CV-13164

## EXHIBIT 2

## Excerpt of transcript pages from the
## Deposition of Peter Paterno taken on November 20, 2008

Dockets.Justia.com

UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


EIGHT MILE STYLE, LLC,           )
ET AL.,                          )
                                 )
            PLAINTIFFS,          )
                                 )
   VS.                           ) CASE NO. 2:07-CV-13164
                                 )
APPLE COMPUTER, INC.,            )
                                 )
            DEFENDANT.           )
_____  )




            DEPOSITION OF PETER PATERNO, TAKEN

        ON BEHALF OF THE PLAINTIFFS, AT

        10250 CONSTELLATION BOULEVARD, 19TH

        FLOOR, LOS ANGELES, CALIFORNIA,

        COMMENCING AT 2:16 P.M., THURSDAY,

        NOVEMBER 20, 2008, BEFORE SAMANTHA

        AVENAIM, CSR NUMBER 10627.

| | | |
|---|---|---|
| 14:18:56 | 1 | MR. BUSCH:  YOU'RE NOT SUGGESTING |
| 14:18:57 | 2 | THAT MY EXAMINATION, HOWEVER, IS LIMITED TO WHAT |
| 14:18:59 | 3 | YOU ARE GOING TO IDENTIFY. |
| 14:19:01 | 4 | MR. POMERANTZ:  IT IS ENTIRELY |
| 14:19:03 | 5 | LIMITED TO THAT, BECAUSE YOU'RE ONLY ENTITLED TO |
| 14:19:05 | 6 | QUESTION HIM ON THINGS IN WHICH HE IS GOING TO |
| 14:19:07 | 7 | OFFER TESTIMONY AS AN EXPERT. |
| 14:19:10 | 8 | MR. BUSCH:  I CAN QUESTION HIM ON |
| 14:19:12 | 9 | THINGS RELATED TO BIAS AND DIFFERENT THINGS THAT |
| 14:19:13 | 10 | WOULD COLOR HIS TESTIMONY.  SO I DON'T NECESSARILY |
| 14:19:13 | 11 | AGREE WITH THAT. |
| 14:19:15 | 12 | MR. POMERANTZ:  WE WILL DO IT ON A |
| 14:19:18 | 13 | QUESTION-BY-QUESTION BASIS.  BUT LET ME PUT ON THE |
| 14:19:20 | 14 | RECORD WHAT HE IS GOING TO BE REBUTTING.  AND |
| 14:19:20 | 15 | AGAIN, THIS WOULD SUBSUME ALSO THE TESTIMONY WE |
| 14:19:23 | 16 | ARE CURRENTLY OFFERING AS WELL. |
| 14:19:25 | 17 | WITH RESPECT TO THE EXPERT REPORT |
| 14:19:28 | 18 | OF MR. ABRAMS, HOWARD ABRAMS. |
| 14:19:30 | 19 | MR. BUSCH:  LET ME GET IT IN FRONT |
| 14:19:48 | 20 | OF ME, PLEASE.  OKAY.  HOWARD ABRAMS. |
| 14:19:49 | 21 | MR. POMERANTZ:  ON PAGE 3 OF THE |
| 14:19:49 | 22 | REPORT -- |
| 14:19:50 | 23 | MR. BUSCH:  YES. |
| 14:19:52 | 24 | MR. POMERANTZ:  -- AT THE TOP OF |
| | 25 | THE PAGE THERE IS A SENTENCE THAT BEGINS |

| | | |
|---|---|---|
| 14:19:54 | 1 | "INITIALLY." |
| 14:19:55 | 2 | MR. BUSCH:  YES. |
| 14:19:57 | 3 | MR. POMERANTZ:  AND THEN IT'S |
| 14:19:59 | 4 | FOLLOWED BY A CLAUSE A AND A CLAUSE B. |
| 14:19:59 | 5 | MR. BUSCH:  YES. |
| 14:20:01 | 6 | MR. POMERANTZ:  HE IS BEING |
| 14:20:06 | 7 | DESIGNATED TO OFFER TESTIMONY TO REBUT THAT |
| 14:20:07 | 8 | PARTICULAR OPINION BY MR. ABRAMS. |
| 14:20:08 | 9 | MR. BUSCH:  YES. |
| 14:20:14 | 10 | MR. POMERANTZ:  THAT'S IT IN THE |
| 14:20:15 | 11 | ABRAMS REPORT. |
| 14:20:16 | 12 | MR. BUSCH:  THAT IS IT IN THE |
| 14:20:17 | 13 | ABRAMS REPORT? |
| 14:20:19 | 14 | MR. POMERANTZ:  THAT IS IT. |
| 14:20:19 | 15 | MR. BUSCH:  OKAY. |
| 14:20:21 | 16 | MR. POMERANTZ:  AND THEN WITH |
| 14:20:22 | 17 | RESPECT TO -- |
| 14:20:23 | 18 | MR. BUSCH:  SULLIVAN? |
| 14:20:27 | 19 | MR. POMERANTZ:  -- MR. SULLIVAN, |
| 14:20:42 | 20 | PAGE 12. |
| 14:20:43 | 21 | MR. BUSCH:  OKAY. |
| 14:20:45 | 22 | MR. POMERANTZ:  AT THE END OF THE |
| 14:20:47 | 23 | FIRST PARAGRAPH UNDER THE HEADING "CONTROL |
| 14:20:47 | 24 | COMPOSITION CLAUSES" -- |
| | 25 | MR. BUSCH:  YES. |

| 14:20:50 | 1 | MR. POMERANTZ: -- THERE IS A |
| 14:20:51 | 2 | SENTENCE THAT BEGINS WITH "MOREOVER." |
| 14:20:51 | 3 | MR. BUSCH: YES. |
| 14:20:52 | 4 | MR. POMERANTZ: HE WILL BE |
| 14:20:54 | 5 | REBUTTING THE OPINION IN THAT SENTENCE. |
| 14:21:02 | 6 | MR. BUSCH: OKAY. YES. |
| 14:21:03 | 7 | MR. POMERANTZ: AND THEN ON THE |
| 14:21:07 | 8 | NEXT PAGE, PAGE 13, UNDER THE HEADING, "THIRD |
| 14:21:09 | 9 | PARTY LICENSES AND THE CONTROLLED COMPOSITION |
| 14:21:09 | 10 | CLAUSE" -- |
| 14:21:10 | 11 | MR. BUSCH: RIGHT. |
| 14:21:12 | 12 | MR. POMERANTZ: -- HE IS GOING TO |
| 14:21:16 | 13 | BE REBUTTING THE SECOND -- THE OPINION IN THE |
| 14:21:17 | 14 | SECOND SENTENCE. |
| 14:21:17 | 15 | MR. BUSCH: "HOWEVER"? |
| 14:21:18 | 16 | MR. POMERANTZ: BEGINNING WITH THE |
| 14:21:21 | 17 | WORD "HOWEVER." |
| 14:21:25 | 18 | AND THAT IS THE EXTENT OF HIS -- OF |
| 14:21:27 | 19 | THE OPINIONS HE'LL BE OFFERING AND REBUTTING OR |
| 14:21:29 | 20 | CAPTURED BY THOSE THREE SENTENCES. |
| 14:21:31 | 21 | WE DO NOT INTEND TO OFFER HIM AS AN |
| 14:21:35 | 22 | EXPERT ON COPYRIGHT LAW OR ANY OF THE OTHER |
| 14:21:41 | 23 | MATTERS THAT ARE SET FORTH IN THESE EXPERT |
| 14:21:42 | 24 | REPORTS. |
| | 25 | HIS EXPERT TESTIMONY, TO THE EXTENT |

| | | |
|---|---|---|
| 14:28:22 | 1 | Q.  WAS THAT THE FIRST TIME YOU LOOKED |
| 14:28:23 | 2 | AT THEM? |
| 14:28:24 | 3 | A.  YES. |
| 14:28:27 | 4 | Q.  OKAY.  SO TODAY IS NOVEMBER 20TH, |
| 14:28:30 | 5 | SO IT WOULD BE FAIR TO SAY THAT THE FIRST TIME YOU |
| 14:28:34 | 6 | LOOKED AT THE EXPERT REPORTS OR ANY MATERIAL |
| 14:28:37 | 7 | REGARDING THIS CASE, THIS TIME OF YOUR DEPOSITION, |
| 14:28:39 | 8 | WOULD HAVE BEEN IN THE LAST WEEK? |
| 14:28:40 | 9 | A.  YES.  I THINK THAT'S RIGHT. |
| 14:28:45 | 10 | Q.  OKAY.  AND WHILE YOU HAD A SHORT |
| 14:28:48 | 11 | CONVERSATION WITH MR. POMERANTZ WHEN HE ASKED YOU |
| 14:28:53 | 12 | TO BE AN EXPERT, BETWEEN THAT TIME AND TODAY, THE |
| 14:28:56 | 13 | FIRST CONVERSATION THAT YOU CAN RECALL WHERE YOU |
| 14:28:58 | 14 | AND SOMEONE FROM HIS FIRM OR MR. POMERANTZ |
| 14:29:01 | 15 | DISCUSSED WHAT THEY WANTED YOU TO TESTIFY ABOUT |
| 14:29:02 | 16 | WAS THIS MORNING? |
| 14:29:04 | 17 | A.  YES.  I MEAN, YES.  THAT'S RIGHT. |
| 14:29:10 | 18 | Q.  AND TODAY IS NOVEMBER 20TH. |
| 14:29:11 | 19 | A.  OKAY. |
| 14:29:15 | 20 | Q.  OKAY.  NOW, TELL ME ABOUT THE |
| 14:29:20 | 21 | CONVERSATION TODAY ON NOVEMBER 20TH WHERE |
| 14:29:22 | 22 | MR. POMERANTZ TOLD YOU WHAT THEY WANTED YOU TO |
| 14:29:22 | 23 | TESTIFY ABOUT. |
| 14:29:23 | 24 | MR. POMERANTZ:  I WOULD ASK YOU TO |
| | 25 | LIMIT IT ONLY TO THE THREE SUBJECT MATTERS THAT I |

| 14:29:28 | 1 | IDENTIFIED EARLIER SINCE THAT'S WHAT WE'RE |
| 14:29:29 | 2 | DESIGNATING YOU ON. |
| 14:29:31 | 3 | TO THE EXTENT WE HAD CONVERSATIONS |
| 14:29:33 | 4 | ABOUT ANYTHING OTHER THAN THOSE THREE SUBJECT |
| 14:29:34 | 5 | MATTERS, I WOULD INSTRUCT YOU NOT TO ANSWER. |
| 14:29:36 | 6 | MR. BUSCH:  ON WHAT GROUNDS? |
| 14:29:36 | 7 | MR. POMERANTZ:  IT'S PRIVILEGED. |
| 14:29:37 | 8 | MR. BUSCH:  IN WHAT WAY? |
| 14:29:38 | 9 | MR. POMERANTZ:  BECAUSE WE |
| 14:29:41 | 10 | REPRESENT HIM AS A WITNESS IN THIS CASE, AND WE'RE |
| 14:29:44 | 11 | ONLY DESIGNATING HIM AS AN EXPERT ON THOSE THREE |
| 14:29:44 | 12 | SUBJECT MATTERS. |
| 14:29:45 | 13 | MR. BUSCH:  I DISAGREE.  I THINK |
| 14:29:45 | 14 | THAT AS AN EXPERT I'M ENTITLED TO KNOW -- |
| 14:29:47 | 15 | REGARDLESS OF WHAT YOUR DESIGNATION WAS, I'M |
| 14:29:49 | 16 | ENTITLED TO KNOW EVERYTHING THAT WAS DISCUSSED. |
| 14:29:51 | 17 | SO I'D ASK YOU TO WITHDRAW THAT |
| 14:29:54 | 18 | OBJECTION AND ALLOW ME TO QUESTION HIM ABOUT |
| 14:29:55 | 19 | ANYTHING THAT YOU AND HE DISCUSSED TODAY. |
| 14:29:56 | 20 | MR. POMERANTZ:  NO, I'M NOT GOING |
| 14:29:58 | 21 | TO DO SO.  I THINK MY INSTRUCTION IS PROPER UNDER |
| 14:29:59 | 22 | THE RULES. |
| 14:30:02 | 23 | AND I WOULD AGAIN INSTRUCT YOU TO |
| 14:30:05 | 24 | LIMIT YOUR ANSWER TO THE DISCUSSIONS YOU RECALL |
| | 25 | RELATING TO THE THREE SUBJECT MATTERS I |

| | | |
|---|---|---|
| 14:30:07 | 1 | IDENTIFIED. |
| 14:30:09 | 2 | MR. BUSCH:  I OBJECT, AND I'LL MOVE |
| 14:30:13 | 3 | TO STRIKE MR. PATERNO'S EXPERT TESTIMONY AS A |
| 14:30:13 | 4 | RESULT. |
| 14:30:14 | 5 | BY MR. BUSCH: |
| 14:30:14 | 6 | Q.   GO AHEAD. |
| 14:30:15 | 7 | A.   CAN I LEAVE? |
| 14:30:18 | 8 | Q.   IF YOU DON'T WANT TO BE AN EXPERT, |
| 14:30:18 | 9 | YOU CAN. |
| 14:30:23 | 10 | A.   WE GENERALLY TALKED ABOUT MY |
| 14:30:27 | 11 | OPINING ON THINGS THAT I KNOW ABOUT, WHICH IS |
| 14:30:30 | 12 | CUSTOM AND PRACTICE IN THE MUSIC INDUSTRY AS IT |
| 14:30:42 | 13 | RELATES TO CONTROLLED COMPOSITION CLAUSES AND |
| 14:30:45 | 14 | WHATEVER THOSE OTHER TWO THINGS THAT HE SAID THAT |
| 14:30:47 | 15 | I'M GOING TO TALK ABOUT ARE. |
| 14:30:49 | 16 | Q.   OKAY.  WHAT ARE THOSE OTHER TWO -- |
| 14:30:50 | 17 | OH, WHAT ARE THOSE OTHER TWO THINGS? |
| 14:30:53 | 18 | A.   I COULD LOOK AND I COULD REMEMBER. |
| 14:30:54 | 19 | I DON'T REALLY REMEMBER. |
| 14:30:57 | 20 | Q.   CAN YOU TELL ME WHAT YOUR -- OTHER |
| 14:31:00 | 21 | THAN YOUR KNOWLEDGE AS AN ATTORNEY ABOUT CUSTOM |
| 14:31:03 | 22 | AND PRACTICE IN THE INDUSTRY AS IT RELATES TO |
| 14:31:05 | 23 | CONTROLLED COMPOSITION CLAUSES, IS THERE ANYTHING |
| 14:31:07 | 24 | THAT YOU CAN RECALL RIGHT NOW THAT YOU'RE AN |
| | 25 | EXPERT ON THAT WAS COVERED IN MR. ABRAMS' OR |

14:31:13  1    MR. SULLIVAN'S EXPERT REPORTS?

14:31:16  2         A.   ARE THERE OTHER THINGS IN THOSE

14:31:17  3    REPORTS THAT I KNOW ABOUT?

14:31:19  4         Q.   THAT YOU ARE AN EXPERT ON, THAT YOU

14:31:20  5    CONSIDER YOURSELF AN EXPERT.

14:31:23  6         A.   I'M REALLY NOT FAMILIAR WITH WHAT

14:31:26  7    IT TAKES TO BE AN EXPERT.  I'VE PRACTICED MUSIC

14:31:29  8    AND COPYRIGHT LAW FOR A LONG TIME, AND I KNOW A

14:31:30  9    LOT ABOUT THOSE SUBJECTS.

14:31:32  10        SO I CONSIDER MYSELF TO BE AN

14:31:35  11   EXPERT IN THOSE AREAS, AND A LOT OF THAT IS

14:31:36  12   COVERED IN THOSE TWO REPORTS.

14:31:37  13        Q.   DO YOU KNOW WHY YOU'RE ONLY BEING

14:31:40  14   DESIGNATED ON THREE SENTENCES IN THE TWO REPORTS

14:31:43  15   RATHER THAN THE REMAINDER OF THE REPORTS?

14:31:44  16        A.   WELL, I DON'T REALLY KNOW.  BUT,

14:31:48  17   YOU KNOW, I DON'T PRETEND TO BE AN EXPERT -- I

14:31:51  18   DON'T PRETEND TO BE A LEGAL SCHOLAR IN THE

14:31:51  19   COPYRIGHT ACT.

