# *Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*
## Case No. 2:07-CV-13164

### **EXHIBIT 3**

### **Plaintiffs' Initial Designations of the Deposition of Peter Paterno taken on April 30, 2008**

5005843.1

| Plaintiffs' Initial Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiffs' Objections |
|---|---|---|---|
| 79:24-80:2 | Vague/Ambiguous; Compound | | |
| 80:8-25 | | | |
| 82:9-12 | | | |
| 83:5-24 | | | |
| 84:14-85:4 | Outside scope of 30(b)(6); FRE 402; Misstates testimony | 85:5-17 | FRE 402, FRE 403 |
| 85:18-19 | | | |
| 85:23-86:25 | | | |
| 87:14-88:2 | Vague/Ambiguous | | |
| 88:8-10 | | | |
| 88:17-89:4 | | | |
| 89:17-21 | Vague/Ambiguous; Misstates testimony | | |
| 89:25-90:6 | | | |
| 91:3-9 | | | |
| 92:10-16 | | 94:7-95:8, 95:12-96:1, 96:5-9, 97:6-8 | 94:7-95:8: FRE 402, FRE 403.<br><br>95:3-8: Asked and answered, leading.<br><br>95:12-21: FRE 402, FRE 403, speculation<br><br>96:5-9: Asked and answered<br><br>97:6-8: Asked and answered, mischaracterizes testimony |

**Paterno, Peter (4.30.08)**

| Plaintiffs' Initial Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiffs' Objections |
|---|---|---|---|
| 9:4-8 | | | |
| 10:17-12:20 | | | |
| 13:2-10 | | | |
| 17:13-19:22 | | | |
| 20:5-19 | | 20:20-24 | |
| 21:2-24 | | | |
| 22:14-24:19 | | | |

| | | | |
|---|---|---|---|
| 25:21-26:17 | | | |
| 27:4-28:15 | | | |
| 31:2-35:14 | | | |
| 46:4-47:8 | FRE 402 | | |
| 47:23-48:6 | Vague/Ambiguous | | |
| 48:11-23 | | | |
| 53:13-55:14 | FRE 402 | | |
| 56:10-57:10 | | | |
| 69:17-24 | FRE 402 | | |
| 70:3-10 | | | |
| 71:10-19 | FRE 402; Foundation | | |
| 74:6-9, 12-16 | Vague/Ambiguous; Legal conclusion | | |
| 74:23-75:9 | Vague/Ambiguous; Legal conclusion | | |
| 75:12-19, 21-23 | Legal conclusion; Vague/Ambiguous | | |
| 80:4-81:15 | FRE 402 | | |
| 82:13-20 | | | |
| 83:5-84:8 | | | |
| 84:12-85:16 | | | |
| 85:24-86:12 | | | |
| 88:10-17 | | | |
| 89:17-20 | | | |
| 106:14-107:4 | | | |
| 107:23-108:2 | FRE 402 | | |
| 108:23-110:3 | | 110:4-6, 9-10, 12-15 | FRE 402, FRE 403, legal conclusion, inadmissible opinion |
| 110:22-111:5 | | 114:19-115:4 | FRE 402, FRE 403, legal conclusion, inadmissible opinion |
| 111:18-25 | | 115:7-10 | FRE 402, FRE 403, legal conclusion, inadmissible opinion |
| 112:5-113:25 | | 115:3-116:12 | FRE 402, FRE 403, legal conclusion, inadmissible opinion |
| 117:6-9 | | | |
| 118:6-10, 18-23 | | 118:11-17 | FRE 402, FRE 403, legal conclusion, inadmissible opinion |
| 120:1-8 | | | |
| 124:12-125:5 | FRE 402 | | |
| 125:14-21 | FRE 402 | | |

| 126:4-127:12 | FRE 402 | | |
|---|---|---|---|
| 127:25-128:14 | | | |
| 130:4-20 | | | |
| 132:4-6 | | | |
| 132:21-133:16 | | | |
| 134:14-136:21 | FRE 402 | | |
| 137:12-138:3 | FRE 402 | 138:4-7 | FRE 402, FRE 403, Foundation, Speculation |
| 141:11-142:10 | FRE 402 | | |
| 146:25-148:16 | | | |
| 155:24-156:1-9 | | | |
| 158:18-160:15 | FRE 402 | | |
| 174:21-175:18 | FRE 402 | | |
| 176:14-23 | FRE 402 | | |
| 177:2-8 | FRE 402 | | |
| 177:13-21 | FRE 402 | | |
| 178:21-179:1 | FRE 402 | | |
| 227:18-228:14 | FRE 402 | | |
| 238:4-9 | Foundation; Speculation | 237:6-11 | FRE 402, FRE 403 |
| 238:12-239:5 | Foundation; Speculation | | |
| 254:25-255:8 | Foundation; Speculation; Incomplete hypothetical | | |
| 255:11-12, 14-15, 19-25 | | | |

**Rogell, Lisa**

| Plaintiffs' Initial Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiffs' Objections |
|---|---|---|---|
| 13:11-20 | | | |
| 18:17-22:20 | | | |
| 26:9-27:3 | | | |
| 28:14-22 | Compound | | |
| 29:4-25 | | 30:1-16 | FRE 402, FRE 403 |
| 30:23-32:8 | 31:2-32:3: Foundation | | |
| 32:16-22 | | 32:25-33:6 | |
| 33:7-18 | 33:11-18: Compound; FRE 402 | | |
| 33:22-34:1 | | | |
| 34:14-18 | | | |
| 38:9-39:7 | FRE 402; Foundation | | |
| 57:22-25 | | | |
| 66:20-67:16 | | 67:17-22, | FRE 402, FRE 403, |