UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

       Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

       Defendants.

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

**INDEX OF EXHIBITS TO
DEFENDANTS' OPPOSITION TO MOTION *IN LIMINE* NO. 4**

Daniel D. Quick
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com
P48109

Melinda Eades LeMoine
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9171
melinda.lemoine@mto.com

Attorneys for Defendants

8845696.1

## INDEX OF EXHIBITS

Exhibit 1:      Agreement between the Recording Industry Association of America, Inc., National Music Publishers Association, Inc. and The Harry Fox Agency, Inc., dated October 5, 2001

Exhibit 2:      Plaintiffs' Notice of Issuance of Subpoena to The Harry Fox Agency, dated May 28, 2009

Exhibit 3:      Excerpts of transcript pages from the Deposition of Maurice Russell taken on August 11, 2009 (Filed Under Seal)

Exhibit 4:      Caption page from the Deposition of Joel Martin taken on September 15, 2009

Exhibit 5:      Caption page from the Deposition of Gary Cohen taken on September 15, 2009

Exhibit 6:      Joint Final Pretrial Order