# Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.
## Case No. 2:07-CV-13164

## EXHIBIT 3

## Excerpts of transcript pages from the Deposition of Maurice Russell taken on August 11, 2009
## (Filed Under Seal)

5005843.1