# *Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*
## Case No. 2:07-CV-13164

## **EXHIBIT 4**

## Caption page from the Deposition of Joel Martin taken on September 15, 2009

5005843.1

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, and MARTIN

AFFILIATED, LLC,

        Plaintiffs,

  vs.        Case No. 2:07-cv-13164

        Hon. Anna Diggs Taylor

        Magistrate Judge Donald A. Scheer

APPLE COMPUTER, INC., and AFTERMATH

RECORDS d/b/a AFTERMATH ENTERTAINMENT,

        Defendants,

                /

PAGE 1 TO 83

    The Videotaped Deposition of JOEL MARTIN,

    Taken at 38525 Woodward Avenue, Suite 2000,

    Bloomfield Hills, Michigan,

    Commencing at 11:09 a.m.,

    Tuesday, September 15, 2009,

    Before Cynthia A. Chyla, CSR 0092.