Eight Mile Style, LLC et al v. Apple Computer, Incorporated                    Doc. 161 Att. 6

*Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*
Case No. 2:07-CV-13164

**EXHIBIT 5**

**Caption page from the Deposition of Gary Cohen taken on September 15, 2009**

5005843.1

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC and | ) Case No. |
| MARTIN AFFILIATED, LLC, | ) 2:07-cv-13164 |
|     Plaintiffs, | ) |
|     vs. | ) |
| APPLE COMPUTER, INC., | ) |
|     Defendant. | ) |
| _____ | ) Pages 1 - 72 |

DEPOSITION OF:  GARY COHEN

TUESDAY SEPTEMBER 15, 2009

10:12 A.M.

Reported by:  Sylvia P. Shear

C.S.R. No. 3010, RPR