UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

_____/

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

## INDEX OF EXHIBITS TO
## DEFENDANTS' OPPOSITION TO MOTION *IN LIMINE* NO. 5

Daniel D. Quick
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
(248) 433-7200
dquick@dickinsonwright.com
P48109

Melinda Eades LeMoine
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9171
melinda.lemoine@mto.com

Attorneys for Defendants

8845713.1

# INDEX OF EXHIBITS

Exhibit 1: Agreement between Shady Records, Inc. and D-12, dated December 1999, bates number AFT-0058331-383 (Filed Under Seal)

Exhibit 2: June 28, 2004 License, bates number AFT-0062597-601 (Filed Under Seal)