*Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*
Case No. 2:07-CV-13164

## EXHIBIT 1

Agreement between Shady Records, Inc. and D-12,
dated December 1999, bates number AFT-0058331-383
(Filed Under Seal)

5005843.1