*Eight Mile Style, LLC et al. v. Apple Computer Inc., et al.*

Case No. 2:07-CV-13164

**EXHIBIT 2**

**June 28, 2004 License, bates number AFT-0062597-601**

**(Filed Under Seal)**

5005843.1