UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, and MARTIN AFFILIATED, LLC,

    Plaintiffs,

vs.

APPLE COMPUTER, INC. and AFTERMATH RECORDS d/b/a AFTERMATH ENTERTAINMENT

    Defendant.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

| | |
|---|---|
| Howard Hertz, Esq. (P26653)<br>Jay G. Yasso, Esq. (P45484)<br>Hertz Schram PC<br>1760 S. Telegraph Rd., Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>hhertz@hertzschram.com<br>jyasso@hertzschram.com<br>Attorneys for Plaintiffs | Richard S. Busch (TN BPR#14594)<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN 37201<br>(615) 259-3456<br>rbusch@kingballow.com<br>Attorneys for Plaintiffs |

## INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1: TO EXCLUDE TESTIMONY OF LAW PROFESSOR HOWARD B. ABRAMS

| | |
|---|---|
| Exhibit 1: | Declaration of Marc Guilford |
| | |
| | Exhibit A: Portions of the deposition of Peter Paterno taken on April 30, 2008 |
| | Exhibit B: Portions of the deposition of Rand Hoffman taken on May 27, 2008 |
| | Exhibit C: Portions of the deposition of Howard B. Abrams taken on October 8, 2008. |
| | Exhibit D: Verdict form in the case *F.B.T. Productions, LLC v. Aftermath Records*, Case No. CV07-03314 PSG, Central District of California, Western Division. *FILED UNDER SEAL.* |