UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, and MARTIN
AFFILIATED, LLC,

        Plaintiffs,

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

        Defendant.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

| Howard Hertz, Esq. (P26653)<br>Jay G. Yasso, Esq. (P45484)<br>Hertz Schram PC<br>1760 S. Telegraph Rd., Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>hhertz@hertzschram.com<br>jyasso@hertzschram.com<br>Attorneys for Plaintiffs | Richard S. Busch (TN BPR#14594)<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN 37201<br>(615) 259-3456<br>rbusch@kingballow.com<br>Attorneys for Plaintiffs |
|---|---|

## DECLARATION OF MARC R. GUILFORD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1: TO EXCLUDE TESTIMONY OF LAW PROFESSOR HOWARD B. ABRAMS

I, Marc R. Guilford, having personal knowledge of the facts contained in this declaration, state as follows:

1.     I am an attorney and associate in the law firm of King & Ballow, which represents plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC ("Plaintiffs") in the above-entitled action. I am familiar with the files in this litigation.

2.     Attached hereto as **Exhibit A** is a true and accurate copy of the relevant pages of the transcript of the deposition of Peter Paterno taken on April 30, 2008.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the relevant pages of the transcript of the deposition of Rand Hoffman taken on May 27, 2008.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the relevant pages of the transcript of the deposition of Howard B. Abrams taken on October 8, 2008.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the Verdict form in the case *F.B.T. Productions, LLC v. Aftermath Records*, Case No. CV07-03314 PSG, Central District of California, Western Division.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2009.

/s/ Marc R. Guilford
Marc R. Guilford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via the Court's Electronic Filing System:

| Counsel | On behalf of |
|---|---|
| Daniel D. Quick, Esq.<br>Dickinson Wright PLLC<br>38525 Woodward Ave<br>Suite 2000<br>Bloomfield Hills, MI 48304<br>(t): (248) 433-7200<br>(e): dquick@dickinsonwright.com<br><br>Kelly M. Klaus, Esq.<br>Munger, Tolles & Olson LLP<br>355 South Grand Ave<br>Suite 3500<br>Los Angeles, CA 90071-1560<br>(t): (213) 683-9238<br>(e): kelly.klaus@mto.com | Apple Computer, Inc. and Aftermath Records d/b/a Aftermath Entertainment |

this 17th day of September 2009.

s/ Richard S. Busch