# EXHIBIT A

# TO

# DECLARATION OF MARC GUILFORD

2

1  UNITED STATES DISTRICT COURT
2  CENTRAL DISTRICT OF CALIFORNIA
3
4
5  F.B.T. PRODUCTIONS, LLC; )
   AND EM2M, LLC,           )
6                           )
              PLAINTIFFS,)
7                           )
     VS.                    ) CASE NO. CV 07-3314 PSG (MANX)
8                           )
   AFTERMATH RECORDS DOING  )
9  BUSINESS AS AFTERMATH    )
   ENTERTAINMENT; INTERSCOPE)
10 RECORDS; UMG RECORDINGS, )
   INC.; AND ARY, INC.,     )
11                          )
              DEFENDANTS.)
12 _____)
13
14
15
16
17
18        DEPOSITION OF PETER PATERNO, TAKEN
19        ON BEHALF OF THE DEFENDANTS, AT
20        10250 CONSTELLATION BOULEVARD,
21        19TH FLOOR, CALIFORNIA, COMMENCING
22        AT 2:15 P.M., WEDNESDAY, APRIL
23        30, 2008, BEFORE ALEJANDRIA BAKER,
24        CSR NUMBER 11897.
25

| | | |
|---|---|---|
| 15:36:48 | 1 | A. NO. |
| 15:36:49 | 2 | Q. YOU DO NOT KNOW THAT? |
| 15:36:50 | 3 | A. NO. BUT I DON'T KNOW WHY I WOULD KNOW |
| 15:36:54 | 4 | THAT. |
| 15:36:55 | 5 | Q. WERE YOU NOT INVOLVED IN THE DECISION TO |
| 15:36:56 | 6 | INTERVENE IN THAT CASE ON BEHALF OF AFTERMATH? |
| 15:37:00 | 7 | A. NO. MY PARTNER, HOWARD, MIGHT HAVE |
| 15:37:03 | 8 | TALKED TO -- I DON'T KNOW. HE MIGHT HAVE TALKED TO |
| 15:37:06 | 9 | HARVEY, BUT I DON'T KNOW ANYTHING ABOUT IT. |
| 15:37:08 | 10 | Q. OKAY. DO YOU UNDERSTAND THAT THE -- |
| 15:37:09 | 11 | WELL, DO YOU HAVE A GENERAL -- IF YOU HAVE A GENERAL |
| 15:37:10 | 12 | UNDERSTANDING, DO YOU UNDERSTAND THAT ONE OF THE ISSUES |
| 15:37:13 | 13 | IN THAT CASE IS WHETHER THE CONTROLLED COMPOSITION |
| 15:37:16 | 14 | CLAUSE IN THE AGREEMENTS ARE SELF-EFFECTUATING OR |
| 15:37:20 | 15 | WHETHER SEPARATE LICENSES HAVE TO BE AGREED TO BETWEEN |
| 15:37:26 | 16 | THE PLAINTIFFS, EIGHT MILE AND AFTERMATH BEFORE THE |
| 15:37:31 | 17 | COMPOSITIONS CAN BE LICENSED? |
| 15:37:33 | 18 | A. I UNDERSTAND THAT'S ONE OF THE ISSUES. |
| 15:37:36 | 19 | IF THAT'S THE QUESTION. |
| 15:37:37 | 20 | Q. OKAY. AND WHERE DOES YOUR UNDERSTANDING |
| 15:37:39 | 21 | OF THAT BEING ONE OF THE ISSUES COME FROM? |
| 15:37:44 | 22 | A. I DON'T KNOW. |
| 15:37:45 | 23 | THE DEPONENT: I MEAN, YOU TOLD ME |
| 15:37:49 | 24 | YESTERDAY. |
| 15:37:50 | 25 | MR. POMERANTZ: THEN I WOULD -- I WOULD |

```
15:37:50  1   MOVE TO STRIKE THAT.
15:37:51  2   BY MR. BUSCH:
15:37:51  3           Q.   OKAY.  DO YOU HAVE A VIEW AS TO THE
15:37:53  4   MERITS OF THAT PARTICULAR CASE?
15:37:56  5           A.   MY VIEW IS THAT THE CONTROLLED
15:37:57  6   COMPOSITION CLAUSE DOES COVER THE DOWNLOADS.
15:38:01  7           Q.   YOU'RE SAYING THAT THE CONTROLLED --
15:38:03  8   YOU'RE SAYING THE LANGUAGE IN THE CONTROLLED COMPOSITION
15:38:12  9   CLAUSE IS A SELF-EFFECTUATING LICENSE?
15:38:13 10           A.   I'M NOT SAYING THAT.  I'M SAYING THAT --
15:38:14 11   THAT -- THAT IT COVERS A DOWNLOAD.
15:38:16 12           Q.   THAT'S NOT MY QUESTION.
15:38:17 13                MY QUESTION IS:  IS THE CONTROLLED
15:38:19 14   COMPOSITION CLAUSE IN THE 1998 OR 2003 AFTERMATH
15:38:24 15   AGREEMENTS, ARE THEY -- DO THEY CONTAIN
15:38:30 16   SELF-EFFECTUATING CONTROLLED COMPOSITION CLAUSES?
15:38:33 17           MR. POMERANTZ:  OBJECTION.  VAGUE AND
15:38:34 18   AMBIGUOUS AS TO WHAT YOU MEAN BY "SELF-EFFECTUATING."
15:38:37 19           THE DEPONENT:  YEAH, I'M KIND OF THERE,
15:38:38 20   TOO.  WHAT --
15:38:38 21   BY MR. BUSCH:
15:38:39 22           Q.   BY ITS TERMS, IS THE LICENSE
15:38:42 23   SELF-EFFECTUATING BY VIRTUE OF THE LANGUAGE IN THE
15:38:46 24   AGREEMENTS THEMSELVES, OR ARE SEPARATE LICENSES SUPPOSED
15:38:48 25   TO BE NEGOTIATED AND EXECUTED?
```