EXHIBIT B

TO

DECLARATION OF MARC GUILFORD

```
 1              UNITED STATES DISTRICT
 2         FOR THE EASTERN DISTRICT OF MICHIGAN
 3                  SOUTHERN DIVISION
 4

 5   F.B.T. PRODUCTIONS, LLC, )
     AND EM2M, LLC,           )
 6                            )
              PLAINTIFFS,     )  CASE NO.
 7                            )  CV 07-3314 PSG
        VS.                   )  (MANX)
 8                            )
     AFTERMATH RECORDS DOING  )
 9   BUSINESS AS AFTERMATH    )
     ENTERTAINMENT; INTERSCOPE)
10   RECORDS; UMG RECORDINGS, )
     INC.; AND ARY, INC.,     )
11                            )
              DEFENDANTS.     )
12   _____)
13
14
15         30(B)(6) DEPOSITION OF RAND HOFFMAN,
16         TAKEN ON BEHALF OF THE PLAINTIFFS,
17         AT 10250 CONSTELLATION BOULEVARD,
18         19TH FLOOR, LOS ANGELES, CALIFORNIA,
19         COMMENCING AT 10:39 A.M., THURSDAY,
20         MAY 22, 2008, BEFORE RENEE A.
21         PACHECO, RPR,CSR NUMBER 11564.
22
23
24
25
```

| | | |
|---|---|---|
| 15:59:53 | 1 | RECOGNIZE EXHIBIT NUMBER 20? |
| 15:59:55 | 2 | A. I DO. |
| 16:00:01 | 3 | Q. WHAT IS EXHIBIT NUMBER 20? |
| 16:00:06 | 4 | A. IT'S AN AGREEMENT BETWEEN |
| 16:00:18 | 5 | INTERSCOPE AND EIGHT MILE STYLE AND MARTIN |
| 16:00:20 | 6 | AFFILIATED CONCERNING THE RIGHT OF INTERSCOPE TO |
| 16:00:27 | 7 | USE CERTAIN MUSICAL COMPOSITIONS IN CONNECTION |
| 16:00:32 | 8 | WITH THE EXPLOITATION OF CERTAIN MOBILE PRODUCTS. |
| 16:00:34 | 9 | Q. AND THIS IS FOR PUBLISHING |
| 16:00:34 | 10 | ROYALTIES; CORRECT? |
| 16:00:36 | 11 | A. CORRECT. PUBLISHING RIGHTS. |
| 16:00:39 | 12 | Q. PUBLISHING RIGHTS. |
| 16:00:45 | 13 | WHY WAS IT NECESSARY TO ENTER INTO |
| 16:00:48 | 14 | THIS AGREEMENT WITH EIGHT MILE STYLE, IF THE |
| 16:00:52 | 15 | CONTROLLED COMPOSITION CLAUSE IN THE '98 AND 2003 |
| 16:00:53 | 16 | AGREEMENT WAS A SELF-EFFECTUATING CONTROLLED |
| 16:00:54 | 17 | COMPOSITION CLAUSE? |
| 16:00:56 | 18 | MR. POMERANTZ: OBJECTION; ASSUMES |
| 16:00:59 | 19 | FACTS NOT IN EVIDENCE. ALSO VAGUE AND AMBIGUOUS |
| 16:00:59 | 20 | AS TO WHAT "SELF-EFFECTUATING" MEANS. AND |
| 16:01:00 | 21 | ARGUMENTATIVE. |
| 16:01:00 | 22 | BUT YOU CAN ANSWER, IF YOU |
| 16:01:02 | 23 | UNDERSTAND. |
| | 24 | THE DEPONENT: TWO REASONS: ONE |
| | 25 | WAS THAT WE CONTEMPLATED EXPLOITING PRODUCTS THAT |

| | | |
|---|---|---|
| 16:01:12 | 1 | WERE PROBABLY NOT COVERED BY THE CONTROLLED |
| 16:01:14 | 2 | COMPOSITION AGREEMENT, SPECIFICALLY WHAT ARE |
| 16:01:16 | 3 | CALLED MASTER RINGBACK TONES. |
| 16:01:21 | 4 | AND, SECOND, BECAUSE AT THE TIME |
| 16:01:29 | 5 | THIS AGREEMENT WAS ENTERED INTO -- WELL, WE READ |
| 16:01:33 | 6 | THE STATUTE REGULATIONS TO BE CLEAR THAT THE -- |
| 16:01:38 | 7 | THAT MASTERTONE WAS NOT A PHONORECORD AND NOT |
| 16:01:40 | 8 | COVERED BY THE STATUTORY LICENSING PROVISIONS. |
| 16:01:42 | 9 | SOME PUBLISHERS DISAGREED AT THAT |
| 16:01:43 | 10 | TIME, AND IT WAS ONLY SUBSEQUENTLY THAT THAT'S |
| 16:01:44 | 11 | BEEN CLARIFIED. |
| 16:01:45 | 12 | MR. POMERANTZ: I THINK YOU SAID IT |
| 16:01:46 | 13 | IN REVERSE. |
| 16:01:47 | 14 | CAN YOU JUST READ BACK THE ANSWER |
| 16:01:48 | 15 | AND THEN HAVE IT -- |
| 16:01:48 | 16 | MR. BUSCH: THAT'S FINE. IF THERE |
| 16:01:00 | 17 | WAS A MISTAKE, YOU CAN DO THAT. |
| 16:01:02 | 18 | (THE RECORD WAS READ AS FOLLOWS: |
| 16:01:05 | 19 | A TWO REASONS: ONE WAS |
| 16:01:08 | 20 | THAT WE CONTEMPLATED EXPLOITING |
| 16:01:09 | 21 | PRODUCTS THAT WERE PROBABLY NOT |
| 16:01:10 | 22 | COVERED BY THE CONTROLLED |
| 16:01:12 | 23 | COMPOSITION AGREEMENT, |
| | 24 | SPECIFICALLY WHAT ARE CALLED |
| | 25 | MASTER RINGBACK TONES. |

