# EXHIBIT C

# TO

# DECLARATION OF MARC GUILFORD

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

        Plaintiffs,

vs.            Case No. 2:07-CV-13164

               Hon. Anna Diggs Taylor

               Magistrate Judge Donald A. Scheer

APPLE COMPUTER, INC.
and AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

        Defendants.
_____

    The Videoconference and Videotaped Deposition of

    HOWARD B. ABRAMS,

    Taken at 500 Woodward Avenue, Suite 4000,

    Detroit, Michigan,

    Commencing at 2:04 p.m.,

    Wednesday, October 8, 2008,

    Before Denise M. Kizy, CSR-2466, RPR, CRR.

1  Q. Can the licensing record label license the composition
2     to the third party licensee under the controlled
3     composition clause in the contract with the artist?
4         MR. BUSCH: Object to form, incomplete
5     hypothetical, vague and ambiguous, calls for a legal
6     conclusion, and you're asking him a question about an
7     unknown contract with unknown terms between unknown
8     parties, and I object to the -- I object to it.
9         THE WITNESS: Well, the basic point,
10    because you've got to read this in context with the
11    both preceding and subsequent sentences, is that these
12    clauses in terms of being a license in and of
13    themselves do not apply to unaffiliated third parties.
14    The practice of the industry has been these
15    unaffiliated third parties must get separate
16    mechanical licenses.
17 BY MR. POMERANTZ:
18 Q. What's your basis of your knowledge about that
19    particular practice in the industry?
20 A. From reading about it, from talking to people.
21 Q. Could you turn to the top of page four of your report?
22 A. Mm-hmm.
23 Q. At the top of that page, you have clauses one through
24    five.
25         Do you see that?