**EXHIBIT D**

**TO**

**DECLARATION OF MARC GUILFORD**

**FILED UNDER SEAL**