UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, and MARTIN
AFFILIATED, LLC,

      Plaintiffs,

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT

      Defendant.

Case No. 2:07-cv-13164
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

| Howard Hertz, Esq. (P26653)<br>Jay G. Yasso, Esq. (P45484)<br>Hertz Schram PC<br>1760 S. Telegraph Rd., Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>hhertz@hertzschram.com<br>jyasso@hertzschram.com<br>Attorneys for Plaintiffs | Richard S. Busch (TN BPR#14594)<br>King & Ballow<br>1100 Union Street Plaza<br>315 Union Street<br>Nashville, TN 37201<br>(615) 259-3456<br>rbusch@kingballow.com<br>Attorneys for Plaintiffs |

**INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT AFTERMATH RECORDS AND DEFENDANT APPLE INC.'S MOTION IN LIMINE NO. 2: TO LIMIT THE TESTIMONY OF MARK A LEVINSOHN**

| Exhibit 1: | Declaration of Marc Guilford |
|---|---|
| | |
| | Exhibit A: Portions of deposition of Mark A. Levinsohn taken on July 15, 2008 |