# **INDEX OF EXHIBITS**

Exhibit A      Plaintiff Eight Mile Style, LLC's Responses to Defendants' First Set of Interrogatories and Plaintiffs Eight Mile Style, LLC's and Martin Affiliated, LLC's Responses to Defendants' Fourth Set of Interrogatories

S:\Belcher, Cathy\HOWARD\ENT\MARTIN\APPLE, AFTERMATH\Index of Exhibits 9.21.09.doc