UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

      Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

      Defendants.

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

**STIPULATION OF EXHIBITS FOR PRE-ADMISSION**

At a session of said Court, held in the
Federal Courthouse in the City of Detroit,
County of Wayne, State of Michigan, on this
_____

Present: HONORABLE _____Anna Diggs Taylor_____
                      United States District Judge

Upon noting the stipulation of the parties below, IT IS HEREBY ORDERED that

the exhibits listed and described on the attached Joint Exhibit List shall be pre-admitted

into the record:

_____

UNITED STATES DISTRICT JUDGE

1

## STIPULATION OF THE PARTIES

The parties stipulate they have no objections to the exhibits listed on the attached joint exhibit list and respectfully request that the Court pre-admit those exhibits to the record.

/s/
Daniel D. Quick (P48109)
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
 (248) 433-7200
dquick@dickinsonwright.com

Kelly M. Klaus
Munger, Tolles & Olson LLP
355 South Grand Avenue
Suite 3500
Los Angeles, CA 90071-1560
 (213) 683-9238
kelly.klaus@mto.com
Attorneys for Defendants

/s/
Howard Hertz (BAR)
Hertz Schram PC
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183
(248)335-5000
hhertz@hertzschram.com

Richard S. Busch
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
(615) 726-5422
rbusch@kingballow.com