UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC,

    Plaintiffs

vs.

APPLE COMPUTER, INC. and
AFTERMATH RECORDS d/b/a
AFTERMATH ENTERTAINMENT,

    Defendants.

Case No. 2:07-CV-13164
Honorable Anna Diggs Taylor
Magistrate Judge Virginia Morgan

_____/

## **STIPULATED ORDER OF DISMISSAL**
## **WITH PREJUDICE AND WITHOUT COSTS**

    At a session of said Court, held in the Federal Courthouse in the City of Detroit, County of Wayne, State of Michigan, on this _____

Present: HONORABLE _____Anna Diggs Taylor_____
                     United States District Judge

    WHEREAS the parties having stipulated hereto; and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that this matter is hereby dismissed in its entirety with prejudice and without costs.

    IT IS SO ORDERED.


    DATED: October __, 2009                     _____
                                                         United States District Judge

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT all claims in this case including those in both the Complaint (Docket No. 1) and the [Proposed] First Amended Complaint (Docket No. 124-2) are hereby dismissed with prejudice and without costs to any party. Entry of this Order resolves the last pending claim and closes the case in its entirety.

| | |
|---|---|
| /s/ *Daniel D. Quick* <br> Daniel D. Quick (P48109) <br> DICKINSON WRIGHT PLLC <br> 38525 Woodward Avenue, Suite 2000 <br> Bloomfield Hills, MI 48304 <br> Telephone: (248) 433-7200 <br> dquick@dickinsonwright.com <br><br> /s/ *Glenn D. Pomerantz* <br> Glenn D. Pomerantz <br> Kelly M. Klaus <br> Melinda E. LeMoine <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue Suite 3500 <br> Los Angeles, CA 90071-1560 <br> Telephone: (213) 683-9171 <br> melinda.lemoine@mto.com <br><br> Attorneys for Defendants | /s/ with consent of *Howard Hertz* <br> Howard Hertz (P26653) <br> HERTZ SCHRAM PC <br> 1760 South Telegraph Road, Suite 300 <br> Bloomfield Hills, MI 48302-0183 <br> (248)335-5000 <br> hhertz@hertzschram.com <br><br> /s/ with consent of *Richard S. Busch* <br> Richard S. Busch <br> KING & BALLOW <br> 1100 Union Street Plaza <br> 315 Union Street <br> Nashville, TN 37201 <br> (615) 726-5422 <br> rbusch@kingballow.com <br><br> Attorneys for Plaintiffs |