# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, et al.,

                Plaintiffs,              Case Number:  07-cv-13164

v.                                      Honorable Anna Diggs Taylor

APPLE COMPUTER, INC.,  et al.,        Magistrate Judge Donald A. Scheer

                Defendants.

_____/

## ORDER

THIS MATTER having come before the Court on (1) Plaintiffs' Motion to Amend/Correct Complaint on filed August 6, 2009, (2) Plaintiffs' Motions in Limine filed on September 14, 2009, and (3) Plaintiffs' Motion for Reconsideration filed September 21, 2009. The Court heard oral arguments on the motions at a September 21, 2009 hearing.

Now therefore,

**IT IS ORDERED** that for reasons stated on the record:

1. (Doc. # 124) Plaintiff's Motion to Amend/Correct Complaint is **DENIED.**

2. (Doc. # 137) Plaintiffs' Motion in Limine No. 1 to Rule As A Matter of Law That "Controlled Composition Clauses" May Not Grant DPD Licenses is **DENIED.**

3. (Doc. # 138) Plaintiffs' Motion in Limine No. 2 to Exclude Testimony of Peter Paterno is **DENIED**.

4. (Doc. # 139) Plaintiffs' Motion in Limine No. 3 to Exclude Testimony of Defendants' Witnesses as to Their Understanding of the Meaning of the 1998 and 2003 Recording Agreements  is **DENIED**.

5. (Doc. # 140) Plaintiffs' Motion in Limine No. 4 to Exclude Testimony of Steven Marks is **DENIED**.

6. (Doc. # 145) Plaintiffs' Motion in Limine No. 5 to Exclude Unsigned Licenses, Licenses for Configurations Other than Permanent Download, and Licenses Issued to Third Parties is **DENIED**.

7. (Doc. # 169) Plaintiffs' Motion for Reconsideration is **DENIED AS MOOT**.

DATED: October 26, 2009

s/ Anna Diggs Taylor
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 26, 2009.

s/Johnetta M. Curry-Williams
Case Manager