# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EIGHT MILE STYLE, LLC, et al.,

          Plaintiffs,                  Case Number:  07-cv-13164

v.                                         Honorable Anna Diggs Taylor

APPLE COMPUTER, INC.,  et al.,       Magistrate Judge Donald A. Scheer

          Defendants.

_____/

## **ORDER**

THIS MATTER having come before the Court on (1) Defendants' Motion for Order to Exclude Plaintiffs' Late-Disclosed Claim of Entitlement to Profits from Sales of iPods filed on September 3, 2009, and (2) Defendants' Motions in Limine filed on September 14, 2009.  The Court heard oral arguments on the motions at a September 21, 2009 hearing.

Now therefore,

**IT IS ORDERED** that for reasons stated on the record:

1. (Doc # 128) Defendants' Motion for Order to Exclude Plaintiffs' Late-Disclosed Claim of Entitlement to Profits from Sales of iPods is **DENIED.**

2. (Doc. # 142) Defendants' Motion in Limine No. 1 to Exclude Testimony of Law Professor Howard B. Abrams is **DENIED.**

3. (Doc. # 143) Defendants' Motion in Limine No. 2 to Limit Testimony of Mark A. Levinsohn is **DENIED**.


DATED:  October 26, 2009                        **s/Anna Diggs Taylor**
                                                         ANNA DIGGS TAYLOR
                                                         UNITED STATES DISTRICT

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 26, 2009.

                s/Johnetta M. Curry-Williams
                Case Manager