14:31:54  20        I CERTAINLY KNOW A LOT ABOUT IT,

14:31:56  21   BUT I WOULDN'T -- YOU KNOW, I WOULDN'T PUT MYSELF

14:32:00  22   UP WITH PROFESSOR NIMMER AS AN EXPERT IN THE

14:32:03  23   COPYRIGHT ACT.  SO PROBABLY IF I WERE DESIGNATING

14:32:04  24   AN EXPERT IN THE COPYRIGHT ACT, I WOULD DESIGNATE

          25   PROFESSOR NIMMER AND NOT ME.

| | | |
|---|---|---|
| 14:32:09 | 1 | Q. WHAT ABOUT IN LICENSING FOR |
| 14:32:14 | 2 | PERMANENT DOWNLOADS, ARE YOU AN EXPERT IN |
| 14:32:15 | 3 | LICENSING, CUSTOM AND PRACTICE IN THE INDUSTRY AS |
| 14:32:15 | 4 | IT RELATES TO LICENSING FOR PERMANENT DOWNLOADS? |
| 14:32:16 | 5 | MR. POMERANTZ: WHAT DO YOU MEAN BY |
| 14:32:17 | 6 | LICENSING? LICENSING BETWEEN A RECORD COMPANY AND |
| 14:32:20 | 7 | A THIRD PARTY DIGITAL DISTRIBUTOR? |
| 14:32:21 | 8 | MR. BUSCH: NO. WELL, THAT'S ONE |
| 14:32:24 | 9 | AREA OF LICENSING. WHAT I'M TALKING ABOUT IS -- |
| 14:32:24 | 10 | FOR EXAMPLE -- |
| 14:32:24 | 11 | BY MR. BUSCH: |
| 14:32:25 | 12 | Q. LET ME BACK UP FOR ONE SECOND. |
| 14:32:29 | 13 | EVEN THOUGH I WENT OVER THIS IN YOUR FACT |
| 14:32:33 | 14 | DEPOSITION, I JUST WANT TO GET FOR THE RECORD SOME |
| 14:32:34 | 15 | BACKGROUND ON YOU. |
| 14:32:36 | 16 | I KNOW YOU'RE AN ATTORNEY AND |
| 14:32:38 | 17 | YOU'RE A PARTNER IN A LAW FIRM. HOW LONG HAVE YOU |
| 14:32:41 | 18 | BEEN A PARTNER IN YOUR LAW FIRM? |
| 14:32:43 | 19 | A. IN MY CURRENT LAW FIRM? |
| 14:32:43 | 20 | Q. YES. |
| 14:32:46 | 21 | A. 12 OR 13 YEARS. |
| 14:32:48 | 22 | Q. OKAY. AND WHAT YEAR DID YOU |
| 14:32:49 | 23 | GRADUATE LAW SCHOOL? |
| 14:32:50 | 24 | A. 1976. |
| | 25 | Q. OKAY. AND JUST TAKE ME THROUGH, |

| | | |
|---|---|---|
| 14:32:57 | 1 | JUST GENERALLY SPEAKING, YOU KNOW, NOT IN ANY |
| 14:32:59 | 2 | GREAT DEPTH, BUT JUST THE JOBS THAT YOU'VE HELD IN |
| 14:33:02 | 3 | THE MUSIC INDUSTRY OR PRACTICING ENTERTAINMENT LAW |
| 14:33:04 | 4 | FROM '76 TO THE PRESENT. |
| 14:33:07 | 5 | A.   I GRADUATED FROM LAW SCHOOL IN '76. |
| 14:33:10 | 6 | I TOOK THE BAR.  I OPENED MY OWN LAW FIRM.  I DID |
| 14:33:15 | 7 | THAT FOR A YEAR AND A HALF.  I THEN WENT TO WORK |
| 14:33:19 | 8 | WITH MANATT, PHELPS AT THE TIME OF MANATT, PHELPS, |
| 14:33:20 | 9 | ROTHENBERG & TUNNEY WHERE I STARTED CONCENTRATING |
| 14:33:22 | 10 | IN MUSIC LAW. |
| 14:33:25 | 11 | I WAS THERE FOR 12 YEARS.  I LEFT |
| 14:33:30 | 12 | TO GO START HOLLYWOOD RECORDS FOR THE WALT DISNEY |
| 14:33:35 | 13 | COMPANY.  I DID THAT FOR FOUR YEARS.  I LEFT |
| 14:33:38 | 14 | BECAUSE THEY DIDN'T WANT ME THERE ANYMORE, AND I |
| 14:33:40 | 15 | SPENT THE YEAR TRYING TO GET A REAL JOB.  IT |
| 14:33:43 | 16 | DIDN'T WORK.  SO I WENT BACK TO BEING A LAWYER |
| 14:33:43 | 17 | AGAIN. |
| 14:33:44 | 18 | Q.   AND WHAT YEAR WAS THAT? |
| 14:33:47 | 19 | A.   '95, '96.  SOMETHING LIKE THAT. |
| 14:33:49 | 20 | Q.   AND YOU'VE BEEN IN THE PRIVATE |
| 14:33:51 | 21 | PRACTICE OF LAW FROM 1995 ONWARD? |
| 14:33:51 | 22 | A.   YES. |
| 14:33:56 | 23 | Q.   OKAY.  SO IN YOUR CAPACITY AS A |
| 14:33:59 | 24 | PARTNER IN A LAW FIRM IN THE PRIVATE -- REPHRASE |
| | 25 | THAT. |

| | | |
|---|---|---|
| 14:46:05 | 1 | TWO SENTENCES IDENTIFIED FOR YOU, THAT MAY BE FAIR |
| 14:46:06 | 2 | GAME.  I'M NOT AWARE OF SUCH SENTENCES. |
| 14:46:08 | 3 | MR. BUSCH:  IT'S EITHER "YES" OR |
| 14:46:08 | 4 | "NO." |
| 14:46:09 | 5 | MR. POMERANTZ:  I GUESS THAT'S WHY |
| 14:46:11 | 6 | I'M CLARIFYING IT.  I DON'T THINK THERE IS ANY IN |
| 14:46:13 | 7 | HERE THAT WOULD RELATE.  BUT IF YOU HAVE |
| 14:46:16 | 8 | PARTICULAR ONES, I WOULD TAKE IT AT A LINE BY |
| 14:46:16 | 9 | LINE. |
| 14:46:17 | 10 | MR. BUSCH:  I MEAN, I COULD GO |
| 14:46:21 | 11 | THROUGH EACH AND EVERY SENTENCE. |
| 14:46:23 | 12 | YOU'VE READ THIS REPORT, HAVEN'T |
| 14:46:23 | 13 | YOU, MR. POMERANTZ? |
| 14:46:24 | 14 | MR. POMERANTZ:  I'M NOT HERE TO |
| 14:46:26 | 15 | ANSWER QUESTIONS.  BUT YES, I'VE READ THIS REPORT. |
| 14:46:26 | 16 | MR. BUSCH:  OKAY.  AND SO HAVING |
| 14:46:27 | 17 | READ THE REPORT, ARE THERE ANY SENTENCES IN HERE |
| 14:46:30 | 18 | THAT YOU WOULD NOT INSTRUCT HIM NOT TO ANSWER? |
| 14:46:31 | 19 | MR. POMERANTZ:  I'M NOT SURE. |
| 14:46:32 | 20 | BY MR. BUSCH: |
| 14:46:35 | 21 | Q.  MR. PATERNO, TURN YOUR ATTENTION TO |
| 14:46:37 | 22 | THE SENTENCE THAT SAYS: |
| 14:46:39 | 23 | "MOREOVER, EVEN IF THE |
| 14:46:41 | 24 | MECHANICAL ROYALTIES PARAGRAPH |
| | 25 | CONTAIN A DIRECT MECHANICAL |

```
             1            LICENSE FOR PHYSICAL PRODUCTS,

             2            WHICH IT DOES NOT, IT IN NO WAY --

             3            IT IN NO WAY CAN IT BE INTERPRETED

             4            TO APPLY TO D.P.D.'S."

             5            DO YOU SEE THAT?

14:47:02     6        A.   YES.

14:47:02     7        Q.   WHAT IS YOUR EXPERT OPINION WITH

14:47:03     8    RESPECT TO THAT SENTENCE?

14:47:04     9            MR. POMERANTZ:  COULD I ASK A

14:47:05    10    FAVOR?  BECAUSE THAT IS SPECIFICALLY REFERRING TO

14:47:08    11    A PARAGRAPH, WHICH I THINK WE ALL KNOW TO BE A

14:47:10    12    PARAGRAPH FROM THE AGREEMENTS AT ISSUE IN THIS

14:47:12    13    CASE, WOULD YOU MIND PUTTING THE PARAGRAPH IN

14:47:13    14    FRONT OF HIM?

14:47:27    15            MR. BUSCH:  NO PROBLEM.

14:47:27    16            MR. POMERANTZ:  THANK YOU.

14:47:27    17    BY MR. BUSCH:

14:47:28    18        Q.   LET ME SHOW YOU WHAT HAS BEEN

14:47:32    19    PREVIOUSLY MARKED AS EXHIBIT 5, AND WE MIGHT AS

14:47:32    20    WELL SHOW YOU THIS AGREEMENT AS WELL.

14:47:41    21        (DOCUMENT REVIEWED BY DEPONENT.)

14:47:41    22    BY MR. BUSCH:

14:47:44    23        Q.   DO YOU RECOGNIZE EXHIBIT 5 AND

14:47:44    24    NUMBER 10?

            25        A.   YES.
```

| 14:47:46 | 1 | Q. WHAT ARE EXHIBITS 5 AND 10? |
| 14:47:51 | 2 | A. I THINK FIVE IS THE ORIGINAL DEAL |
| 14:47:58 | 3 | MEMO UNDER WHICH EMINEM SERVICES WERE PROVIDED BY |
| 14:48:04 | 4 | F.B.T. TO AFTERMATH ENTERTAINMENT AS A RECORDING |
| 14:48:04 | 5 | ARTIST. |
| 14:48:10 | 6 | AND EXHIBIT 10 IS -- YEAH, IT'S |
| 14:48:13 | 7 | SOME KIND OF MODIFICATION OF THAT. I CAN'T |
| 14:48:13 | 8 | REMEMBER EXACTLY. |
| 14:48:15 | 9 | Q. OKAY. LET'S LOOK -- LET'S PAY |
| 14:48:17 | 10 | ATTENTION TO EXHIBIT 5, IF WE COULD, PLEASE. |
| 14:48:18 | 11 | A. YES. |
| 14:48:20 | 12 | Q. AND TURN TO THE SECTION ENTITLED |
| 14:48:25 | 13 | "MECHANICAL ROYALTIES." AND I BELIEVE IT IS |
| 14:48:28 | 14 | PARAGRAPH 6 ON PAGE 8. |
| 14:48:29 | 15 | MR. POMERANTZ: I THINK IT'S |
| 14:48:30 | 16 | PAGE 7. |
| 14:48:33 | 17 | MR. BUSCH: I HAVE -- 2003, EXCUSE |
| 14:48:52 | 18 | ME. |
| 14:48:53 | 19 | BY MR. BUSCH: |
| 14:48:54 | 20 | Q. ALL RIGHT. NOW THAT YOU HAVE IT IN |
| 14:48:57 | 21 | FRONT OF YOU, AND YOU HAVE THE SENTENCE THAT YOU |
| 14:48:59 | 22 | HAVE BEEN DESIGNATED AS AN EXPERT ON, DO YOU HAVE |
| 14:49:01 | 23 | AN OPINION WITH RESPECT TO THE SENTENCE THAT |
| 14:49:03 | 24 | SAYS -- THAT BEGINS WITH "MOREOVER" THAT I JUST |
| | 25 | READ INTO THE RECORD? |

| | | |
|---|---|---|
| 14:49:05 | 1 | A.   IT SAYS: |
| 14:49:07 | 2 | "MOREOVER, EVEN IF THE |
| 14:49:08 | 3 | MECHANICAL ROYALTIES PARAGRAPH |
| 14:49:10 | 4 | CONTAINED A DIRECT MECHANICAL |
| 14:49:12 | 5 | LICENSE FOR PHYSICAL PRODUCTS, |
| 14:49:15 | 6 | WHICH IT DOES NOT, IN NO WAY |
| 14:49:16 | 7 | CAN IT BE INTERPRETED TO APPLY |
| 14:49:19 | 8 | TO D.P.D.'S." |
| 14:49:21 | 9 | I DON'T KNOW WHY IT DOESN'T.  IT'S |
| 14:49:23 | 10 | NOT A DIRECT MECHANICAL LICENSE, SO I DON'T AGREE |
| 14:49:25 | 11 | WITH THAT. |
| 14:49:27 | 12 | AND I DON'T UNDERSTAND WHY THIS |
| 14:49:32 | 13 | PERSON DOESN'T THINK IT APPLIES TO D.P.D.'S, SO I |
| 14:49:33 | 14 | DON'T AGREE WITH THAT EITHER. |
| 14:49:34 | 15 | Q.   OKAY.  AND WHY DO YOU DISAGREE THAT |
| 14:49:36 | 16 | IT DOES NOT APPLY TO D.P.D.'S? |
| 14:49:38 | 17 | A.   IT DOESN'T SAY IT DOESN'T APPLY TO |
| 14:49:40 | 18 | D.P.D.'S.  IT SAYS: |
| 14:49:42 | 19 | "ALL CONTROLLED COMPOSITIONS |
| 14:49:44 | 20 | WILL BE LICENSED TO AFTERMATH." |
| 14:49:44 | 21 | Q.   WELL, WHAT IT SAYS IS: |
| 14:49:45 | 22 | "ALL CONTROLLED COMPOSITIONS |
| 14:49:48 | 23 | WILL BE LICENSED TO AFTERMATH AND ITS |
| 14:49:50 | 24 | DISTRIBUTOR'S LICENSEES, AND AFTERMATH |
| | 25 | AND ITS DISTRIBUTOR'S LICENSEES, |

| | | |
|---|---|---|
| 14:49:56 | 1 | CANADIAN LICENSEES FOR THE U.S. AND |
| 14:49:57 | 2 | CANADA RESPECTIVELY AT A RATE EQUAL |
| 14:49:59 | 3 | TO 75 PERCENT OF THE CONTROLLED RATE." |
| 14:50:00 | 4 | DO YOU SEE THAT? |
| 14:50:00 | 5 | A.   YES. |
| 14:50:04 | 6 | Q.   DO YOU KNOW WHETHER REDUCED RATES |
| 14:50:07 | 7 | LIKE THAT PROVIDED FOR IN THE MECHANICAL ROYALTY |
| 14:50:11 | 8 | SECTION ARE ALLOWED BY LAW TO APPLY TO D.P.D.'S? |
| 14:50:11 | 9 | MR. POMERANTZ:  OBJECTION TO THE |
| 14:50:14 | 10 | EXTENT IT REQUIRES A LEGAL CONCLUSION. |
| 14:50:15 | 11 | HE'S NOT HERE AS A LEGAL EXPERT. |
| 14:50:15 | 12 | BY MR. BUSCH: |
| 14:50:19 | 13 | Q.   GO AHEAD.  DO YOU KNOW WHETHER -- |
| 14:50:23 | 14 | DO YOU KNOW WHETHER BY LAW YOU CAN HAVE A REDUCED |
| 14:50:25 | 15 | RATE ON A D.P.D.? |
| 14:50:26 | 16 | MR. POMERANTZ:  SAME -- SAME |
| 14:50:27 | 17 | OBJECTION. |
| 14:50:28 | 18 | THE DEPONENT:  I THINK YOU CAN. |
| 14:50:28 | 19 | BY MR. BUSCH: |
| 14:50:30 | 20 | Q.   AND WHERE -- AND WHAT IS YOUR BASIS |
| 14:50:31 | 21 | FOR SAYING THAT? |
| 14:50:36 | 22 | A.   BECAUSE I THINK YOU CAN.  I |
| 14:50:37 | 23 | DON'T -- I'M NOT -- I HAVEN'T READ THE COPYRIGHT |
| 14:50:41 | 24 | ACT ON THIS PARTICULAR ISSUE, BUT I DON'T SEE WHY |
| | 25 | YOU CAN'T. |

| | | |
|---|---|---|
| 14:50:42 | 1 | Q. OKAY. WELL, IF YOU COULDN'T, WOULD |
| 14:50:44 | 2 | THAT AFFECT YOUR OPINION ABOUT WHETHER THIS |
| 14:50:46 | 3 | APPLIED TO D.P.D.'S OR NOT? |
| 14:50:46 | 4 | A. NO. |
| 14:50:47 | 5 | Q. WHY NOT? |
| 14:50:53 | 6 | A. IT STILL APPLIES TO D.P.D.'S. IT |
| 14:50:55 | 7 | MAY -- IT MAY PROVIDE A RATE THAT'S NOT -- THAT'S |
| 14:50:58 | 8 | NOT ENFORCEABLE, BUT IT STILL APPLIES TO D.P.D.'S. |
| 14:51:00 | 9 | I DON'T SEE WHY THAT WOULD CHANGE ANYTHING. |
| 14:51:01 | 10 | Q. HAVE YOU EVER -- HAVE YOU EVER READ |
| 14:51:07 | 11 | THE HISTORY OF THE COPYRIGHT ACT WITH RESPECT TO |
| 14:51:10 | 12 | D.P.D.'S TO DETERMINE WHAT THE LEGISLATIVE INTENT |
| 14:51:14 | 13 | WAS AS IT RELATED TO MECHANICAL ROYALTIES SECTIONS |
| 14:51:18 | 14 | LIKE THIS AND ITS APPLICATION OR NONAPPLICATION TO |
| 14:51:22 | 15 | DIGITAL DOWNLOADS? |
| 14:51:23 | 16 | MR. POMERANTZ: AND JUST SO WE'RE |
| 14:51:29 | 17 | CLEAR, WE ARE DESIGNATING HIM AS AN EXPERT ON HOW |
| 14:51:31 | 18 | PARTICIPANTS IN THE MUSIC INDUSTRY UNDERSTAND |
| 14:51:34 | 19 | WORDS IN A CONTROLLED COMPOSITION CLAUSE, AT LEAST |
| 14:51:35 | 20 | THE WORDS THAT ARE AT ISSUE HERE. |
| 14:51:38 | 21 | WE ARE NOT DESIGNATING HIM AS AN |
| 14:51:40 | 22 | EXPERT ON THE COPYRIGHT LAWS. |
| 14:51:41 | 23 | BY MR. BUSCH: |
| 14:51:45 | 24 | Q. DO YOU KNOW WHETHER RECORD LABELS, |
| | 25 | DESPITE HAVING LANGUAGE LIKE THIS IN A MECHANICAL |

| 14:51:53 | 1 | ROYALTIES CLAUSE, STILL SEEK SEPARATE DIGITAL |

14:51:53    1    ROYALTIES CLAUSE, STILL SEEK SEPARATE DIGITAL

14:51:57    2    DOWNLOAD LICENSES FROM PUBLISHERS?

14:51:58    3              MR. POMERANTZ:  OBJECTION TO THE

14:52:01    4    EXTENT OF LACK OF FOUNDATION, ALSO AN INCOMPLETE

14:52:03    5    HYPOTHETICAL AND COMPOUND.

14:52:08    6    BY MR. BUSCH:

14:52:08    7         Q.   GO AHEAD.

14:52:09    8         A.   DO I KNOW PERSONALLY?

14:52:10    9         Q.   YES.

14:52:10   10         A.   NO.