| | |
|---|---|
| 16:23:52 | 1 |
| 16:23:52 | 2 |
| 16:23:54 | 3 |
| 16:23:54 | 4 |
| 16:23:55 | 5 |
| 16:24:01 | 6 |
| 16:24:03 | 7 |
| 16:24:05 | 8 |
| 16:24:06 | 9 |
| 16:24:08 | 10 |
| 16:24:10 | 11 |
| 16:24:13 | 12 |
| 16:24:14 | 13 |
| 16:24:17 | 14 |
| 16:24:19 | 15 |
| 16:24:21 | 16 |
| 16:24:23 | 17 |
| 16:24:25 | 18 |
| 16:24:26 | 19 |
| 16:24:26 | 20 |
| 16:24:28 | 21 |
| 16:24:30 | 22 |
| 16:24:34 | 23 |
| | 24 |
| | 25 |

STATUTORY RATE FOR PERMANENT DOWNLOADS HAD BEEN ESTABLISHED BY 2002?

    MR. POMERANTZ: OBJECTION TO THE EXTENT IT'S ALREADY BEEN ASKED AND ANSWERED.

    THE DEPONENT: NO, I DON'T.

BY MR. BUSCH:

    Q. OKAY. I WANT TO DIRECT YOUR ATTENTION TO THE THIRD PARAGRAPH. AND I WANT TO DIRECT YOUR ATTENTION TO THE SENTENCE THAT SAYS:

> "ALTHOUGH" -- "ALTHOUGH YOU AND THE PUBLISHING COMPANIES WHICH YOU MAY ADMINISTER ARE NOT MEMBERS OF N.M.P.A., WE HOPE THAT YOU WILL AGREE, AS HAS THE N.M.P.A., TO GRANT US A LICENSE FOR THE USE OF THE COMPOSITIONS LISTED ON SCHEDULE A IN SUBSCRIPTION OFFERINGS AND FOR PERMANENT DOWNLOADS."

    DO YOU SEE THAT?

    A. YES.

    Q. DO YOU KNOW WHY IF -- IF THE CONTROLLED COMPOSITION CLAUSE THAT IS IN THE '98 AND 2003 -- I GUESS THIS IS 2002. SO LET ME STRIKE THAT.

| | |
|---|---|
| 16:24:41 | 1 |
| 16:24:44 | 2 |
| 16:24:48 | 3 |
| 16:24:50 | 4 |
| 16:24:51 | 5 |
| 16:24:54 | 6 |
| 16:24:55 | 7 |
| 16:24:58 | 8 |
| 16:25:02 | 9 |
| 16:25:06 | 10 |
| 16:25:06 | 11 |
| 16:25:08 | 12 |
| 16:25:14 | 13 |
| 16:25:23 | 14 |
| 16:25:24 | 15 |
| 16:25:28 | 16 |
| 16:25:30 | 17 |
| 16:25:31 | 18 |
| 16:25:36 | 19 |
| 16:25:37 | 20 |
| 16:25:37 | 21 |
| 16:25:47 | 22 |
| 16:26:15 | 23 |
| | 24 |
| | 25 |

IF THE CONTROLLED COMPOSITION CLAUSE IN 1998 AGREEMENT WAS SELF-EFFECTUATING FOR -- AND IT ENCOMPASSED PERMANENT DOWNLOADS, DO YOU KNOW WHY CHAD GARY OF UNIVERSAL WOULD HAVE WRITTEN A LETTER SAYING "WE HOPE THAT YOU WILL ASSIGN US" -- "WE HOPE THAT YOU WILL AGREE TO GRANT US A LICENSE FOR PERMANENT DOWNLOADS"?

A. WELL, THIS LOOKS LIKE A FORM LETTER THAT WOULD HAVE BEEN SENT TO PUBLISHERS WHETHER THEY HAD -- WHETHER THEY REPRESENTED SONGS WRITTEN BY ARTISTS OR REPRESENTED SONGS NOT WRITTEN BY ARTISTS.

AND CHAD WOULD NOT BE AT A LEVEL WHERE HE COULD MAKE CHANGES TO THIS LETTER, AND CHAD PROBABLY JUST SENT THE THING OUT.

Q. DO YOU KNOW WHETHER THERE WAS ANY DISCUSSION INTERNALLY AT UNIVERSAL ABOUT WHETHER THIS LETTER SHOULD GO TO EIGHT MILE STYLE?

A. I DON'T KNOW. I HAVE NO KNOWLEDGE.

Q. OKAY. DO YOU KNOW WHAT HAPPENED IN RESPONSE TO THIS LETTER?

A. NO.

Q. TURN TO THE NEXT PAGE OF THIS. AND PLEASE READ THE LICENSE THAT IS ATTACHED.

(DOCUMENT REVIEWED BY THE DEPONENT.)