14:52:13   11         Q.   LET'S ASSUME FOR A SECOND THAT EVEN

14:52:15   12    IN LIGHT OF A CONTROLLED COMPOSITION CLAUSE OR A

14:52:19   13    MECHANICAL ROYALTIES CLAUSE LIKE THIS, A RECORD

14:52:23   14    LABEL STILL, AS A MATTER OF CUSTOM AND PRACTICE,

14:52:28   15    SEEK SPECIFIC PERMANENT DOWNLOAD OR DIGITAL

14:52:32   16    DOWNLOAD LICENSES FROM PUBLISHERS, DO YOU HAVE AN

14:52:34   17    EXPLANATION WHERE THEY WOULD DO THAT IN LIGHT OF

14:52:34   18    THIS LANGUAGE?

14:52:35   19              MR. POMERANTZ:  OBJECTION.  IT'S AN

14:52:37   20    INCOMPLETE HYPOTHETICAL.  IT ASSUMES FACTS NOT IN

14:52:39   21    EVIDENCE.  LACK OF FOUNDATION AND BEYOND THE SCOPE

14:52:41   22    OF HIS EXPERT DESIGNATION.

14:52:42   23              MR. BUSCH:  SO YOU'RE NOT GOING TO

14:52:43   24    ALLOW HIM TO TESTIFY?

           25              MR. POMERANTZ:  NO.  HE CAN ANSWER

14:52:44    1    THE QUESTION.

14:52:48    2            THE DEPONENT: WELL, I MEAN, I KNOW

14:52:51    3    THAT RECORD LABELS GET SEPARATE MECHANICAL

14:52:54    4    LICENSES EVEN THOUGH THEY DON'T HAVE TO UNDER THE

14:52:55    5    CONTROLLED COMPOSITION CLAUSE.

14:52:57    6            AND SO I SURMISE THE REASONS WOULD

14:53:00    7    BE PRETTY SIMILAR, THAT THEY WOULD WANT TO HAVE A

14:53:03    8    SEPARATE FILE FOR EACH SONG. IT'S A LOT EASIER TO

14:53:05    9    ADMINISTER FOR THE LABELS. BUT I DON'T WORK THE

14:53:06    10    LABELS, SO I DON'T REALLY KNOW WHY THEY DO IT.

14:53:07    11    BY MR. BUSCH:

14:53:08    12         Q. IS IT POSSIBLE THAT THEY DO IT

14:53:11    13    BECAUSE -- SEEK OUT SPECIFIC PERMANENT DOWNLOAD

14:53:14    14    LICENSES BECAUSE IT'S UNCLEAR WHETHER A CLAUSE

14:53:17    15    LIKE THIS WOULD APPLY TO PERMANENT DOWNLOADS? IS

14:53:18    16    IT POSSIBLE THAT'S ONE REASON?

14:53:20    17            MR. POMERANTZ: OBJECTION; CALLS

14:53:22    18    FOR SPECULATION. IT'S AN INCOMPLETE HYPOTHETICAL.

14:53:23    19    LACK OF FOUNDATION.

14:53:24    20            THE DEPONENT: DO YOU WANT ME TO

14:53:25    21    COMPLETELY SPECULATE?

14:53:26    22    BY MR. BUSCH:

14:53:27    23         Q. YEAH.

14:53:28    24            MR. POMERANTZ: DON'T SPECULATE.

          25    IF IT WOULD CALL FOR SPECULATION --

14:53:31   1         MR. BUSCH:  HE'S AN EXPERT.

14:53:33   2         MR. POMERANTZ:  HE'S SAYING HE'S

14:53:34   3  SPECULATING AND HE CAN'T ANSWER.

14:53:36   4         THE DEPONENT:  YOU'RE ASKING ME IF

14:53:37   5  IT'S POSSIBLE.  IT'S POSSIBLE.

14:53:38   6  BY MR. BUSCH:

14:53:44   7         Q.  OKAY.  WHAT ARE CAPS IN A

14:53:46   8  MECHANICAL ROYALTY CLAUSE?

14:53:48   9         A.  THEY'RE A LIMITATION ON THE AMOUNT

14:53:54  10  OF ROYALTIES THAT THE LABEL WILL PAY FOR THE RIGHT

14:54:01  11  TO MECHANICALLY REPRODUCE A COMPOSITION, THE

14:54:05  12  STATUTE PROVIDES FOR A RATE AT A CERTAIN LEVEL,

14:54:10  13  BUT THE RECORD COMPANY WILL TRY TO LIMIT THE TOTAL

14:54:14  14  AMOUNT OF MECHANICAL ROYALTIES THEY HAVE TO PAVE.

14:54:17  15         SO IF THERE IS 20 SONGS AND IT'S 9

14:54:20  16  CENTS A SONG, A LABEL ECONOMICALLY COULDN'T PAY

14:54:21  17  THAT KIND OF MONEY AND STAY IN BUSINESS, WHICH

14:54:25  18  WOULD BE A DOLLAR 80, SO THEY LIMIT THE AMOUNT OF

14:54:28  19  SONGS ON WHICH THEY WILL PAY MECHANICAL ROYALTIES.

14:54:30  20         Q.  DO YOU KNOW WHETHER CAPS ARE

14:54:33  21  APPLICABLE TO PERMANENT DOWNLOAD?

14:54:34  22         MR. POMERANTZ:  OBJECTION TO THE

14:54:34  23  EXTENT IT CALLS FOR LEGAL CONCLUSION.

14:54:35  24         THE DEPONENT:  I KNOW THAT THE

         25  LANGUAGE OF THE AGREEMENTS, MOST OF THE AGREEMENTS

| | | |
|---|---|---|
| 14:54:37 | 1 | THAT I READ APPLIES CAPS TO DIGITAL DOWNLOADS. |
| 14:54:40 | 2 | BY MR. BUSCH: |
| 14:54:41 | 3 | Q.   DO YOU KNOW WHETHER THERE IS ANY |
| 14:54:44 | 4 | RESTRICTION IN THE COPYRIGHT ACT FOR APPLICATION |
| 14:54:47 | 5 | OF CAPS FOR PERMANENT DOWNLOADS? |
| 14:54:48 | 6 | MR. POMERANTZ:  OBJECTION.  AGAIN, |
| 14:54:52 | 7 | HE'S NOT AN EXPERT ON COPYRIGHT LAW AND WE'RE NOT |
| 14:54:52 | 8 | DESIGNATING HIM AS THAT, AND IT'S BEYOND THE SCOPE |
| 14:54:54 | 9 | OF HIS TESTIMONY.  ALSO A LACK OF FOUNDATION AND |
| 14:54:58 | 10 | IT CALLS FOR A LEGAL CONCLUSION. |
| 14:55:01 | 11 | THE DEPONENT:  OKAY.  I HAVE READ |
| 14:55:03 | 12 | THINGS THAT SAY THAT.  I HAVEN'T READ THE |
| 14:55:04 | 13 | COPYRIGHT ACT. |
| 14:55:04 | 14 | BY MR. BUSCH: |
| 14:55:06 | 15 | Q.   YOU'VE READ THINGS THAT HAVE SAID |
| 14:55:06 | 16 | WHAT? |
| 14:55:07 | 17 | A.   I READ YOUR EXPERT OPINION, YOUR |
| 14:55:09 | 18 | EXPERT'S OPINION, AND HE SAYS THAT THE COPYRIGHT |
| 14:55:12 | 19 | ACT PROVIDES THAT.  I'M NOT SURE I AGREE WITH |
| 14:55:16 | 20 | THAT.  BUT I HAVEN'T READ THE COPYRIGHT ACT. |
| 14:55:18 | 21 | Q.   LET'S JUST SAY, FOR EXAMPLE, THAT |
| 14:55:21 | 22 | THIS MECHANICAL ROYALTY SECTION DOES HAVE A |
| 14:55:24 | 23 | RESTRICTION ON CAPS; RIGHT?  IT SAYS "CAP |
| 14:55:25 | 24 | RESTRICTION"? |
| | 25 | A.   IT HAS A CAP. |

| | | |
|---|---|---|
| 14:55:28 | 1 | Q. IT HAS A CAP. |
| 14:55:28 | 2 | A. YES. |
| 14:55:31 | 3 | Q. ASSUMING THAT CAPS ARE NOT |
| 14:55:35 | 4 | ALLOWABLE UNDER THE COPYRIGHT ACT FOR DIGITAL |
| 14:55:38 | 5 | DOWNLOADS, WOULD THAT IMPACT YOUR OPINION ABOUT |
| 14:55:41 | 6 | WHETHER THIS PROVISION IS APPLICABLE TO PERMANENT |
| 14:55:42 | 7 | DOWNLOADS OR NOT? |
| 14:55:42 | 8 | A. NO. |
| 14:55:43 | 9 | Q. WHY NOT? |
| 14:55:47 | 10 | A. I THINK JUST -- I DON'T KNOW WHY IT |
| 14:55:52 | 11 | WOULD. I MEAN, I THINK ANY PRACTITIONER. |
| 14:55:53 | 12 | I'M TELLING YOU IF THERE IS SOME -- |
| 14:55:57 | 13 | YOU'RE SAYING IF THERE IS A PROVISION IN THE |
| 14:56:00 | 14 | COPYRIGHT ACT THAT WOULD LIMIT IT, I DON'T KNOW -- |
| 14:56:02 | 15 | IT WOULD SEEM TO ME THE PROPER RESPONSE WOULD BE |
| 14:56:05 | 16 | THEN, OKAY, THE LICENSE IS AT THE FULL RATE RATHER |
| 14:56:09 | 17 | THAN AT A REDUCED RIGHT. THAT'S NOT SURPRISING. |
| 14:56:24 | 18 | Q. OKAY. WERE PERMANENT DOWNLOADS IN |
| 14:56:28 | 19 | GENERAL DISTRIBUTION AT THE TIME OF THIS |
| 14:56:31 | 20 | AGREEMENT, MARCH 9TH, 1998? |
| 14:56:31 | 21 | A. NO. |
| 14:56:32 | 22 | MR. POMERANTZ: OBJECTION; VAGUE. |
| 14:56:32 | 23 | GO AHEAD. |
| 14:56:34 | 24 | THE DEPONENT: NO, THEY WEREN'T. |
| | 25 | /// |

| | | |
|---|---|---|
| 14:56:35 | 1 | BY MR. BUSCH: |
| 14:56:39 | 2 | Q. WERE PERMANENT DOWNLOADS |
| 14:56:42 | 3 | CONTEMPLATED TO BE IN THE MECHANICAL ROYALTIES |
| 14:56:43 | 4 | SECTION IN 1998? |
| 14:56:46 | 5 | A. IN THE MECHANICAL ROYALTIES SECTION |
| 14:56:47 | 6 | OF THE CONTRACT? YES. |
| 14:56:49 | 7 | Q. ON WHAT BASIS DO YOU SAY THAT? |
| 14:56:51 | 8 | A. BECAUSE I KNOW THAT PEOPLE COULD |
| 14:56:54 | 9 | SEE THINGS LIKE THAT COMING, AND EVERY CONTRACT |
| 14:56:59 | 10 | STARTING IN THE LATE 80'S, EARLY 90'S WOULD TRY TO |
| 14:57:02 | 11 | ENCOMPASS THINGS LIKE DIGITAL DOWNLOADS, SATELLITE |
| 14:57:05 | 12 | TRANSMISSIONS, TRANSMISSIONS OVER CABLE. |
| 14:57:08 | 13 | THE IDEA WAS TO PROVIDE THE CAP ON |
| 14:57:11 | 14 | ANY KIND OF DISTRIBUTION OF A RECORDING. |
| 14:57:13 | 15 | Q. CAN YOU SHOW ME WHERE IN THE |
| 14:57:15 | 16 | MECHANICAL ROYALTY SECTION IT SAYS THAT? |
| 14:57:23 | 17 | A. WELL, IT SAYS THAT ALL CONTROLLED |
| 14:57:26 | 18 | COMPOSITIONS WILL BE LICENSED AT A RATE EQUAL TO |
| 14:57:29 | 19 | 75 PERCENT. SO I DON'T -- IS THERE SOMETHING |
| 14:57:30 | 20 | UNCLEAR ABOUT THAT? |
| 14:57:33 | 21 | Q. SO WAS THE ANSWER THAT IT NOWHERE |
| 14:57:36 | 22 | SAYS THAT, BUT YOU'RE READING THAT INTO IT BY THE |
| 14:57:37 | 23 | LANGUAGE YOU JUST READ? |
| 14:57:37 | 24 | MR. POMERANTZ: OBJECTION; |
| | 25 | MISSTATES HIS TESTIMONY AND IS ARGUMENTATIVE. |

| | | |
|---|---|---|
| 14:57:40 | 1 | BY MR. BUSCH: |
| 14:57:41 | 2 | Q.   IS THERE ANY DEFINITION UNDER |
| 14:57:46 | 3 | MECHANICAL ROYALTIES, ANY MENTION OR REFERENCE TO |
| 14:57:49 | 4 | A DEFINED TERM UNDER MECHANICAL ROYALTIES THAT |
| 14:57:52 | 5 | WOULD SHOW THAT IT WAS MEANT TO BE APPLICABLE TO |
| 14:57:54 | 6 | PERMANENT DOWNLOADS? |
| 14:57:54 | 7 | MR. POMERANTZ:  OBJECTION TO THE |
| 14:57:56 | 8 | EXTENT IT'S ALREADY BEEN ASKED AND ANSWERED. |
| 14:57:59 | 9 | THE DEPONENT:  TWO ANSWERS.  FIRST |
| 14:58:01 | 10 | OF ALL, IT DOESN'T SAY IT'S NOT.  AND SECOND OF |
| 14:58:04 | 11 | ALL, EVERY PRACTITIONER IN THE MUSIC INDUSTRY |
| 14:58:05 | 12 | KNOWS THAT IT IS. |
| 14:58:05 | 13 | BY MR. BUSCH: |
| 14:58:06 | 14 | Q.   YOU SAY "EVERY."  HAVE YOU SPOKEN |
| 14:58:08 | 15 | TO EVERY PRACTITIONER IN THE MUSIC INDUSTRY ABOUT |
| 14:58:09 | 16 | IT? |
| 14:58:10 | 17 | A.   NO, I HAVEN'T. |
| 14:58:12 | 18 | Q.   HAVE YOU SPOKEN TO ANY PRACTITIONER |
| 14:58:15 | 19 | IN THE MUSIC BUSINESS ABOUT WHETHER THIS SPECIFIC |
| 14:58:18 | 20 | PROVISION, AS IT'S WORDED HERE, APPLIES TO |
| 14:58:19 | 21 | PERMANENT DOWNLOADS? |
| 14:58:19 | 22 | A.   NO. |
| 14:58:26 | 23 | Q.   DO YOU KNOW WHETHER UNIVERSAL |
| 14:58:29 | 24 | INTERSCOPE SOUGHT SPECIFIC PERMANENT DOWNLOAD |
| | 25 | LICENSES FROM THE PUBLISHER OF THE COMPOSITIONS |

| | | |
|---|---|---|
| 14:58:36 | 1 | INVOLVED IN THIS -- IN THE SONGS INVOLVED IN THIS |
| 14:58:36 | 2 | AGREEMENT? |
| 14:58:37 | 3 | MR. POMERANTZ:  OBJECTION; LACK OF |
| 14:58:39 | 4 | FOUNDATION. |
| 14:58:42 | 5 | THE DEPONENT:  I DON'T KNOW.  AS A |
| 14:58:46 | 6 | PERCIPIENT WITNESS, I READ IN SOME OF THE STUFF I |
| 14:58:51 | 7 | READ, IT REFERS TO THE FACT THAT UNIVERSAL DID.  I |
| 14:58:53 | 8 | HAVE NO WAY OF KNOWING WHETHER THAT'S TRUE OR NOT. |
| 14:58:54 | 9 | BY MR. BUSCH: |
| 14:58:56 | 10 | Q.   DO YOU KNOW WHETHER UNIVERSAL |
| 14:58:59 | 11 | ENTERED INTO A DIGITAL DOWNLOAD LICENSE WHERE IT |
| 14:59:03 | 12 | AGREED TO A SPECIFIC TERM OF TWO YEARS AND OTHER |
| 14:59:08 | 13 | LIMITATIONS ON ITS -- IN CONNECTION WITH LICENSING |
| 14:59:10 | 14 | ONE OF THE COMPOSITIONS FOR PERMANENT DOWNLOAD? |
| 14:59:11 | 15 | MR. POMERANTZ:  OBJECTION TO THE |
| 14:59:14 | 16 | EXTENT IT MISSTATES EVIDENCE. |
| 14:59:14 | 17 | BY MR. BUSCH: |
| 14:59:15 | 18 | Q.   GO AHEAD. |
| 14:59:17 | 19 | A.   THE ANSWER IS NO. |
| 14:59:20 | 20 | Q.   OKAY.  IF UNIVERSAL AGREED TO A |
| 14:59:24 | 21 | PERMANENT DOWNLOAD LICENSE WITH THE PUBLISHER OF A |
| 14:59:25 | 22 | SONG THAT WOULD BE COVERED BY THIS AGREEMENT AND |
| 14:59:27 | 23 | AGREED TO A TWO-YEAR TERM, FOR EXAMPLE, DO YOU |
| 14:59:29 | 24 | HAVE ANY EXPLANATION OF WHY THEY WOULD DO SO IF |
| | 25 | THIS WAS IN FACT A SELF-EFFECTUATING CONTROLLED |

| | | |
|---|---|---|
| 14:59:37 | 1 | COMPOSITION CLAUSE APPLICABLE TO D.P.D.'S? |
| 14:59:38 | 2 | MR. POMERANTZ:  OBJECTION; LACK OF |
| 14:59:41 | 3 | FOUNDATION, ARGUMENTATIVE, INCOMPLETE. |
| 14:59:41 | 4 | BY MR. BUSCH: |
| 14:59:42 | 5 | Q.   GO AHEAD. |
| 14:59:45 | 6 | A.   IT COULD BE ANY NUMBER OF REASONS. |
| 14:59:47 | 7 | I DON'T -- PEOPLE MAKE DEALS ALL THE TIME.  THEY |
| 14:59:49 | 8 | MIGHT HAVE WANTED -- MIGHT HAVE WANTED EMINEM TO |
| 14:59:51 | 9 | DELIVER A RECORD HE WOULDN'T OTHERWISE DELIVER. |
| 14:59:53 | 10 | I HAVE NO IDEA.  THERE IS NO WAY I |
| 14:59:54 | 11 | WOULD KNOW. |
| 15:00:01 | 12 | Q.   OKAY.  YOU SAY YOU DISAGREE THAT |
| 15:00:03 | 13 | THIS IS NOT -- I THINK ONE OF THE STATEMENTS YOU |
| 15:00:06 | 14 | MADE WHEN I READ THE SENTENCE AND ASKED YOU ABOUT |
| 15:00:09 | 15 | YOUR OPINIONS IN RESPONSE TO IT WAS THAT YOU |
| 15:00:16 | 16 | DISAGREED THAT THIS WAS NOT A SELF-EFFECTUATING |
| 15:00:17 | 17 | CONTROLLED COMPOSITION CLAUSE; CORRECT? |
| 15:00:18 | 18 | MR. POMERANTZ:  CAN YOU RESTATE |
| 15:00:19 | 19 | THAT QUESTION?  I DIDN'T FOLLOW IT. |
| 15:00:19 | 20 | BY MR. BUSCH: |
| 15:00:21 | 21 | Q.   OKAY.  DO YOU BELIEVE THIS TO BE A |
| 15:00:23 | 22 | SELF-EFFECTUATING LICENSE? |
| 15:00:24 | 23 | MR. POMERANTZ:  OBJECTION TO THE |
| 15:00:26 | 24 | TERM "SELF-EFFECTUATING."  IT'S VAGUE AND |
| | 25 | AMBIGUOUS. |

| 15:00:27 | 1 | THE DEPONENT: YEAH, I AGREE WITH |
| 15:00:29 | 2 | THAT. I AGREE THAT IT'S VAGUE AND AMBIGUOUS. |
| 15:00:31 | 3 | BUT I KNOW WHAT YOU'RE GETTING AT, |
| 15:00:33 | 4 | AND WHAT YOU'RE GETTING AT IS YOU'RE ASKING |
| 15:00:37 | 5 | WHETHER OR NOT THIS OPERATES AS A MECHANICAL |
| 15:00:38 | 6 | LICENSE. |
| 15:00:38 | 7 | BY MR. BUSCH: |
| 15:00:39 | 8 | Q. FAIR ENOUGH. |
| 15:00:39 | 9 | A. I BELIEVE IT DOES. |
| 15:00:41 | 10 | Q. CAN YOU TELL ME WHY YOU BELIEVE IT |
| 15:00:41 | 11 | DOES? |
| 15:00:45 | 12 | A. I BELIEVE IT DOES BECAUSE I'VE BEEN |
| 15:00:48 | 13 | PRACTICING IN THIS AREA FOR A LONG TIME WITH A LOT |
| 15:00:53 | 14 | OF DIFFERENT ATTORNEYS, AND CONTROLLED COMPOSITION |
| 15:00:57 | 15 | CLAUSES ARE ALL THAT WAY. |
| 15:01:03 | 16 | THEY'RE ALL -- THE INTENT OF THIS |
| 15:01:06 | 17 | THING IS TO PROVIDE A LICENSE AT WHATEVER RATE |
| 15:01:09 | 18 | THAT'S SET FORTH IN THE CONTROLLED COMPOSITION, |
| 15:01:14 | 19 | AND THE CUSTOM AND PRACTICE OF PEOPLE THAT WORK IN |
| 15:01:16 | 20 | THIS INDUSTRY KNOW THAT THAT'S WHAT THIS IS |
| 15:01:17 | 21 | SUPPOSED TO BE. |
| 15:01:18 | 22 | Q. WHO HAVE YOU SPOKEN TO ABOUT THAT? |
| 15:01:19 | 23 | A. NOBODY. |
| 15:01:26 | 24 | Q. HAVE YOU EVER SPOKEN TO ANYBODY |
| | 25 | ABOUT THE USE OF THE PHRASE "ALL CONTROLLED |

| | | |
|---|---|---|
| 15:01:34 | 1 | COMPOSITIONS WILL BE LICENSED" AS OPPOSED TO "IS |
| 15:01:37 | 2 | HEREBY LICENSED" AND THE IMPACT THAT HAS ON |
| 15:01:41 | 3 | WHETHER IT'S A -- WHETHER IT, IN AND OF ITSELF, IS |
| 15:01:42 | 4 | A MECHANICAL LICENSE? |
| 15:01:46 | 5 | A.   HAVE I SPOKEN TO ANY -- WHEN YOU |
| 15:01:47 | 6 | SAY "ANYBODY," WHAT DO YOU MEAN? |
| 15:01:49 | 7 | Q.   WHAT I'M ASKING IS:  HAVE YOU EVER |
| 15:01:51 | 8 | HAD ANY DISCUSSION WITH PEOPLE IN THE MUSIC |
| 15:01:54 | 9 | BUSINESS OR MUSIC INDUSTRY ABOUT WHAT EFFECT, IF |
| 15:01:59 | 10 | ANY, THERE IS WHEN A MECHANICAL ROYALTY SAYS THAT |
| 15:02:02 | 11 | ALL CONTROLLED COMPOSITIONS WILL BE LICENSED AS |
| 15:02:04 | 12 | OPPOSED TO IS HEREBY LICENSED? |
| 15:02:06 | 13 | A.   I WAS GOING TO SAY NO, BUT NOW I |
| 15:02:11 | 14 | RECALL THAT AFTER MY LAST -- AND I KNOW YOU'RE |
| 15:02:14 | 15 | GOING TO ASK ME WHO THEY ARE, AND I HAVE NO IDEA. |
| 15:02:15 | 16 | SO I'LL SAVE YOU THE TROUBLE ASKING. |
| 15:02:17 | 17 | BUT I WAS HAVING CONVERSATIONS WITH |
| 15:02:20 | 18 | SEVERAL MUSIC ATTORNEYS ABOUT HOW ABSURD THE |
| 15:02:21 | 19 | POSITION WAS THAT THERE WAS ANY DIFFERENCE BETWEEN |
| 15:02:24 | 20 | THE TWO -- THE TWO LANGUAGE POINTS.  NO IDEA WHO |
| 15:02:24 | 21 | IT WAS. |
| 15:02:45 | 22 | Q.   OKAY.  WHERE IT SAYS THAT ALL |
| 15:02:47 | 23 | CONTROLLED COMPOSITIONS WILL BE LICENSED TO |
| 15:02:49 | 24 | AFTERMATH AND ITS DISTRIBUTOR'S LICENSEES. |
| | 25 | DO YOU SEE THAT? |

| | | |
|---|---|---|
| 15:02:50 | 1 | A.   YES. |
| 15:02:53 | 2 | Q.   ARE DISTRIBUTOR'S LICENSEES |
| 15:02:53 | 3 | AFFILIATED OR UNAFFILIATED DISTRIBUTORS OR |
| 15:02:57 | 4 | LICENSEES? |
| 15:02:57 | 5 | MR. POMERANTZ:  I'M GOING TO |
| 15:02:59 | 6 | INSTRUCT HIM NOT TO ANSWER. |
| 15:02:59 | 7 | YOU HAVE A SEPARATE PROVISION, A |
| 15:03:00 | 8 | SEPARATE PORTION OF YOUR REPORT THAT ADDRESSES |
| 15:03:04 | 9 | THAT ISSUE, AND WE HAVE CHOSEN NOT TO DESIGNATE |
| 15:03:07 | 10 | MR. PATERNO AS AN EXPERT TO REBUT THAT POINT, SO I |
| 15:03:08 | 11 | WILL INSTRUCT HIM NOT TO ANSWER. |
| 15:03:10 | 12 | AND BY THE WAY, YOU DID ASK HIM |
| 15:03:13 | 13 | THAT QUESTION AS A FACT WITNESS, SO YOU ALREADY |
| 15:03:15 | 14 | HAVE THAT IN THE DEPOSITION. |
| 15:03:17 | 15 | MR. BUSCH:  I REMEMBER ASKING A |
| 15:03:20 | 16 | COUPLE PEOPLE, BUT I WASN'T SURE IF I ASKED |
| 15:03:20 | 17 | MR. PATERNO. |
| 15:03:27 | 18 | MR. POMERANTZ:  YOU DID. |
| 15:03:28 | 19 | THE VIDEOGRAPHER:  OFF THE RECORD |
| 15:10:28 | 20 | AT 3:03 P.M. |
| 15:10:30 | 21 | (WHEREUPON, A RECESS WAS HELD |
| 15:10:30 | 22 | FROM 3:03 P.M. TO 3:10 P.M.) |
| 15:10:31 | 23 | THE VIDEOGRAPHER:  BACK ON THE |
| 15:10:32 | 24 | RECORD AT 3:10 P.M. |
| | 25 | /// |

| | | |
|---|---|---|
| 15:10:33 | 1 | BY MR. BUSCH: |
| 15:10:36 | 2 | Q.   MR. PATERNO, I DIDN'T ASK YOU THIS, |
| 15:10:38 | 3 | BUT ARE YOU BEING COMPENSATED BY YOUR TIME AS AN |
| 15:10:39 | 4 | EXPERT WITNESS? |
| 15:10:39 | 5 | A.   YES. |
| 15:10:40 | 6 | Q.   AT WHAT RATE? |
| 15:10:42 | 7 | A.   600 DOLLARS AN HOUR. |
| 15:10:44 | 8 | Q.   WHAT HAVE YOU CHARGED THE |
| 15:10:46 | 9 | DEFENDANTS SO FAR? |
| 15:10:48 | 10 | A.   WHAT HAVE I CHARGED? |
| 15:10:49 | 11 | Q.   YEAH.  HAVE YOU CHARGED ANYTHING |
| 15:10:51 | 12 | FOR YOUR STUDY OR FOR ANYTHING THAT YOU'VE DONE UP |
| 15:10:51 | 13 | UNTIL TODAY? |
| 15:10:54 | 14 | A.   I WROTE IT ON MY TIME SHEET.  I |
| 15:10:56 | 15 | DON'T REALLY KNOW.  I WOULD SEND A BILL. |
| 15:10:59 | 16 | Q.   DO YOU RECALL HOW MANY HOURS YOU'VE |
| 15:11:00 | 17 | SPENT UP UNTIL NOW? |
| 15:11:02 | 18 | A.   PROBABLY FIVE OR SIX.  SOMETHING |
| 15:11:06 | 19 | LIKE THAT.  I DON'T KNOW. |
| 15:11:08 | 20 | MR. BUSCH:  WE FORGOT TO -- DON'T |
| 15:11:13 | 21 | WALK OUT OF HERE BEFORE I MARK THOSE LETTERS AS AN |
| 15:11:16 | 22 | EXHIBIT.  I FORGOT TO DO IT AT THE BREAK. |
| 15:11:17 | 23 | MR. POMERANTZ:  SHE WASN'T THERE. |
| 15:11:20 | 24 | MR. BUSCH:  TRUE.  I COULD HAVE HAD |
| | 25 | THEM READY TO GO, THOUGH. |

| | | |
|---|---|---|
| 15:11:23 | 1 | BY MR. BUSCH: |
| 15:11:25 | 2 | Q. WOULD IT BE FAIR TO SAY THAT THE |
| 15:11:27 | 3 | PURPOSE OF A -- OF A MECHANICAL ROYALTY CLAUSE |
| 15:11:30 | 4 | LIKE THE ONE WE'RE TALKING ABOUT IS REALLY TO GET |
| 15:11:33 | 5 | THE REDUCED RATE FOR THE RECORD LABEL? |
| 15:11:34 | 6 | MR. POMERANTZ: AS THE ONLY PURPOSE |
| 15:11:35 | 7 | OR A PURPOSE? |
| 15:11:37 | 8 | MR. BUSCH: PRIMARY PURPOSE. |
| 15:11:38 | 9 | THE DEPONENT: NO, I DON'T THINK |
| 15:11:42 | 10 | SO. THERE WERE MECHANICAL ROYALTY CLAUSES BEFORE |
| 15:11:47 | 11 | PEOPLE SOUGHT REDUCED RATES. REDUCED RATES ARE |
| 15:11:50 | 12 | NOT -- THEY'VE ONLY -- WHEN I STARTED PRACTICING |
| 15:11:54 | 13 | LAW, THERE WEREN'T REDUCED RATES. THERE WERE |
| 15:11:55 | 14 | CAPS, BUT THERE WEREN'T REDUCED RATES. |
| 15:11:55 | 15 | BY MR. BUSCH: |
| 15:11:59 | 16 | Q. IS A CAP THE PRIMARY REASON FOR |
| 15:12:01 | 17 | HAVING A MECHANICAL ROYALTIES CLAUSE? |
| 15:12:02 | 18 | A. I DON'T THINK SO. I THINK THE |
| 15:12:05 | 19 | LABELS WANT TO KNOW THAT THEY CAN LICENSE THE |
| 15:12:06 | 20 | COMPOSITIONS, AND THAT'S THE PRIMARY REASON FOR |
| 15:12:06 | 21 | HAVING IT. |
| 15:12:08 | 22 | Q. HOW MANY CONTROLLED COMPOSITION |
| 15:12:09 | 23 | CLAUSES HAVE YOU YOURSELF DRAFTED? |
| 15:12:13 | 24 | A. WELL, I DON'T KNOW WHAT YOU MEAN BY |
| | 25 | "DRAFTED." THEY'RE GENERALLY IN A FORM, AND I -- |

| | | |
|---|---|---|
| 15:12:19 | 1 | YOU KNOW, THE FORM COMES OFF THE SHELF. |
| 15:12:21 | 2 | HAVE I ACTUALLY WRITTEN?  THEY'RE |
| 15:12:23 | 3 | ALL PRETTY SIMILAR.  I'VE PROBABLY PERSONALLY |
| 15:12:25 | 4 | WRITTEN, YOU KNOW, FOUR OR FIVE OR SOMETHING LIKE |
| 15:12:27 | 5 | THAT OVER THE YEARS. |
| 15:12:30 | 6 | Q.   OKAY.  YOU HAVE AN UNDERSTANDING OF |
| 15:12:33 | 7 | WHAT A PUBLISHER IS IN THE MUSIC INDUSTRY; |
| 15:12:34 | 8 | CORRECT? |
| 15:12:34 | 9 | A.   YES. |
| 15:12:36 | 10 | Q.   AND HAVE YOU EVER REPRESENTED A |
| 15:12:36 | 11 | PUBLISHER? |
| 15:12:37 | 12 | A.   YES. |
| 15:12:38 | 13 | Q.   IN WHAT CONTEXT? |
| 15:12:42 | 14 | A.   WELL, A LOT OF MY CLIENTS |
| 15:12:46 | 15 | SELF-PUBLISH, SO WE REPRESENT THEIR PUBLISHING |
| 15:12:49 | 16 | INTERESTS AND THEIR CATALOGUES.  I REPRESENTED |
| 15:12:53 | 17 | PUBLISHERS IN SALES, ACQUISITIONS, ACQUIRING |
| 15:12:57 | 18 | TALENT, WRITERS, AND PRETTY MUCH EVERYTHING THE |
| 15:12:58 | 19 | PUBLISHERS DO. |
| 15:13:00 | 20 | Q.   IN YOUR EXPERIENCE, DO ARTISTS |
| 15:13:03 | 21 | FREQUENTLY ASSIGN THEIR PUBLISHING RIGHTS TO A |
| 15:13:05 | 22 | SEPARATE ENTITY, A PUBLISHER? |
| 15:13:07 | 23 | A.   A SEPARATE THIRD-PARTY ENTITY? |
| 15:13:08 | 24 | Q.   YES. |
| | 25 | A.   IN MY EXPERIENCE, NO, BECAUSE MY |

15:13:14  1    CLIENTS GENERALLY DON'T DO IT.  IN GENERAL, I

15:13:16  2    DON'T KNOW WHAT THE PERCENTAGE IS.  I'M GUESSING

15:13:17  3    IT'S PROBABLY ABOUT MORE THAN HALF THE TIME THEY

15:13:17  4    DO.

15:13:21  5            Q.    OKAY.  DO ARTISTS HAVE -- GENERALLY

15:13:26  6    WHEN THEY ENTER INTO CO-PUBLISHING AGREEMENTS WITH

15:13:28  7    RECORD LABELS OR WITH THIRD PARTIES, DO THEY MAKE

15:13:32  8    SUCH ASSIGNMENTS ON AN AD HOC BASIS OR DO THEY

15:13:32  9    HAVE A STANDING AGREEMENT WITH THE PUBLISHERS THAT

15:13:32  10   ALL THEIR PUBLISHING RIGHTS ARE AUTOMATICALLY

15:13:32  11   ASSIGNED TO THE PUBLISHER?

15:13:32  12           MR. POMERANTZ:  I'M SORRY.  I

15:13:32  13   DIDN'T FOLLOW THE QUESTION.  CAN YOU EITHER

15:13:38  14   RESTATE IT OR READ IT BACK?

15:13:38  15           MR. BUSCH:  I'LL RESTATE IT.

15:13:39  16   BY MR. BUSCH:

15:13:42  17           Q.    WHERE AN ARTIST/SONGWRITER ASSIGNS

15:13:45  18   RIGHTS TO A PUBLISHER, LIKE A UNIVERSAL MUSIC

15:13:48  19   PUBLISHING, FOR EXAMPLE, IS IT GENERALLY DONE ON

15:13:51  20   AN AD HOC BASIS PER SONG OR IS THERE GENERALLY AN

15:13:53  21   AGREEMENT WHERE ALL SONGS WRITTEN DURING A TERM

15:13:55  22   ARE ASSIGNED TO A PUBLISHER?

15:13:56  23           MR. POMERANTZ:  OBJECTION; LACK OF

15:13:57  24   FOUNDATION, INCOMPLETE HYPOTHETICAL.

          25           THE DEPONENT:  GENERALLY, IT'S THE

| | | |
|---|---|---|
| 15:14:01 | 1 | LATTER.  GENERALLY. |
| 15:14:01 | 2 | BY MR. BUSCH: |
| 15:14:04 | 3 | Q.  IF AN ARTIST HAS ASSIGNED HIS |
| 15:14:04 | 4 | RIGHTS IN A COMPOSITION TO A PUBLISHER, CAN THE |
| 15:14:04 | 5 | ARTIST, WITHOUT THE EXPRESSED PERMISSION OF THE |
| 15:14:10 | 6 | PUBLISHER, GRANT A MECHANICAL LICENSE FOR THE |
| 15:14:11 | 7 | COMPOSITION TO A THIRD PARTY? |
| 15:14:12 | 8 | MR. POMERANTZ:  I'M GOING TO OBJECT |
| 15:14:16 | 9 | AND INSTRUCT THE WITNESS NOT TO ANSWER.  THIS IS |
| 15:14:18 | 10 | IN A PORTION OF THE REPORT THAT WE HAVE CHOSEN NOT |
| 15:14:23 | 11 | TO DESIGNATE HIM TO REBUT AS AN EXPERT WITNESS, SO |
| 15:14:23 | 12 | I'M GOING TO INSTRUCT HIM NOT TO ANSWER. |
| 15:14:25 | 13 | MR. BUSCH:  AND I'LL OBJECT AND |
| 15:14:27 | 14 | MOVE TO STRIKE HIS EXPERT TESTIMONY. |
| 15:14:32 | 15 | BY MR. BUSCH: |
| 15:14:34 | 16 | Q.  IF AN ARTIST HAS AN AGREEMENT THAT |
| 15:14:37 | 17 | HIS INTEREST IN COMPOSITIONS HE AUTHORS IS |
| 15:14:39 | 18 | AUTOMATICALLY GRANTED TO A PUBLISHER, CAN THE |
| 15:14:42 | 19 | ARTIST, AFTER ENTERING INTO THAT AGREEMENT, ENTER |
| 15:14:44 | 20 | INTO A SUBSEQUENT AGREEMENT CONTAINING A |
| 15:14:46 | 21 | CONTROLLED COMPOSITION CLAUSE THAT GRANTS |
| 15:14:49 | 22 | MECHANICAL LICENSES TO THOSE COMPOSITIONS? |
| 15:14:50 | 23 | MR. POMERANTZ:  SAME INSTRUCTION. |
| 15:14:51 | 24 | MR. BUSCH:  AND SAME OBJECTION. |
| | 25 | /// |

| | | |
|---|---|---|
| 15:14:52 | 1 | BY MR. BUSCH: |
| 15:14:55 | 2 | Q.   YOU SAID, MR. PATERNO, YOU HAVE NOT |
| 15:14:58 | 3 | READ THE DIGITAL PERFORMANCE RIGHT AND SOUND |
| 15:14:59 | 4 | RECORDING ACT OF 1995? |
| 15:15:05 | 5 | A.   I DON'T KNOW THAT THAT'S TRUE.  I |
| 15:15:06 | 6 | PROBABLY HAVE READ IT. |
| 15:15:09 | 7 | Q.   YOU HAVEN'T READ THE LEGISLATIVE |
| 15:15:09 | 8 | HISTORY? |
| 15:15:10 | 9 | A.   I HAVEN'T READ THAT. |
| 15:15:11 | 10 | Q.   HAVE YOU READ IT -- HAVE YOU READ |
| 15:15:14 | 11 | IT IN THE CONTEXT OF THE ISSUES INVOLVED IN THIS |
| 15:15:14 | 12 | CASE? |
| 15:15:43 | 13 | A.   NO. |
| 15:15:43 | 14 | MR. BUSCH:  OKAY.  I'M GOING TO |
| 15:15:49 | 15 | SHOW HIM THAT LEGISLATURE HISTORY.  WILL YOU ALLOW |
| 15:15:51 | 16 | ME TO ASK HIM QUESTION ABOUT THAT?  YOU KNOW WHICH |
| 15:15:51 | 17 | ONE I'M GOING TO ASK HIM ABOUT, I WOULD ASSUME, |
| 15:15:53 | 18 | SINCE IT'S THE ONE THAT HAS COME UP IN THE |
| 15:15:53 | 19 | DEPOSITION. |
| 15:15:55 | 20 | MR. POMERANTZ:  I'M NOT -- I MEAN, |
| 15:15:58 | 21 | I'M NOT -- I THINK PROBABLY NOT.  BUT IF YOU WANT |
| 15:16:01 | 22 | TO TRY IT, I'LL LOOK AT IT AND SEE IF IT RELATES |
| 15:16:02 | 23 | TO HIS THREE OPINIONS. |
| 15:16:02 | 24 | BY MR. BUSCH: |
| | 25 | Q.   TAKE A LOOK AT WHAT I MARKED AS |

| | | |
|---|---|---|
| 15:16:08 | 1 | EXHIBIT 249, WHICH IS THE LEGISLATIVE HISTORY OF |
| 15:16:08 | 2 | THE ACT. |
| 15:16:12 | 3 | (DOCUMENT REVIEWED BY DEPONENT.) |
| 15:16:16 | 4 | THE DEPONENT:  WOW. |
| 15:16:17 | 5 | MR. BUSCH:  I DON'T WANT HIM TO SIT |
| 15:16:17 | 6 | HERE AND READ THE WHOLE THING. |
| 15:16:18 | 7 | BY MR. BUSCH: |
| 15:16:31 | 8 | Q.   TURN, IF YOU WOULD, TO PAGE 41. |
| 15:16:35 | 9 | TOP MIDDLE 41, NOT 41 OF. |
| 15:16:36 | 10 | A.   UH-HUH. |
| 15:16:45 | 11 | Q.   AND I WANT TO DIRECT YOUR ATTENTION |
| 15:16:51 | 12 | TO THE LANGUAGE AT THE VERY BOTTOM WHERE IT SAYS, |
| 15:16:53 | 13 | BEGINS WITH, "SUBJECT TO THE EXCEPTIONS." |
| 15:16:55 | 14 | "SUBJECT TO THE EXCEPTIONS SET FORTH |
| 15:16:58 | 15 | IN SUBPARAGRAPH (E)(II) -- |
| 15:16:59 | 16 | A.   WHERE ARE YOU AT? |
| 15:17:01 | 17 | Q.   LAST SENTENCE OF PAGE 41. |
| 15:17:01 | 18 | A.   OKAY. |
| 15:17:03 | 19 | Q.   "SUBJECT TO THE EXCEPTION |
| 15:17:05 | 20 | SET FORTH IN PARAGRAPH (E)(II,) |
| 15:17:07 | 21 | THE SECOND SENTENCE OF SUBPARAGRAPH |
| 15:17:09 | 22 | (E)(I) IS INTENDED TO MAKE THESE |
| 15:17:12 | 23 | CONTROLLED COMPOSITION CLAUSES |
| 15:17:15 | 24 | INAPPLICABLE TO DIGITAL FORMER |
| | 25 | RECORD DELIVERIES." |

15:17:17  1          DO YOU SEE THAT?

15:17:17  2          A.   YES.

15:17:19  3          Q.   DID YOU EVER STUDY THAT OR LOOKED

15:17:21  4  AT THAT IN CONNECTION WITH THIS LAWSUIT TO SEE

15:17:25  5  WHETHER THIS LANGUAGE WOULD MAKE CONTROLLED

15:17:27  6  COMPOSITION CLAUSES INAPPLICABLE TO D.P.D.'S BY

15:17:30  7  VIRTUE OF THE -- OF THE ACT?

15:17:30  8          A.   NO.

15:17:44  9          Q.   AND HAVE YOU EVER READ THE

15:17:46  10  PARAGRAPH THAT FOLLOWS ON PAGE 42?

15:17:46  11          A.   NO.

15:17:49  12          Q.   OKAY.  DO YOU KNOW WHAT IMPACT THIS

15:17:53  13  HAS ON WHETHER DIGITAL DOWNLOADS ARE -- ARE

15:17:55  14  APPLICABLE TO CONTROLLED COMPOSITION CLAUSES?

15:17:56  15          MR. POMERANTZ:  INSTRUCTION NOT TO

15:17:59  16  ANSWER.  GOES BEYOND WHAT WE'RE DESIGNATING HIM

15:18:21  17  ABOUT.

15:18:22  18          MR. BUSCH:  I HAVE A SECTION HERE

15:18:28  19  IN MY EXAMINATION THAT DEALS WITH THE QUESTIONS

15:18:36  20  REGARDING THE REQUIREMENT TO GET LICENSES WHEN A

15:18:39  21  MASTER RECORDING IS LICENSED TO A THIRD PARTY

15:18:43  22  COMPILATION AND HOW THAT IMPACTS -- WOULDN'T THE

15:18:47  23  SAME ANALYSIS APPLY WITH RESPECT TO DIGITAL

15:18:48  24  DOWNLOAD PROVIDERS.

25          AND I ASSUME THAT YOU'RE NOT GOING

| 15:18:51 | 1 | TO LET ME ASK THOSE QUESTIONS? |
| 15:18:52 | 2 | MR. POMERANTZ: CORRECT. WE'RE NOT |
| 15:18:55 | 3 | DESIGNATING HIM AS AN EXPERT WITNESS ON THAT |
| 15:18:55 | 4 | SUBJECT MATTER. |
| 15:18:56 | 5 | MR. BUSCH: SO ANY QUESTIONS THAT I |
| 15:18:58 | 6 | WOULD HAVE THAT RELATED TO AFFILIATED OR |
| 15:19:01 | 7 | UNAFFILIATED LICENSEES AND ANY COMPARISON BETWEEN |
| 15:19:07 | 8 | AN ITUNES TO A, FOR EXAMPLE, THIRD-PARTY LICENSEE |
| 15:19:11 | 9 | OF A MASTER RECORDING FOR PURPOSES OF RELEASING |
| 15:19:14 | 10 | COMPILATION ALBUMS, HE'S NOT BEING DESIGNATED AND |
| 15:19:15 | 11 | YOU WOULD INSTRUCT HIM NOT TO ANSWER? |
| 15:19:17 | 12 | MR. POMERANTZ: CORRECT. |
| 15:19:22 | 13 | MR. BUSCH: OKAY. |
| 15:19:22 | 14 | BY MR. BUSCH: |
| 15:19:24 | 15 | Q. HAVE YOU EVER REPRESENTED A MUSIC |
| 15:19:27 | 16 | PUBLISHER IN THE NEGOTIATION OF A LICENSE WITH A |
| 15:19:30 | 17 | COMPANY RELEASING A COMPILATION ALBUM? |
| 15:19:36 | 18 | A. WELL, I REPRESENT THE PUBLISHING |
| 15:19:42 | 19 | COMPANY AFFILIATES OF A NUMBER OF ARTISTS, |
| 15:19:47 | 20 | "OFFSPRING," "METALLICA," THEY OWN THEIR OWN |
| 15:19:51 | 21 | PUBLISHING. SO OUR FIRM DEFINITELY HAS DONE THAT. |
| 15:19:53 | 22 | AND I PROBABLY HAVE, TOO, BUT NOT RECENTLY. |
| 15:19:55 | 23 | Q. OKAY. AND DO YOU KNOW WHETHER |
| 15:19:58 | 24 | THOSE ARTISTS WERE SUBJECT TO A CONTROLLED |
| | 25 | COMPOSITION CLAUSE WITH ANOTHER RECORD LABEL BUT |

| | | |
|---|---|---|
| 15:20:04 | 1 | NONETHELESS WERE CONTACTED BY THE THIRD PARTY |
| 15:20:07 | 2 | RELEASING A COMPILATION ALBUM TO GET A MECHANICAL |
| 15:20:08 | 3 | LICENSE FROM YOU OR FROM YOUR ARTIST? |
| 15:20:10 | 4 | A.   THAT HAPPENS SOMETIMES. |
| 15:20:21 | 5 | Q.   DO YOU HAVE AN OPINION ON WHETHER |
| 15:20:24 | 6 | THE -- ON WHETHER THE CONTROLLED COMPOSITION |
| 15:20:28 | 7 | CLAUSE APPLIES TO SUCH RELEASES BY UNAFFILIATED |
| 15:20:31 | 8 | THIRD PARTIES LIKE A LICENSEE WHO IS RELEASING A |
| 15:20:34 | 9 | COMPILATION ALBUM WHERE THEY'VE LICENSED THE |
| 15:20:35 | 10 | MASTER FROM THE RECORD LABEL? |
| 15:20:38 | 11 | A.   THIS CONTROLLED COMPOSITION CLAUSE |
| 15:20:39 | 12 | OR IN GENERAL? |
| 15:20:41 | 13 | Q.   IN GENERAL. |
| 15:20:48 | 14 | A.   IN GENERAL, MOST CONTROLLED |
| 15:20:50 | 15 | COMPOSITION CLAUSES PURPORT TO ACQUIRE THOSE |
| 15:20:54 | 16 | RIGHTS.   THEY -- MOST OF THEM ATTEMPT TO ACQUIRE |
| 15:20:57 | 17 | THE RIGHTS TO BE ABLE TO SUBLICENSE TO THIRD |
| 15:20:58 | 18 | PARTIES. |
| 15:20:59 | 19 | Q.   DOES THIS ONE? |
| 15:21:01 | 20 | A.   I THINK SO, YES. |
| 15:21:04 | 21 | Q.   SO YOUR TESTIMONY IS THAT -- SO HE |
| 15:21:06 | 22 | IS GOING TO TESTIFY ABOUT THE AFFILIATED LICENSEE? |
| 15:21:07 | 23 | MR. POMERANTZ:  NO, I DON'T.  I WAS |
| 15:21:10 | 24 | WONDERING WHERE YOU WERE GOING, BUT THAT IS NOT A |
| | 25 | SUBJECT WE WOULD INTEND TO HAVE HIM OFFER EXPERT |

| 15:21:14 | 1 | TESTIMONY IN.  AND SO, NO. |

15:21:16  2        I REALIZE YOU DON'T LIKE HIS

15:21:20  3   OPINION, BUT THAT'S NOT A SUBJECT THAT WE ARE

15:21:23  4   INTENDING TO OFFER EXPERT TESTIMONY FROM

15:21:23  5   MR. PATERNO.

15:21:24  6        MR. BUSCH:  BECAUSE YOU HAD

15:21:25  7   INSTRUCTED HIM NOT TO --

15:21:26  8        MR. POMERANTZ:  I WAS TRYING TO

15:21:28  9   LISTEN TO YOUR QUESTIONS AND SEE IF IT WAS GOING

15:21:29  10  TO ONE OF THE THREE SUBJECT MATTERS THAT WE HAD

15:21:32  11  DESIGNATED HIM ON, AND I DON'T SEE THAT.

15:21:35  12        SO NO, I DON'T THINK WE WOULD

15:21:38  13  INTEND TO OFFER HIM AS AN EXPERT ON THOSE

15:21:47  14  SUBJECTS.

15:21:47  15  BY MR. BUSCH:

15:21:48  16        Q.   OKAY.  WELL, NOW THAT YOU'VE

15:21:50  17  ANSWERED THE QUESTION, DO YOU KNOW WHY THE THIRD

15:21:52  18  PARTY RECORD LABELS, THIRD-PARTY LICENSEES WHO

15:21:55  19  WERE RELEASING COMPILATION ALBUMS WOULD HAVE

15:21:59  20  CONTACTED YOU OR YOUR ARTIST FOR A MECHANICAL

15:22:03  21  LICENSE IF THE COMPOSITION WAS COVERED BY THE

15:22:06  22  CONTROLLED COMPOSITION CLAUSE FOR WHICH THEY

15:22:06  23  RECEIVED THE LICENSE?

15:22:07  24        MR. POMERANTZ:  I'M GOING TO

25  INSTRUCT HIM NOT TO ANSWER.

| 15:22:14 | 1 | BY MR. BUSCH: |
| 15:22:17 | 2 | Q. ALL RIGHT. LET'S GO TO THE OTHER |
| 15:22:21 | 3 | SENTENCE IN -- OR TWO SENTENCES IN THE SULLIVAN |
| 15:22:23 | 4 | REPORT THAT YOU HAVE BEEN DESIGNATED AS AN EXPERT |
| 15:22:25 | 5 | ON. |
| 15:22:28 | 6 | AND I'LL READ IT FOR THE RECORD. |
| 15:22:30 | 7 | IT'S PAGE 13 OF THE SULLIVAN REPORT. |
| 15:22:39 | 8 | A. OKAY. I SPLIT IT UP SOMEWHERE. |
| 15:22:40 | 9 | HERE. OKAY. GOT IT. |
| 15:22:42 | 10 | Q. THE SENTENCE BEGINS: |
| 15:22:43 | 11 | "HOWEVER, AS NOTED ABOVE, |
| 15:22:46 | 12 | THE POSITION TAKEN BY DEFENDANTS FOR |
| 15:22:48 | 13 | PURPOSES OF THIS LITIGATION IS AT |
| 15:22:50 | 14 | ODDS WITH WILDLY ACCEPTED INDUSTRY |
| 15:22:54 | 15 | PRACTICE BETWEEN PUBLISHERS INCLUDING |
| 15:22:55 | 16 | H.F.A. AND INDEPENDENT PUBLISHERS AND |
| 15:22:57 | 17 | RECORD LABELS INCLUDING DEFENDANTS |
| 15:22:59 | 18 | AFTERMATH AND U.M.G. TO SEPARATELY |
| 15:23:02 | 19 | LICENSE FROM PUBLISHERS REPRESENTING |
| 15:23:02 | 20 | SOLELY THEIR RESPECTED PERCENTAGE |
| 15:23:04 | 21 | SHARES OF THE COPYRIGHT AND THE |
| 15:23:06 | 22 | COMPOSITION, AND IN EACH INSTANCE |
| 15:23:09 | 23 | PURSUANT TO SEPARATE LICENSES FOR |
| 15:23:12 | 24 | MECHANICAL, PHYSICAL AND D.P.D. |
| | 25 | DIGITAL REPRODUCTION AND |

| | | |
|---|---|---|
| 15:23:14 | 1 | DISTRIBUTION." |
| 15:23:15 | 2 | DO YOU SEE THAT? |
| 15:23:15 | 3 | A.   YES. |
| 15:23:17 | 4 | Q.   WHAT IS YOUR OPINION IN RESPONSE TO |
| 15:23:17 | 5 | THAT SENTENCE? |
| 15:23:20 | 6 | A.   LET ME READ IT AGAIN, BECAUSE I GOT |
| 15:23:20 | 7 | LOST BECAUSE I WAS LOOKING AT THE WRONG ONE. |
| 15:23:22 | 8 | Q.   THAT'S FINE.  READ IT TO YOURSELF. |
| 15:23:24 | 9 | AND WHEN YOU'RE READY, ANSWER. |
| 15:23:45 | 10 | (DOCUMENT REVIEWED BY DEPONENT.) |
| 15:23:46 | 11 | THE DEPONENT:  OKAY.  SO, YEAH, |
| 15:23:46 | 12 | WHAT'S THE QUESTION? |
| 15:23:47 | 13 | BY MR. BUSCH: |
| 15:23:49 | 14 | Q.   THE QUESTION IS:  TELL ME WHAT YOUR |
| 15:23:50 | 15 | OPINION IS IN RESPONSE TO THAT SENTENCE WHICH YOU |
| 15:24:03 | 16 | HAVE BEEN DESIGNATED AS AN EXPERT. |
| 15:24:15 | 17 | A.   WELL, MY RESPONSE IS THAT RECORD |
| 15:24:25 | 18 | LABELS -- LET ME READ THIS AGAIN, SIR. |
| 15:24:27 | 19 | SO WHAT THE THING IS SAYING, WHAT |
| 15:24:30 | 20 | THE SENTENCE IS SAYING IS THAT -- THAT IT'S |
| 15:24:34 | 21 | CUSTOMARY THAT -- THAT LICENSORS SEEK OUT SEPARATE |
| 15:24:39 | 22 | LICENSES FOR EACH INDIVIDUAL SHARE OF THE |
| 15:24:42 | 23 | COPYRIGHT FROM THE COPYRIGHT HOLDER OF THAT SHARE |
| 15:24:47 | 24 | OF THE COMPOSITION.  THAT'S CUSTOMARY, YES. |
| | 25 | HOWEVER, THEY DON'T HAVE TO.  IT'S |

| | | |
|---|---|---|
| 15:24:49 | 1 | JUST WHAT THEY DO. |
| 15:24:50 | 2 | BY MR. BUSCH: |
| 15:24:51 | 3 | Q.   DO YOU KNOW WHETHER IT'S REQUIRED |
| 15:24:53 | 4 | OR NOT? |
| 15:24:57 | 5 | A.   IT'S -- WELL, IT DEPENDS ON THE |
| 15:25:00 | 6 | CONTROLLED COMPOSITION CLAUSE.  MOST CONTROLLED |
| 15:25:05 | 7 | COMPOSITION CLAUSES SAY TO THE PERSON, YOU KNOW, |
| 15:25:07 | 8 | AGREEING TO THE CLAUSE, IT SAYS THAT ANY |
| 15:25:10 | 9 | COMPOSITION WRITTEN IN WHOLE OR IN PART BY YOU OR |
| 15:25:13 | 10 | ANYBODY OWNED OR CONTROLLED, OR WHATEVER, BY YOU |
| 15:25:16 | 11 | IS HEREBY LICENSED OR WILL BE LICENSED OR LICENSED |
| 15:25:18 | 12 | TO US FOR THE FOLLOWING RATES. |
| 15:25:23 | 13 | SO THE ARTIST, WHO IS GENERALLY THE |
| 15:25:25 | 14 | SIGNATORY OF THAT AGREEMENT, IS REQUIRED TO |
| 15:25:28 | 15 | DELIVER NOT ONLY HIS SHARE BUT THE SHARES OF OTHER |
| 15:25:28 | 16 | WRITERS TOO. |
| 15:25:31 | 17 | Q.   THAT THEY CONTROL OR ARE AFFILIATED |
| 15:25:31 | 18 | WITH? |
| 15:25:32 | 19 | A.   NO, NO.  IT SAYS IN WHOLE OR IN |
| 15:25:36 | 20 | PART.  MOST CONTROLLED COMPOSITIONS SAY IN WHOLE |
| 15:25:40 | 21 | OR IN PART.  SO ANY COMPOSITION, WRITTEN IN WHOLE |
| 15:25:42 | 22 | OR IN PART, IS A CONTROLLED COMPOSITION, AND THE |
| 15:25:44 | 23 | ARTIST IS REQUIRED TO DELIVER THE RIGHTS TO THAT |
| 15:25:45 | 24 | COMPOSITION. |
| | 25 | Q.   LET'S BACK UP SO I UNDERSTAND WHAT |

| 15:25:48 | 1 | YOU SAID, AND I WANT TO UNDERSTAND THIS. |

15:25:48   1    YOU SAID, AND I WANT TO UNDERSTAND THIS.

15:25:51   2              WELL, FIRST YOU SAID IT IS TRUE

15:25:54   3    THAT A CUSTOM AND PRACTICE IS THAT A PUBLISHER

15:25:56   4    ONLY LICENSES THEIR SHARE; CORRECT?

15:25:58   5              MR. POMERANTZ:  NO, THAT'S NOT WHAT

15:25:59   6    HE SAID.

15:26:00   7              MR. BUSCH:  LET HIM ANSWER THE

15:26:00   8    QUESTION.

15:26:02   9              MR. POMERANTZ:  BUT YOU MISSTATED

15:26:02   10   HIS TESTIMONY.

15:26:04   11             MR. BUSCH:  I DON'T BELIEVE I DID.

15:26:05   12             THE DEPONENT:  IT'S FAIRLY

15:26:06   13   CUSTOMARY THAT -- THAT THE LABEL WILL SEEK OUT

15:26:09   14   LICENSES FROM EACH INDIVIDUAL PUBLISHER FOR A

15:26:11   15   NUMBER OF REASONS, ONE OF WHICH MAKES IT EASIER

15:26:13   16   FOR THEM TO KNOW WHO TO ACCOUNT TO.

15:26:13   17   BY MR. BUSCH:

15:26:15   18        Q.   SO IT IS FAIR TO SAY THAT, FOR

15:26:17   19   EXAMPLE, HARRY FOX WILL JUST LICENSE THE SHARE OF

15:26:21   20   THOSE WRITERS OR PUBLISHERS THAT ARE CONTROLLED BY

15:26:22   21   HARRY FOX?

15:26:23   22             MR. POMERANTZ:  OBJECTION TO THE

15:26:24   23   EXTENT IT MISSTATES HIS TESTIMONY.

15:26:25   24   BY MR. BUSCH:

           25        Q.   IS THAT RIGHT?

15:26:27    1              A.    NO, IT'S NOT RIGHT.  HARRY FOX WILL

15:26:30    2    LICENSE WHAT THEY'RE ASKED TO LICENSE, AND

15:26:32    3    GENERALLY THEY'RE JUST ASKED TO LICENSE THEIR

15:26:32    4    SHARE.

15:26:34    5              Q.    OKAY.  NOW, YOU SAID THAT --

15:26:36    6              A.    THEY MAY OR MAY NOT LICENSE THE

15:26:39    7    OTHER PERSON'S SHARE, BUT NEVER -- NOT NEVER, BUT

15:26:41    8    CUSTOMARILY THEY'RE NOT ASKED TO LICENSE THE OTHER

15:26:41    9    PERSON'S SHARE.

15:26:44    10             Q.    NOW -- AND THEN THERE WAS A SECOND

15:26:48    11   PART WHERE YOU SAID REQUIRED, NOT REQUIRED.  AND

15:26:51    12   YOU SAID THAT THE LICENSING OF THE TOTAL SHARE IS

15:26:52    13   NOT REQUIRED.

15:26:53    14             DO YOU KNOW WHETHER IF, FOR

15:26:57    15   EXAMPLE, YOU HAD THREE PUBLISHERS, TWO OF WHICH

15:27:03    16   WERE -- TWO OF WHICH WERE -- LICENSED THEIR SHARE,

15:27:10    17   BUT THE THIRD PUBLISHER WAS CONTACTED REFUSED TO

15:27:13    18   LICENSE THE SHARE AND OBJECTED TO THE USE, DOES

15:27:15    19   THE LABEL, UNDER THOSE CIRCUMSTANCES, HAVE THE

15:27:16    20   RIGHT TO EXPLOIT THE COMPOSITION?

15:27:17    21             MR. POMERANTZ:  OBJECTION TO THE

15:27:20    22   EXTENT IT'S ASKING FOR A LEGAL CONCLUSION.

15:27:22    23             YOU CAN ANSWER TO THE EXTENT THAT

15:27:23    24   YOU KNOW.

            25             THE DEPONENT:  YEAH.  I CAN'T

| | | |
|---|---|---|
| 15:27:31 | 1 | REMEMBER WHAT THE ANSWER IS.  I THINK THE ANSWER |
| 15:27:31 | 2 | IS GOING TO BE ABSOLUTELY.  BUT I CAN'T REMEMBER |
| 15:27:32 | 3 | WHAT THE ANSWER IS ANYMORE. |
| 15:27:32 | 4 | BY MR. BUSCH: |
| 15:27:34 | 5 | Q.   MY QUESTION IS:  IF YOU HAVE THREE |
| 15:27:38 | 6 | PUBLISHERS, AND THE RECORD LABEL GETS A MECHANICAL |
| 15:27:41 | 7 | LICENSE FROM TWO OF THE PUBLISHERS, THE THIRD |
| 15:27:44 | 8 | PUBLISHER OBJECTS TO GIVING A LICENSE AND IN FACT |
| 15:27:47 | 9 | OBJECTS TO THE USE AND SAYS, "I DO NOT WANT YOU |
| 15:27:49 | 10 | USING MY COMPOSITION FOR THIS PURPOSE." |
| 15:27:49 | 11 | A.   RIGHT. |
| 15:27:50 | 12 | Q.   DO YOU KNOW WHETHER THE RECORD |
| 15:27:53 | 13 | LABEL HAS THE RIGHT TO EXPLOIT THAT COMPOSITION |
| 15:27:55 | 14 | FOR THAT PURPOSE THAT THE PUBLISHER OBJECTS TO? |
| 15:27:56 | 15 | MR. POMERANTZ:  OBJECTION TO THE |
| 15:27:58 | 16 | EXTENT IT CALLS FOR A LEGAL CONCLUSION.  IT'S ALSO |
| 15:27:59 | 17 | AN INCOMPLETE HYPOTHETICAL. |
| 15:28:02 | 18 | THE DEPONENT:  UNDER A TYPICAL |
| 15:28:03 | 19 | CONTROLLED COMPOSITION CLAUSE, THE ANSWER IS THAT |
| 15:28:06 | 20 | THE RECORD LABEL CAN RELY ON THE GRANT FROM THE |
| 15:28:11 | 21 | WRITER.  IF IT'S AN OUTSIDE SONG, A LABEL CAN RELY |
| 15:28:14 | 22 | ON A NONEXCLUSIVE LICENSE PROVIDED BY ANY OF THE |
| 15:28:14 | 23 | COPYRIGHT HOLDERS. |
| 15:28:16 | 24 | BY MR. BUSCH: |
| | 25 | Q.   EVEN IF THERE IS AN OBJECTION BY |

| | | |
|---|---|---|
| 15:28:19 | 1 | ONE OF THE PUBLISHERS? |
| 15:28:20 | 2 | A. YES. |
| 15:28:21 | 3 | Q. AND WHAT IS YOUR BASIS FOR SAYING |
| 15:28:21 | 4 | THAT? |
| 15:28:22 | 5 | A. THE AREA THAT I'M NOT DESIGNATED TO |
| 15:28:24 | 6 | BE AN EXPERT ON. |
| 15:28:26 | 7 | Q. DO YOU KNOW WHETHER NIMMER TAKES |
| 15:28:27 | 8 | THAT SAME POSITION? |
| 15:28:29 | 9 | A. I'M PRETTY CONFIDENT THAT HE DOES. |
| 15:28:29 | 10 | AGAIN -- |
| 15:28:31 | 11 | Q. WOULD IT SURPRISE YOU IF HE DIDN'T? |
| 15:28:32 | 12 | A. WELL, IT DEPENDS. IT DEPENDS ON |
| 15:28:33 | 13 | THE TERRITORY. FOR THE UNITED STATES, I WOULD BE |
| 15:28:34 | 14 | SHOCKED IF HE DIDN'T. |
| 15:28:38 | 15 | Q. OKAY. DO YOU KNOW WHETHER THAT -- |
| 15:28:41 | 16 | DO YOU KNOW WHETHER THAT POINT OF LAW -- THAT |
| 15:28:44 | 17 | POINT HAS EVER BEEN LITIGATED? |
| 15:28:46 | 18 | MR. POMERANTZ: YOU KNOW, HE'S NOT |
| 15:28:48 | 19 | HERE AS A LEGAL EXPERT. HE'S HERE TO OFFER |
| 15:28:54 | 20 | OPINIONS ON VARIOUS CUSTOMARY USAGES IN THE MUSIC |
| 15:28:56 | 21 | INDUSTRY WITH RESPECT TO CONTROLLED COMPOSITION |
| 15:28:56 | 22 | CLAUSES. |
| 15:28:56 | 23 | BY MR. BUSCH: |
| 15:28:58 | 24 | Q. SO IS IT FAIR TO SAY THAT WITH |
| | 25 | RESPECT TO THE SENTENCE THAT YOU'VE BEEN |

| | | |
|---|---|---|
| 15:29:03 | 1 | DESIGNATED AS AN EXPERT ON, MR. PATERNO, THAT YOU |
| 15:29:09 | 2 | DON'T DISAGREE WITH THE STATEMENT THAT IS MADE |
| 15:29:10 | 3 | WITHIN THAT SENTENCE? |
| 15:29:10 | 4 | MR. POMERANTZ: OBJECTION; |
| 15:29:12 | 5 | MISSTATES HIS TESTIMONY. |
| 15:29:12 | 6 | THE DEPONENT: I DON'T DISAGREE |
| 15:29:15 | 7 | WITH SOME OF THE STATEMENTS. I MEAN, PARTS OF IT |
| 15:29:16 | 8 | I DO DISAGREE WITH. |
| 15:29:16 | 9 | BY MR. BUSCH: |
| 15:29:17 | 10 | Q. OKAY. I WOULD LIKE TO KNOW IN THIS |
| 15:29:20 | 11 | SENTENCE WHAT PART OF IT -- WHAT PART OF IT DO YOU |
| 15:29:20 | 12 | AGREE WITH? |
| 15:29:26 | 13 | A. WELL, THE POSITION TAKEN ABOVE |
| 15:29:43 | 14 | TAKEN BY -- WELL, I GUESS THE POSITION TAKEN BY |
| 15:29:47 | 15 | DEFENDANTS FOR PURPOSES OF THIS LITIGATION IS AT |
| 15:29:50 | 16 | ODDS WITH WIDELY ACCEPTED INDUSTRY PRACTICE |
| 15:29:52 | 17 | BETWEEN PUBLISHERS AND RECORD LABELS. |
| 15:29:55 | 18 | IT'S NOT AT ODDS WITH IT. IT'S |
| 15:29:59 | 19 | JUST NOT -- IT'S JUST NOT CUSTOMARY. I MEAN, IT'S |
| 15:30:01 | 20 | NOT CUSTOMARY -- AS I TESTIFIED BEFORE, IT'S NOT |
| 15:30:02 | 21 | CUSTOMARILY DONE THAT WAY. |
| 15:30:03 | 22 | Q. IN WHAT WAY? |
| 15:30:07 | 23 | A. THAT -- THAT ONE PUBLISHER WILL |
| 15:30:10 | 24 | GRANT A LICENSE ON BEHALF OF OTHER COPUBLISHERS. |
| | 25 | BUT THAT'S JUST BECAUSE MOST PEOPLE COOPERATE, AND |

| 15:30:17 | 1 | SO IT NEVER COMES TO THIS. |
| 15:30:28 | 2 | Q.   OKAY. |
| 15:30:30 | 3 | A.   AND AGAIN, I DON'T WANT TO GET TOO |
| 15:30:33 | 4 | FAR AFIELD, BUT I CERTAINLY HAVE TAKEN THE |
| 15:30:35 | 5 | POSITION THAT THIS PERSON CLAIMS IS AT ODDS WITH |
| 15:30:39 | 6 | INDUSTRY PRACTICE ON, YOU KNOW, NOT EVERY DAY, BUT |
| 15:30:40 | 7 | IT COMES UP. |
| 15:30:42 | 8 | AND WE HAVE, ON BEHALF OF OTHER |
| 15:30:46 | 9 | HOLDERS OF COPYRIGHTS, LICENSED THEIR INTERESTS IN |
| 15:30:49 | 10 | THE COPYRIGHT WHEN THEY WEREN'T BEING COOPERATIVE. |
| 15:30:51 | 11 | Q.   WHO? |
| 15:30:54 | 12 | A.   I DON'T -- YOU KNOW, AGAIN, I DON'T |
| 15:30:56 | 13 | REMEMBER.  IT CAME UP LAST WEEK, AND I CAN'T FOR |
| 15:30:58 | 14 | THE LIFE OF ME TELL YOU WHO IT WAS. |
| 15:31:15 | 15 | Q.   IS IT FAIR TO SAY THAT LICENSES ARE |
| 15:31:19 | 16 | NARROWLY CONSTRUED TO CONFORM TO THE LANGUAGE IN |
| 15:31:19 | 17 | THE LICENSE? |
| 15:31:20 | 18 | MR. POMERANTZ:  WHAT ARE YOU |
| 15:31:22 | 19 | TALKING ABOUT?  WHAT KIND OF LICENSE?  WHAT |
| 15:31:24 | 20 | CONTEXT?  HOW DOES IT RELATE TO HIS OPINIONS? |
| 15:31:25 | 21 | BY MR. BUSCH: |
| 15:31:26 | 22 | Q.   WOULD IT BE FAIR TO SAY THAT A |
| 15:31:29 | 23 | LICENSE TO USE A COMPOSITION FOR A CERTAIN PURPOSE |
| 15:31:33 | 24 | IS NARROWLY CONSTRUED TO ONLY GRANT A LICENSE FOR |
|  | 25 | THAT PURPOSE IDENTIFIED WITHIN THE LICENSE? |

| | | |
|---|---|---|
| 15:31:36 | 1 | MR. POMERANTZ:  I'M GOING TO |
| 15:31:39 | 2 | INSTRUCT HIM NOT TO ANSWER UNLESS YOU CAN EXPLAIN |
| 15:31:42 | 3 | TO ME HOW THAT RELATES TO ONE OF THE THREE |
| 15:31:51 | 4 | OPINIONS THAT WE ARE INTENDING TO OFFER HIM ON. |
| 15:31:58 | 5 | BY MR. BUSCH: |
| 15:32:02 | 6 | Q.   LET'S GET MR. ABRAMS' REPORT IN |
| 15:32:15 | 7 | FRONT OF YOU.  AND AM I RIGHT, THERE IS ONLY ONE? |
| 15:32:17 | 8 | MR. POMERANTZ:  YEAH.  IT'S THE |
| 15:32:19 | 9 | SENTENCE THAT BEGINS ON THE TOP OF PAGE 3 THAT |
| 15:32:21 | 10 | STARTS WITH THE WORD "INITIALLY."  I THINK IT'S |
| 15:32:27 | 11 | ACTUALLY TWO SENTENCES, BUT IT'S CLAUSES A AND B. |
| 15:32:29 | 12 | I DON'T KNOW IF YOU'VE GIVEN US |
| 15:32:29 | 13 | THIS REPORT YET. |
| 15:32:33 | 14 | MR. BUSCH:  I DID.  DID I GIVE YOU |
| 15:32:34 | 15 | ABRAMS? |
| 15:32:35 | 16 | THE DEPONENT:  I DON'T THINK I HAVE |
| 15:32:35 | 17 | IT. |
| 15:32:37 | 18 | MR. BUSCH:  LET ME GIVE IT TO YOU, |
| 15:32:55 | 19 | THEN. |
| 15:32:57 | 20 | MR. POMERANTZ:  I'LL GIVE HIM MY |
| 15:32:58 | 21 | COPY. |
| 15:33:01 | 22 | MR. BUSCH:  AND SAME POINT HERE, |
| 15:33:02 | 23 | WHICH IS THAT YOU'RE ONLY GOING TO LET HIM ANSWER |
| 15:33:04 | 24 | QUESTIONS THAT RELATE TO THIS -- WITH RESPECT TO |
| | 25 | THIS PARTICULAR? |

| | | |
|---|---|---|
| 15:33:06 | 1 | MR. POMERANTZ: CORRECT. THAT'S |
| 15:33:08 | 2 | THE SUBJECT MATTER THAT HE'S GOING TO BE |
| 15:33:11 | 3 | TESTIFYING ABOUT AS AN EXPERT AND REBUTTING. |
| 15:33:12 | 4 | MR. BUSCH: OKAY. AND I HAVE THE |
| 15:33:14 | 5 | SAME RESERVATION OF RIGHTS. |
| 15:33:14 | 6 | BY MR. BUSCH: |
| 15:33:17 | 7 | Q. MR. PATERNO, MR. POMERANTZ HAS SAID |
| 15:33:18 | 8 | THAT YOU'RE ONLY GOING TO BE TESTIFYING ABOUT |
| 15:33:22 | 9 | THIS -- THESE TWO CLAUSES WITHIN OR THESE TWO |
| 15:33:25 | 10 | SENTENCES WITHIN MR. ABRAMS' REPORT. |
| 15:33:27 | 11 | MR. POMERANTZ: LET ME JUST -- I'M |
| 15:33:29 | 12 | SORRY TO INTERRUPT. WE'RE ON PAGE 3. |
| 15:33:30 | 13 | THE DEPONENT: I WAS WAITING FOR |
| 15:33:31 | 14 | HIM TO TELL ME. |
| 15:33:32 | 15 | MR. POMERANTZ: WE'RE ON PAGE 3 AT |
| 15:33:34 | 16 | THE TOP BEGINNING WITH THE SENTENCE, WITH THE WORD |
| 15:33:37 | 17 | "INITIALLY" IN THE FIRST LINE. |
| 15:33:38 | 18 | CAN YOU JUST GIVE HIM ONE MOMENT TO |
| 15:33:38 | 19 | READ THE SENTENCE. |
| 15:33:39 | 20 | BY MR. BUSCH: |
| 15:33:40 | 21 | Q. "INITIALLY, THEREFORE, THERE |
| 15:33:41 | 22 | ARE TWO THINGS TO NOTE. THIS IS NOT |
| 15:33:44 | 23 | A SELF-EFFECTUATING CONTROLLED |
| 15:33:45 | 24 | COMPOSITION CLAUSE AS THAT TERM IS |
| | 25 | KNOWN AND UNDERSTOOD WITHIN THE MUSIC |

| | | |
|---|---|---|
| 15:33:50 | 1 | INDUSTRY AND UNDER COPYRIGHT. |
| 15:33:52 | 2 | SELF-EFFECTUATING CONTROLLED |
| 15:33:53 | 3 | COMPOSITION CLAUSES WILL SAY THE |
| 15:33:55 | 4 | CONTROLLED COMPOSITIONS ARE HEREBY |
| 15:33:55 | 5 | LICENSED. |
| 15:33:57 | 6 | "AND B, AS A RESULT, THIS |
| 15:33:59 | 7 | LANGUAGE CLEARLY CONTEMPLATES THE |
| 15:34:01 | 8 | SIGNING OF A SEPARATE LICENSE THAT |
| 15:34:03 | 9 | WOULD PRESUMABLY CONTAIN THE TERMS |
| 15:34:05 | 10 | GENERALLY FOUND WITHIN THE |
| 15:34:06 | 11 | MECHANICAL LICENSES." |
| 15:34:11 | 12 | OKAY. AS TO POINT A, WOULD YOU |
| 15:34:14 | 13 | HAVE ANYTHING TO ADD BEYOND WHAT YOU TESTIFIED TO |
| 15:34:18 | 14 | ON THE SAME SUBJECT MATTER AS IT RELATED TO |
| 15:34:20 | 15 | MR. SULLIVAN'S REPORT AS TO WHY MR. ABRAMS IS |
| 15:34:21 | 16 | WRONG IN YOUR VIEW? |
| 15:34:26 | 17 | A. I CAN'T REMEMBER WHAT I TESTIFIED, |
| 15:34:38 | 18 | BUT I COULD JUST RESPOND BY SAYING THAT -- THERE |
| 15:34:43 | 19 | IS NO MAGIC WORDS THAT -- TO EFFECTUATE THE |
| 15:34:44 | 20 | COPYRIGHT. |
| 15:34:47 | 21 | THERE -- IT'S SO UNLIKELY THAT |
| 15:34:50 | 22 | THE -- IF THIS CONTRACT THAT WE'RE SPEAKING ABOUT |
| 15:34:55 | 23 | HAD SAID THE MECHANICAL -- THE CONTROLLED |
| 15:34:57 | 24 | COMPOSITIONS ARE HEREBY LICENSED, NO ATTORNEY ON |
| | 25 | THE OTHER SIDE WOULD SAY, "NO. CHANGE IT TO |

| | | |
|---|---|---|
| 15:35:02 | 1 | 'WILL.'  I NEED TO RESERVE THE RIGHT TO BE ABLE TO |
| 15:35:04 | 2 | ISSUE A SEPARATE LICENSE." |
| 15:35:07 | 3 | IT'S PATENTLY RIDICULOUS.  THERE IS |
| 15:35:07 | 4 | NOBODY PRACTICING LAW IN THE MUSIC THAT THINKS |
| 15:35:12 | 5 | THAT THE CONTROLLED COMPOSITION, WHETHER WELL |
| 15:35:15 | 6 | DRAFTED, POORLY DRAFTED, MEANS ANYTHING OTHER THAN |
| 15:35:18 | 7 | WHAT IT MEANS EVERY TIME THAT WE DO THIS, WHICH IS |
| 15:35:23 | 8 | THAT -- THAT THE COMPOSITION WILL BE LICENSED AT |
| 15:35:25 | 9 | THE RATES AND ON THE TERMS SET FORTH IN THE |
| 15:35:26 | 10 | RECORDING AGREEMENT. |
| 15:35:28 | 11 | Q.   AREN'T THERE OTHER TERMS THAT |
| 15:35:31 | 12 | AREN'T GENERALLY FOUND WITHIN LICENSES THAT ARE |
| 15:35:33 | 13 | NOT INCLUDED WITHIN THE MECHANICAL ROYALTY SECTION |
| 15:35:37 | 14 | OF -- IN THE 1998 OR 2003 AGREEMENT? |
| 15:35:40 | 15 | A.   THESE AGREEMENTS ARE SHORT FORM. |
| 15:35:45 | 16 | SO YES, GENERALLY, YES, THERE ARE THINGS MISSING. |
| 15:35:45 | 17 | NONE OF WHICH ANYBODY THINKS IS IMPORTANT. |
| 15:35:48 | 18 | Q.   AUDIT RIGHTS?  ACCOUNTING RIGHTS? |
| 15:35:49 | 19 | A.   YES, THOSE. |
| 15:35:51 | 20 | Q.   THOSE ARE NOT IMPORTANT? |
| 15:35:52 | 21 | A.   THEY'RE NOT. |
| 15:35:53 | 22 | Q.   WHAT OTHER THINGS THAT ARE FOUND |
| 15:35:56 | 23 | WITHIN LICENSES ARE NOT FOUND WITHIN THE SHORT |
| 15:35:58 | 24 | FORM AGREEMENTS THAT YOU HAVE IN FRONT OF YOU? |
| | 25 | A.   I DON'T KNOW. |

| | | |
|---|---|---|
| 15:36:02 | 1 | Q.   I MEAN, YOU SAID THERE ARE TERMS, |
| 15:36:05 | 2 | CONDITIONS THAT ARE NOT FOUND WITHIN THIS -- |
| 15:36:09 | 3 | WITHIN THE SHORT-FORM AGREEMENT THAT ARE GENERALLY |
| 15:36:10 | 4 | FOUND IN LICENSES. |
| 15:36:12 | 5 | I IDENTIFIED TWO, AUDIT RIGHTS AND |
| 15:36:14 | 6 | ACCOUNTING RIGHTS.  ARE THERE ANY OTHER RIGHTS |
| 15:36:15 | 7 | THAT YOU CAN THINK OF? |
| 15:36:18 | 8 | A.   TIME OF PAYMENT, FREQUENCY OF |
| 15:36:24 | 9 | PAYMENT, OFF THE TOP OF MY HEAD.  I MEAN, I COULD |
| 15:36:28 | 10 | LOOK AT A LICENSE AND TELL YOU WHAT'S NOT IN HERE |
| 15:36:29 | 11 | THAT'S IN A LICENSE.  THEY'RE ALL PRETTY MUCH |
| 15:36:30 | 12 | IMMATERIAL. |
| 15:36:31 | 13 | Q.   ANYTHING -- DO YOU KNOW WHETHER |
| 15:36:34 | 14 | IT'S IMMATERIAL TO EVERYONE HAVING AUDIT RIGHTS OR |
| 15:36:36 | 15 | ACCOUNTING RIGHTS OR WHEN THEY'RE BEING PAID AND |
| 15:36:37 | 16 | HOW THEY'RE BEING PAID? |
| 15:36:40 | 17 | A.   IT'S IMMATERIAL TO RATIONAL PEOPLE. |
| 15:36:43 | 18 | THEY'RE ALL PAID WITHIN 90 DAYS.  THERE IS TYPICAL |
| 15:36:45 | 19 | ACCOUNTING RIGHTS.  IT'S NOT -- THESE ARE NOT BIG |
| 15:36:46 | 20 | ISSUES. |
| 15:36:55 | 21 | Q.   DO YOU KNOW WHETHER THERE ARE |
| 15:36:57 | 22 | SPECIFIC TERMS FOUND IN DIGITAL DOWNLOAD LICENSES |
| 15:37:02 | 23 | THAT ARE NOT FOUND WITHIN THE MECHANICAL ROYALTY |
| 15:37:02 | 24 | SECTION? |
| | 25 | A.   SEPARATE DIGITAL DOWNLOAD LICENSES? |

| | | |
|---|---|---|
| 15:37:08 | 1 | Q. YES, SIR. |
| 15:37:09 | 2 | A. I DON'T KNOW. I HAVE NEVER LOOKED |
| 15:37:11 | 3 | AT A SEPARATE DIGITAL DOWNLOAD LICENSE. |
| 15:37:26 | 4 | Q. OKAY. DO YOU KNOW PERSONALLY THE |
| 15:37:28 | 5 | NAME OF LEO FERANTE? |
| 15:37:28 | 6 | A. NO. |
| 15:37:30 | 7 | Q. OKAY. DO YOU KNOW -- DO YOU KNOW |
| 15:37:34 | 8 | WHETHER WHAT MR. -- WHETHER WHAT IS REPRESENTED |
| 15:37:38 | 9 | HERE AS BEING THE TESTIMONY OF LEO FERANTE IS |
| 15:37:38 | 10 | CORRECT? |
| 15:37:40 | 11 | A. HOW WOULD I KNOW THAT? |
| 15:37:44 | 12 | Q. IN OTHER WORDS, YOU DON'T KNOW |
| 15:37:48 | 13 | WHETHER UNIVERSAL HAS A -- HAS A PRACTICE OF |
| 15:37:51 | 14 | SENDING SEPARATE LICENSE AND LICENSE REQUEST |
| 15:37:59 | 15 | LETTERS INSTEAD OF ADVICE LETTERS WHEN CONTROLLED |
| 15:38:01 | 16 | COMPOSITION LANGUAGE IS AMBIGUOUS? |
| 15:38:04 | 17 | A. THAT'S NOT WHAT YOU ASKED. YOU |
| 15:38:06 | 18 | ASKED ME IF THIS WAS THE TESTIMONY OF LEO |
| 15:38:07 | 19 | FERRANTE. |
| 15:38:08 | 20 | Q. NO, NO. WHAT I ASKED YOU WAS |
| 15:38:09 | 21 | DOESN'T MATTER. |
| 15:38:10 | 22 | WHAT I MEANT TO ASK YOU, BUT I |
| 15:38:12 | 23 | DIDN'T ASK IT CLEARLY ENOUGH WAS: DO YOU KNOW |
| 15:38:15 | 24 | WHETHER IT WAS REPRESENTED TO BE THE TESTIMONY OF |
| | 25 | MR. FERANTE? |

| | | |
|---|---|---|
| 15:38:16 | 1 | A.   IS THERE A PRACTICE? |
| 15:38:17 | 2 | Q.   IS THERE A PRACTICE. |
| 15:38:19 | 3 | MR. POMERANTZ:  OBJECTION; LACK OF |
| 15:38:19 | 4 | FOUNDATION. |
| 15:38:20 | 5 | THE DEPONENT:  I BELIEVE THAT TO BE |
| 15:38:21 | 6 | THEIR PRACTICE. |
| 15:38:21 | 7 | BY MR. BUSCH: |
| 15:38:22 | 8 | Q.   OKAY.  AND HOW DO YOU KNOW THAT? |
| 15:38:24 | 9 | A.   I DON'T KNOW FOR CERTAIN. |
| 15:38:26 | 10 | Q.   WHAT IS YOUR BELIEF BASED UPON? |
| 15:38:29 | 11 | A.   I'VE BEEN DOING THIS A LONG TIME, |
| 15:38:32 | 12 | AND IT'S MY UNDERSTANDING THAT'S HOW IT WORKS.  I |
| 15:38:36 | 13 | HAVEN'T ISSUED, RECEIVED, REVIEWED OR LOOKED AT A |
| 15:38:38 | 14 | MECHANICAL LICENSE IN A REALLY LONG TIME. |
| 15:38:41 | 15 | Q.   OKAY.  AND YOU WORK WITH UNIVERSAL; |
| 15:38:43 | 16 | IS THAT CORRECT? |
| 15:38:44 | 17 | MR. POMERANTZ:  WHAT DO YOU MEAN |
| 15:38:44 | 18 | "WORK WITH"? |
| 15:38:45 | 19 | BY MR. BUSCH: |
| 15:38:48 | 20 | Q.   YOU HAVE CAUSE TO WORK WITH |
| 15:38:51 | 21 | UNIVERSAL LAWYERS AND ATTORNEYS IN THE UNIVERSAL |
| 15:38:52 | 22 | MUSIC DEPARTMENT? |
| 15:38:55 | 23 | A.   GENERALLY, YES, ON THE OPPOSITE |
| 15:38:57 | 24 | SIDE OF THEM, YES.  WE NEGOTIATE WITH THEM. |
| | 25 | Q.   YOU'RE ALSO ON THEIR SIDE IN |

| | | |
|---|---|---|
| 15:39:01 | 1 | CONNECTION WITH AFTERMATH; IS THAT RIGHT? |
| 15:39:04 | 2 | A.   THAT'S THE ONLY TIME WHEN WE'RE -- |
| 15:39:09 | 3 | WHEN WE'RE INDEMNITY COUNSEL OR SOMEHOW -- IT'S |
| 15:39:11 | 4 | REALLY THE ONLY TIME IS ON BEHALF OF AFTERMATH |
| 15:39:12 | 5 | BECAUSE WE'RE PARTNERS. |
| 15:39:14 | 6 | Q.   AND YOU SAY THAT YOU ARE GENERALLY |
| 15:39:18 | 7 | NEGOTIATING WITH OR REPRESENTING ARTISTS IN |
| 15:39:20 | 8 | CONNECTION WITH THEIR RELATIONSHIP WITH UNIVERSAL? |
| 15:39:23 | 9 | A.   YES, THAT'S MY PRIMARY INTERACTION |
| 15:39:24 | 10 | WITH UNIVERSAL. |
| 15:39:27 | 11 | Q.   OKAY. |
| 15:39:29 | 12 | A.   AND IN TERMS OF LICENSING |
| 15:39:33 | 13 | COMPOSITIONS, THAT'S -- WE DO THAT ALSO.  I DON'T |
| 15:39:35 | 14 | DO IT.  PARALEGALS IN THE FIRM DO IT. |
| 15:40:03 | 15 | Q.   OKAY.  THAT WAS THE ONLY THING YOU |
| 15:40:13 | 16 | WERE UP TO. |
| 15:40:13 | 17 | MR. BUSCH:  ALL RIGHT.  LET ME SEE. |
| 15:40:19 | 18 | I MAY BE FINISHED. |
| 15:40:20 | 19 | THE VIDEOGRAPHER:  OFF THE RECORD |
| 15:43:19 | 20 | AT 3:40 P.M. |
| 15:43:24 | 21 | (WHEREUPON, A RECESS WAS HELD |
| 15:43:25 | 22 | FROM 3:40 P.M. TO 3:43 P.M.) |
| 15:43:32 | 23 | THE VIDEOGRAPHER:  ALL RIGHT.  BACK |
| 15:43:34 | 24 | ON THE RECORD AT 3:43 P.M. |
| | 25 | /// |

| | | |
|---|---|---|
| 15:43:35 | 1 | BY MR. BUSCH: |
| 15:43:37 | 2 | Q.   MR. POMERANTZ -- |
| 15:43:38 | 3 | MR. POMERANTZ:  NO.  START OVER |
| 15:43:39 | 4 | AGAIN. |
| 15:43:39 | 5 | BY MR. BUSCH: |
| 15:43:40 | 6 | Q.   I'M SORRY.  MR. PATERNO? |
| 15:43:40 | 7 | A.   OKAY. |
| 15:43:42 | 8 | Q.   YOU. |
| 15:43:43 | 9 | A.   THANK YOU. |
| 15:43:46 | 10 | Q.   MR. PATERNO, HAVE YOU REVIEWED OR |
| 15:43:52 | 11 | DO YOU INTEND TO SUPPLEMENT YOUR TESTIMONY WITH |
| 15:43:58 | 12 | ANY MATERIALS, TREATISES, EDUCATIONAL MATERIAL, |
| 15:44:01 | 13 | ANYTHING BEYOND JUST WHAT YOUR EXPERIENCE HAS BEEN |
| 15:44:03 | 14 | AS A PRACTICING LAWYER IN THE MUSIC INDUSTRY? |
| 15:44:07 | 15 | A.   I HADN'T PLANNED ON IT, NO. |
| 15:44:09 | 16 | Q.   OKAY.  AND I TAKE IT, YOU HAVE NOT |
| 15:44:12 | 17 | REVIEWED ANY SUCH MATERIAL IN PREPARATION FOR YOUR |
| 15:44:12 | 18 | TESTIMONY TODAY? |
| 15:44:12 | 19 | A.   NO. |
| 15:44:17 | 20 | Q.   AND YOU HAD NOT REVIEWED ANY SUCH |
| 15:44:20 | 21 | MATERIAL IN CONNECTION WITH YOUR ENGAGEMENT AS AN |
| 15:44:21 | 22 | EXPERT WITNESS IN THIS CASE? |
| 15:44:22 | 23 | A.   NO. |
| 15:44:30 | 24 | Q.   OKAY.  DO YOU INTEND TO OFFER ANY |
| | 25 | OPINIONS OR TESTIMONY ON THE SENTENCES THAT WE'VE |

| | | |
|---|---|---|
| 15:44:35 | 1 | GONE OVER TODAY BEYOND WHAT YOU TESTIFIED TO? |
| 15:44:38 | 2 | A.   WELL, I DON'T KNOW.   IT DEPENDS ON |
| 15:44:39 | 3 | WHAT PEOPLE ASK ME. |
| 15:44:41 | 4 | Q.   WELL, IS THERE ANYTHING BEYOND WHAT |
| 15:44:43 | 5 | YOU'VE BEEN ASKED TODAY WITH RESPECT TO THESE |
| 15:44:46 | 6 | SPECIFIC PARAGRAPHS THAT WE'VE GONE OVER THAT YOU |
| 15:44:48 | 7 | WOULD OFFER BEYOND WHAT YOU'VE SAID? |
| 15:44:49 | 8 | A.   WELL, I RESPONDED TO YOUR QUESTIONS |
| 15:44:51 | 9 | THAT IF THERE IS DIFFERENT QUESTIONS AT TRIAL OR |
| 15:44:53 | 10 | SOME OTHER TIME, I'LL RESPOND TO THOSE. |
| 15:44:55 | 11 | Q.   WELL, GET THE DOCUMENTS IN FRONT OF |
| 15:44:58 | 12 | YOU, PLEASE.   GET ALL THREE SENTENCES IN FRONT OF |
| 15:45:01 | 13 | YOU, AND I WOULD LIKE TO KNOW WITH RESPECT TO EACH |
| 15:45:03 | 14 | PARTICULAR ONE WHETHER YOUR EXPLANATION OR |
| 15:45:05 | 15 | TESTIMONY REGARDING THOSE SENTENCES ARE -- IF YOU |
| 15:45:08 | 16 | HAVE ANYTHING ELSE TO OFFER WHETHER YOU AGREE OR |
| 15:45:10 | 17 | DISAGREE BEYOND WHAT YOU'VE SAID HERE TODAY? |
| 15:45:11 | 18 | A.   I DON'T KNOW WHAT THE QUESTIONS ARE |
| 15:45:12 | 19 | GOING TO BE. |
| 15:45:15 | 20 | Q.   WELL, GET THEM IN FRONT YOU. |
| 15:45:17 | 21 | A.   I'M NOT GOING TO FORMULATE YOUR |
| 15:45:17 | 22 | QUESTIONS FOR YOU. |
| 15:45:18 | 23 | Q.   I'VE JUST FORMULATED THE QUESTION. |
| 15:45:20 | 24 | MY QUESTION IS:  DO YOU HAVE ANY OTHER BASES FOR |
| | 25 | AGREEING OR DISAGREEING WITH ANY OF THOSE |

15:45:25    1      SENTENCES BEYOND WHAT YOU'VE TESTIFIED TO HERE

15:45:25    2      TODAY?

15:45:28    3          A.   I DON'T KNOW.

15:45:35    4          Q.   OKAY.  WELL, LET'S GET MR. ABRAMS'

15:45:37    5      REPORT IN FRONT OF YOU, PLEASE.

15:45:38    6          A.   SURE.  DO YOU HAVE A SPECIFIC

15:45:39    7      QUESTION?

15:45:44    8          Q.   PAGE 3.  THE PARAGRAPH THAT

15:45:46    9      MR. POMERANTZ SAID THAT YOU WILL BE TESTIFYING

15:45:53   10      ABOUT ON PAGE 3 THAT BEGINS WITH "INITIALLY" THAT

15:45:53   11      HAS TO DO WITH MECHANICAL LICENSES.

15:45:54   12          A.   YES.

15:45:58   13          Q.   AS TO A OR B, WHICH IS THAT CLAUSE

15:46:00   14      IS NOT SELF-EFFECTUATING BECAUSE OF THE DIFFERENCE

15:46:05   15      IN THE LANGUAGE AND THAT IT CLEARLY CONTEMPLATES

15:46:07   16      THE SIGNING OF A SEPARATE LICENSE, DO YOU HAVE ANY

15:46:10   17      OTHER BASIS TO DISAGREE WITH THAT, OTHER THAN TO

15:46:12   18      SAY THAT -- I THINK YOU SAID NO RATIONAL PERSON

15:46:16   19      WOULD SUGGEST THAT THE DIFFERENCE BETWEEN THE "IS

15:46:19   20      HEREBY" VERSUS "WILL BE" IS A BASIS TO CONCLUDE

15:46:22   21      ONE WAY OR THE OTHER?

15:46:23   22          MR. POMERANTZ:  OBJECTION;

15:46:25   23      MISSTATES HIS TESTIMONY, AND OBJECTION TO THE FORM

15:46:27   24      OF THE QUESTION.

           25          THE DEPONENT:  WELL, YOU DIDN'T ASK

| | | |
|---|---|---|
| 15:46:32 | 1 | ME ANYTHING ABOUT B. YOU JUST ASKED ME TO READ A. |
| 15:46:34 | 2 | DO YOU WANT ME TO READ B AND DO YOU |
| 15:46:35 | 3 | HAVE A QUESTION ABOUT B? |
| 15:46:35 | 4 | BY MR. BUSCH: |
| 15:46:35 | 5 | Q. I SURE DO. |
| 15:46:36 | 6 | IT SAYS: |
| 15:46:36 | 7 | "AS A RESULT, THIS LANGUAGE |
| 15:46:38 | 8 | CLEARLY CONTEMPLATES THE SIGNING OF |
| 15:46:39 | 9 | A SEPARATE LICENSE THAT PRESUMABLY |
| 15:46:41 | 10 | CONTAINS THE TERMS GENERALLY FOUND |
| 15:46:43 | 11 | WITHIN MECHANICAL LICENSES." |
| 15:46:44 | 12 | WHAT IS YOUR BASIS FOR EITHER |
| 15:46:46 | 13 | AGREEING OR DISAGREEING WITH THAT? |
| 15:46:47 | 14 | A. I DON'T THINK IT CLEARLY |
| 15:46:49 | 15 | CONTEMPLATES ANYTHING OF THE SORT. |
| 15:46:51 | 16 | Q. YOU DON'T THINK THE LANGUAGE WILL |
| 15:46:53 | 17 | BE -- CONTEMPLATES THE SIGNING OF A FUTURE |
| 15:46:53 | 18 | LICENSE? |
| 15:46:55 | 19 | A. NOT IN THE CONTEXT OF -- NOT IN THE |
| 15:46:58 | 20 | CONTEXT OF WHERE I PRACTICE AND THE OTHER |
| 15:46:59 | 21 | PRACTITIONERS IN MY AREA. |
| 15:47:01 | 22 | Q. AND YOU'VE TESTIFIED THAT YOU'VE |
| 15:47:04 | 23 | NEVER DISCUSSED THE ISSUE OF THE "WILL BE" VERSUS |
| 15:47:06 | 24 | "HEREBY" WITH ANYONE, OTHER THAN YOU SAID YOU |
| | 25 | SPOKE TO SOMEONE THE OTHER DAY WHO YOU CAN'T |

| | | |
|---|---|---|
| 15:47:11 | 1 | REMEMBER WHO IT WAS WHO SAID IT WAS RIDICULOUS? |
| 15:47:14 | 2 | A.   I SPOKE TO SOMEBODY AROUND THE TIME |
| 15:47:18 | 3 | OF MY LAST DEPOSITION, AND WE WERE DISCUSSING IT. |
| 15:47:23 | 4 | AND WE AGREED THAT THE POSITION IS, AGAIN, ABSURD |
| 15:47:26 | 5 | GIVEN WHAT WE DO IN OUR DAILY BUSINESS LIVES. |
| 15:47:28 | 6 | Q.   AND YOU DON'T REMEMBER WHO THAT IS? |
| 15:47:28 | 7 | A.   NO. |
| 15:47:30 | 8 | Q.   AND THAT WAS THE ONLY TIME YOU |
| 15:47:33 | 9 | RECALL DISCUSSING THE DIFFERENCE BETWEEN "WILL BE" |
| 15:47:36 | 10 | VERSUS "IS HEREBY" AND ANY EFFECT THAT MIGHT HAVE? |
| 15:47:37 | 11 | A.   WELL, I TOLD YOU I DISCUSSED IT |
| 15:47:38 | 12 | WITH THESE PEOPLE. |
| 15:47:39 | 13 | Q.   MR. POMERANTZ? |
| 15:47:39 | 14 | A.   YES. |
| 15:47:41 | 15 | Q.   OKAY.  OTHER THAN MR. POMERANTZ IN |
| 15:47:43 | 16 | CONNECTION WITH THIS CASE, YOU DON'T RECALL EVER |
| 15:47:45 | 17 | DISCUSSING IT JUST IN A NORMAL COURSE OF YOUR |
| 15:47:46 | 18 | PRACTICE? |
| 15:47:48 | 19 | A.   YEAH.  I TOLD YOU, AT THE TIME |
| 15:47:49 | 20 | AROUND THE LAST DEPOSITION. |
| 15:47:51 | 21 | Q.   WITH THAT -- OTHER THAN THAT. |
| 15:47:53 | 22 | A.   IT MIGHT HAVE BEEN TWO TIMES AROUND |
| 15:47:55 | 23 | THE LAST DEPOSITION WITH OTHER LAWYERS.  BUT, NO. |
| 15:47:58 | 24 | OTHER THAN THAT, I DON'T SPEND A LOT OF TIME |
| | 25 | DIFFERENTIATING BETWEEN "WILL," "IS" AND "HEREBY." |

| | | |
|---|---|---|
| 15:48:05 | 1 | Q. SO AS TO A AND B, DO YOU HAVE ANY |
| 15:48:07 | 2 | OTHER BASES FOR DISAGREEING WITH THOSE SENTENCES |
| 15:48:09 | 3 | OTHER THAN WHAT WE'VE TALKED ABOUT? |
| 15:48:23 | 4 | A. NO. I THINK I TESTIFIED THAT THIS |
| 15:48:28 | 5 | IS NOT -- THAT THIS PART OF THE REPORT DOES NOT |
| 15:48:31 | 6 | REFLECT THE CUSTOM AND PRACTICE IN THE MUSIC |
| 15:48:33 | 7 | INDUSTRY WHICH IS THE BASIS ON WHICH I OBJECT TO |
| 15:48:33 | 8 | WHAT HE SAYS. |
| 15:48:35 | 9 | Q. HOW MANY OTHER CONTROLLED |
| 15:48:37 | 10 | COMPOSITION CLAUSES OR MECHANICAL ROYALTIES |
| 15:48:41 | 11 | PROVISIONS HAVE YOU SEEN THAT HAS THE "WILL" |
| 15:48:43 | 12 | LICENSE VERSUS "IS HEREBY" OTHER THAN THIS |
| 15:48:44 | 13 | AGREEMENT? |
| 15:48:44 | 14 | MR. POMERANTZ: OBJECTION TO THE |
| 15:48:47 | 15 | FORM OF THE QUESTION. MISSTATES THE DOCUMENT. |
| 15:48:48 | 16 | MR. BUSCH: GO AHEAD. |
| 15:48:49 | 17 | THE DEPONENT: I STILL HAVE NO |
| 15:48:49 | 18 | IDEA. |
| 15:48:50 | 19 | BY MR. BUSCH: |
| 15:48:51 | 20 | Q. HAVE YOU EVER SEEN ONE THAT SAID, |
| 15:48:54 | 21 | "WILL BE LICENSED" VERSUS "IS HEREBY" OTHER THAN |
| 15:48:54 | 22 | THIS AGREEMENT? |
| 15:48:57 | 23 | A. I'M SURE I HAVE, BUT I COULDN'T |
| 15:49:00 | 24 | TELL YOU WHERE OR WHEN OR HOW. |
| | 25 | Q. OKAY. ALL RIGHT. DO YOU HAVE ANY |

15:49:09    1    OTHER OPINIONS CONCERNING A AND B OTHER THAN WHAT

15:49:11    2    YOU TESTIFIED TO?

15:49:12    3            MR. POMERANTZ:  OBJECTION; ASKED

15:49:13    4    AND ANSWERED.

15:49:14    5    BY MR. BUSCH:

15:49:14    6            Q.   "NO"?

15:49:15    7            A.   NO.

15:49:17    8            Q.   ALL RIGHT.  AS TO THE SULLIVAN

15:49:32    9    REPORT, LET'S GET THAT ONE IN FRONT OF YOU NOW.

15:49:37   10            AS TO THE FIRST SENTENCE THAT YOU

15:49:40   11    WERE BEING DESIGNATED ON, WHICH IS ON PAGE 12, DO

15:49:43   12    YOU HAVE ANY OTHER OPINIONS ABOUT THAT OTHER THAN

15:49:46   13    WHAT YOU'VE TESTIFIED TO OR ANY BASES FOR YOUR

15:49:47   14    OPINIONS OTHER THAN WHAT YOU TESTIFIED TO?

15:49:48   15            A.   WHICH SENTENCE?

15:49:49   16            Q.   "MOREOVER, EVEN IF THE

15:49:51   17            MECHANICAL ROYALTIES PARAGRAPH

15:49:53   18            CONTAIN A DIRECT MECHANICAL

15:49:54   19            LICENSE FOR PHYSICAL PRODUCTS,

15:49:56   20            WHICH IT DOES NOT, IT IN NO WAY

15:49:57   21            CAN BE INTERPRETED TO APPLY TO

15:49:58   22            D.P.D.'S."

15:49:59   23            DO YOU HAVE ANYTHING ELSE TO OFFER

15:50:01   24    BEYOND WHAT I ASKED YOU ABOUT INITIALLY?

           25            A.   I THINK GENERALLY I DESCRIBED MY

1  STATE OF CALIFORNIA      )
                            )SS
2  COUNTY OF LOS ANGELES    )

3

4

5

6              DEPONENT'S DECLARATION

7

8

9

10      I CERTIFY UNDER PENALTY OF PERJURY THAT THE

11  FOREGOING IS TRUE AND CORRECT.

12

13

14

15

16  EXECUTED AT _____ ON _____.

17

18

19

20      _____

21              (SIGNATURE OF DEPONENT)

22

23

24

25

1    STATE OF CALIFORNIA    )
                               )SS

2    COUNTY OF LOS ANGELES    )

3

4         I, SAMANTHA MARGARET AVENAIM, CERTIFIED

5    SHORTHAND REPORTER, CERTIFICATE NUMBER 10627, FOR

6    THE STATE OF CALIFORNIA, HEREBY CERTIFY:

7         THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE

8    ME AT THE TIME AND PLACE THEREIN SET FORTH, AT

9    WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

10    ME;

11         THE TESTIMONY OF THE DEPONENT AND ALL

12    OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13    WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14    THEREAFTER TRANSCRIBED;

15         THE FOREGOING TRANSCRIPT IS A TRUE AND

16    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL

18    FOR NOR RELATED TO ANY PARTY TO SAID ACTION, NOR

19    IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

20         IN WITNESS WHEREOF, I HAVE HEREUNTO

21    SUBSCRIBED MY NAME THIS 24TH DAY OF NOVEMBER,

22    2008.

23

24

25                    _____